UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 10 3 30 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

RYAN WILLIAMS, ET AL., : CASE NO. 3:01CV1398 (JGM)

Plaintiffs, :

v. :

KRISTINE RAGAGLIA, ET AL., :

Defendants. : November 6, 2003

**MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DEADLINES**

COMES NOW the defendants and move the court for an order modifying the Scheduling Order extending the discovery deadline and the deadline for filing dispositive motion ninety (90) and one hundred thirty five (135) days until March 30, 2004 and May 15, 2004, respectively. In support of this motion the defendants represent as follows:

1. The current Scheduling Order (Endorsement 70-1, dated August 14, 2003) has set the discovery deadline for December 1, 2003 and for filing dispositive motions for December 30, 2003.

2. This is a large civil rights case currently involving seven plaintiffs; two plaintiffs were dismissed pursuant to the Court's ruling of June 10, 2003 (Endorsement 68-1) and twenty one defendants, including 20 individual defendants sued in their individual capacities.

3. Plaintiffs have complied in part regarding discovery orders and there is a voluminous amount of discovery material that is still in the process of being reviewed, including medical documentation that needs to be carefully reviewed.

4. During this discovery period, several additional plaintiffs have been deposed and a large amount of additional discovery documents have been provided by the plaintiffs for review. There is still one deposition of a plaintiff that still needs to be taken and several follow-up depositions may be necessary.

5. The parties concur that it not possible to have discovery completed in the immediate near future but are working diligently toward that end.

6. The undersigned is exploring whether or not to file a motion to sever the cases based on geographical reasons and that they are not interrelated.[1]

7. The Employment Rights Department of the Attorney General's Office, to which the undersigned is assigned, has been operating minus its department head, Assistant Attorney General Margaret Q. Chapple, due to medical reasons. The reduction in staff has increased the workload for the remaining members of the department, including the undersigned.

8. Defendant counsel recently completed a three-week trial in state court in October; is scheduled to undertake a two-week trial in federal court in New Haven before Judge Peter C. Dorsey; and in a two-month span in September and October 2003 argued three appellate matters before the United States Court of Appeals for the Second Circuit which took valuable time away from the office, including the instant matter.

[1] The plaintiff does not consent to the severing of the cases.

9. Opposing counsel concurs that in a case of this magnitude requires more time to complete discovery. Both parties respectfully appreciate the Court's understanding.

10. Although this is the parties' fifth request to modify the scheduling order, it took a lengthy period of time to get the pleadings finalized and the unusual nature of this case (i.e., essentially seven different claims against different defendants) makes organizing and preparing any dispositive motions particularly time consuming.

11. This is the parties' fifth request to modify the scheduling order.

12. Pursuant to Local Rule 7(b), counsel for the defendants has conferred with plaintiff's counsel and there is no objection to modifying the scheduling order as follows:

Discovery close - March 30, 2004

Dispositive Motion due - May 15, 2004

Pretrial memorandum due – 30 days after a ruling on the summary judgment or by May 30, 2004 if no dispositive motions are filed.

WHEREFORE, the defendants move the court for an order modifying the Scheduling Order as proposed in paragraph 12 above.

DEFENDANTS,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: ______________________
Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail:
Joseph.Jordano@po.state.ct.us

**CERTIFICATION**

The undersigned does hereby certify that on the 6th day of November, 2003, a true and accurate copy of the forgoing Motion to Modify Scheduling Order to Extend Deadlines was sent by First Class United States mail, postage prepaid, to the following:

Christine A. Corriveau, Esq.
Miniter & Associates
147 Charter Oak Avenue
Hartford, CT 06106

______________________
Joseph A. Jordano
Assistant Attorney General