71

mot

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 10  3 30 PM '03
U.S. DISTRICT COURT
NEW HAVEN CONN.

RYAN WILLIAMS, ET AL.,

    Plaintiffs,

v.

KRISTINE RAGAGLIA, ET AL.,

    Defendants.

CASE NO. 3:01CV1398(JGM)

November 6, 2003

### MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DEADLINES

COMES NOW the defendants and move the court for an order modifying the Scheduling Order extending the discovery deadline and the deadline for filing dispositive motion ninety (90) and one hundred thirty five (135) days until March 30, 2004 and May 15, 2004, respectively. In support of this motion the defendants represent as follows:

1. The current Scheduling Order (Endorsement 70-1, dated August 14, 2003) has set the discovery deadline for December 1, 2003 and for filing dispositive motions for December 30, 2003.

2. This is a large civil rights case currently involving seven plaintiffs; two plaintiffs were dismissed pursuant to the Court's ruling of June 10, 2003 (Endorsement 68-1) and twenty one defendants, including 20 individual defendants sued in their individual capacities.

FILED
Nov 13 2 PM '03
U.S. DISTRICT COURT
NEW HAVEN CONN.

---

- "U.S.D.J." (next to motion title)
- "11/12/03 -- Granted -- discovery shall be completed by 3/3/04, and all dispositive motions shall be filed by 5/14/04."