UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN WILLIAMS, ET AL., | : | CASE NO. 3:01CV1398 (JBA) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| KRISTINE RAGAGLIA, ET AL., | : | |
| | : | |
| Defendants. | : | April 5, 2004 |

**MOTION TO MODIFY SCHEDULING ORDER
TO EXTEND DEADLINES**

COMES NOW the defendants and move the court for an order modifying the Scheduling Order to: (1) extend discovery, (2) set a date for a settlement conference, (3) extend the deadline for filing summary judgment, and (4) set a date for the filing a motion to sever the claims. In support of this motion the defendants show the court as follows:

1. This is a large civil rights case involving seven plaintiffs and twenty (20) individual defendants sued in their individual capacities.

2. Discovery formally closed on March 31, 2004. All of the plaintiff's have been deposed. Plaintiff Patricia Williamson's deposition had to be continued so she could attempt to locate certain documents to refresh her memory.

3. On March 31, 2004, plaintiff served a set of interrogatories and request for production. The defendants do not object to the un-timeliness of the request provided that

the court grants this motion and it is understood that the defendants' reserve their right to object to some or all of the requests as with any other discovery response.

    4.    Counsels are mindful that they have requested several previous extensions of time. However, the size of this case makes it unique and preparing summary judgment in this matter is a monstrous task. Given the large number of plaintiffs and defendants, (7 plaintiffs and 20+ defendants), defense counsel is also preparing a motion to sever the cases which counsel believes will make trying any cases that survive summary judgment more manageable and will make potential settlement discussions more focused. The plaintiffs have not consented to such a motion.

    5.    Also, defense counsel is currently preparing for two jury trials in federal court in April and May 2004.

    6.    Counsel for the defendants has conferred with plaintiffs' counsel, and plaintiffs' counsel joins this motion because the plaintiffs need additional time to finish discovery. There is NO OBJECTION to modifying the scheduling order as follows:

    **Discovery closes -  May 15, 2004**

    **Defendants' Motion to Sever -  May 30, 2004**

    **Settlement Conference  -  August  2004** (based on the court's availability)

    **Dispositive Motions  - October 15, 2004**

WHEREFORE, the defendants move the court for an order modifying the Scheduling Order as proposed in paragraph 6 above.

          DEFENDANTS,

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL


BY: _____
   Joseph A. Jordano
   Assistant Attorney General
   Federal Bar # ct21487
   55 Elm Street, P.O. Box 120
   Hartford, CT 06141-0120
   Tel: 860-808-5340
   Fax: 860-808-5383
   E-mail:
   Joseph.Jordano@po.state.ct.us


## **CERTIFICATION**

The undersigned hereby certify that on the 5th day of April 2004, a true and accurate copy of the forgoing was sent by First Class United States mail, first class postage prepaid, to the following:

 Christine Corriveau, Esq.
 Miniter & Associates
 147 Charter Oak Avenue
 Hartford, CT 06106


          _____
          Joseph A. Jordano
          Assistant Attorney General