UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RYAN WILLIAMS, ET AL.,           :        CASE NO. 3:01CV1398 (JGM)

        Plaintiffs,              :

v.                               :

KRISTINE RAGAGLIA, ET AL.,       :

        Defendants.              :        April 5, 2004

**MOTION TO MODIFY SCHEDULING ORDER
TO EXTEND DEADLINES**

COMES NOW the defendants and move the court for an order modifying the

Scheduling Order to: (1) extend discovery, (2) set a date for a settlement conference, (3)

extend the deadline for filing summary judgment, and (4) set a date for the filing a

motion to sever the claims. In support of this motion the defendants show the court as

follows:

        1.      This is a large civil rights case involving seven plaintiffs and twenty (20)

individual defendants sued in their individual capacities.

        2.      Discovery formally closed on March 31, 2004. All of the plaintiff's have

been deposed. Plaintiff Patricia Williamson's deposition had to be continued so she

could attempt to locate certain documents to refresh her memory.

        3.      On March 31, 2004, plaintiff served a set of interrogatories and request for

production. The defendants do not object to the un-timeliness of the request provided that

4/15/04 – Granted by agreement, as follows: all discovery shall be completed by 5/17/04; defendants' motion to sever shall be filed by 6/1/04; a settlement conference will be held before this Magistrate Judge in August 2004; and all dispositive motions shall be filed by 10/15/04.