UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN WILLIAMS, ET AL., | : | CASE NO. 3:01CV1398(JGM) |
| Plaintiffs, | : | |
| v. | : | |
| KRISTINE RAGAGLIA, ET AL., | : | |
| Defendants. | : | May 7, 2004 |

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO PLAINTIFF'S DISCOVERY REQUESTS AND TO MODIFY SCHEDULING ORDER**

COMES NOW the defendants and moves for an extension of time of thirty (30) days up to and including June 1, 2004 in which to serve responses to plaintiff's request for production of documents dated March 31, 2004.  The defendants further respectfully request a brief modification of the Scheduling Order, resetting the discovery deadline also to June 1, 2004.  In support of this motion, the defendants represent as follows:

1.   The discovery deadline in the above-captioned matter was March 31, 2004 (Doc. # 72, Endorsement Order 71-1, dated November 13, 2003).

2.   The plaintiff served upon the defendants an untimely set of Requests for Production of Documents ,dated March 31, 2004 and received by defendants' counsel on Friday, April 2, 2004.

3.   The defendants moved for a modification of the Scheduling Order on April 6, 2004 (Doc. # 73) and in said motion addressed the issue of the untimely discovery requests at ¶ 3, reserving their right to object, if any, to the discovery requests.

Said motion was granted (Doc. # 74, Endorsement 73-1, dated April 15, 2004), resetting the discovery deadline to May 17, 2004.

    4.    The undersigned caused to be delivered a copy of the discovery responses upon the client agency at the first available opportunity on Monday, April 5, 2004.

    5.    The discovery requests involves a search of six years of documents and the client agency requires additional time in which to research the requests and compile, if necessary, the voluminous amount of material.

    6.    This is the defendants first request for additional time in which to serve responses to plaintiff's discovery requests.

    7.    Pursuant to Local Rule 7(b), the undersigned caused plaintiff's counsel, Christine Corriveau, Esq., to be contacted and she has NO OBJECTION to this motion.

WHEREFORE, the defendants respectfully request an extension of time to and including June 1, 2004 in which to serve responses to plaintiff's discovery request. In accordance with this motion, the defendants request that the discovery deadline also be extended to June 1, 2004.

                                    DEFENDANTS,

                                    RICHARD BLUMENTHAL
                                    ATTORNEY GENERAL

BY: _____
       Joseph A. Jordano
       Assistant Attorney General
       Federal Bar # ct21487
       55 Elm Street, P.O. Box 120
       Hartford, CT 06141-0120
       Tel: (860) 808-5340
       Fax: (860) 808-5383
       E-mail:
       Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

The undersigned does hereby certify that on the 7th day of May, 2004, a true and accurate copy of the forgoing Motion for Extension of Time to File Responses to Plaintiff's Request for Production of Documents was sent by First Class United States mail, postage prepaid, to the following:

    Christine A. Corriveau, Esq.
    Miniter & Associates
    100 Wells Street, Suite 1-D
    Hartford, CT 06106


                                  _____
                                  Joseph A. Jordano
                                  Assistant Attorney General