UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

May 10  4 37 PM '04

| | |
|---|---|
| RYAN WILLIAMS, ET AL., | CASE NO. 3:01CV1398(JGM) |
| Plaintiffs, | |
| v. | |
| KRISTINE RAGAGLIA, ET AL., | |
| Defendants. | May 7, 2004 |

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO PLAINTIFF'S DISCOVERY REQUESTS AND TO MODIFY SCHEDULING ORDER**

COMES NOW the defendants and moves for an extension of time of thirty (30) days up to and including June 1, 2004 in which to serve responses to plaintiff's request for production of documents dated March 31, 2004. The defendants further respectfully request a brief modification of the Scheduling Order, resetting the discovery deadline also to June 1, 2004. In support of this motion, the defendants represent as follows:

1. The discovery deadline in the above-captioned matter was March 31, 2004 (Doc. # 72, Endorsement Order 71-1, dated November 13, 2003).

2. The plaintiff served upon the defendants an untimely set of Requests for Production of Documents, dated March 31, 2004 and received by defendants' counsel on Friday, April 2, 2004.

3. The defendants moved for a modification of the Scheduling Order on April 6, 2004 (Doc. # 73) and in said motion addressed the issue of the untimely discovery requests at ¶ 3, reserving their right to object, if any, to the discovery requests.