# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN WILLIAMS, ET AL., | : | CASE NO. 3:01CV1398 (JGM) |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| KRISTINE RAGAGLIA, ET AL., | : | |
| *Defendants*. | : | July 6, 2004 |

## MOTION FOR LEAVE TO FILE MOTION TO SEVER

COMES NOW the defendants and move the court for permission to file the accompanying motion to sever out of time.  In support of their motion, the defendants represent as follows:

1. The Court (Magistrate Judge Joan G. Margolis) granted defendants request to file a motion to sever (Doc. # 74) and set a deadline of June 1, 2004 to file said motion.

2. The undersigned has had an extremely heavy caseload and due to unforeseen matters that needed instant attention, was unable to meet the Court's deadline.

3. The undersigned apologizes to the Court for the delay and begs its indulgence in this request.

4. Defendants' motion to sever and accompanying memorandum of law is attached hereto.

5. Pursuant to Local Rule 7(b), the undersigned e-mailed plaintiff's counsel, Christine Corriveau, Esq., regarding this motion.  Defendants' request is under consideration and the defendants will apprise the court of plaintiff's position upon notification.

WHEREFORE, the defendants respectfully request that the Court grant permission to the defendants to file their motion to sever and associated papers this date.

DEFENDANTS,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail: Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

The undersigned does hereby certify that on this 6th day of July, 2004 a true and accurate copy of the forgoing Motion for Leave to File Motion to Sever was sent by First Class United States mail, postage prepaid, to:

Christine A. Corriveau, Esq.
Miniter & Associates
100 Wells Street, Suite 1-D
Hartford, CT 06103

_____
Joseph A. Jordano
Assistant Attorney General