UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN WILLIAMS, ET AL., | : | CASE NO. 3:01CV1398 (JGM) |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| KRISTINE RAGAGLIA, ET AL., | : | |
| *Defendants*. | : | July 6, 2004 |

## DEFENDANTS' MOTION TO SEVER

COMES NOW the defendants and moves to sever the claims of the seven (7) remaining plaintiffs in the above-captioned matter into separate cases because of the lack of commonality. The lone common element between the seven remaining plaintiffs, who come from a variety of regions, is that all are either present or former employees of the State of Connecticut, Department of Children & Families ("DCF").

The claims of the seven plaintiffs, Ryan Williams, Trevor Johnson, Irene Cohen, Alice Hood, Patricia Williamson, Regina Whilby and Benjamin Ohene are against different defendants and involve different types of adverse employment actions as described further in the memorandum of law in support of the present motion.

WHEREFORE, the defendants respectfully request that the Court grant defendants' Motion to Sever.

DEFENDANTS,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel:  (860) 808-5340
Fax:  (860) 808-5383
E-mail:
Joseph.Jordano@po.state.ct.us

## CERTIFICATION

The undersigned does hereby certify that on this 6th day of July, 2004 a true and accurate copy of the forgoing Motion to Sever was sent by First Class United States mail, postage prepaid, to:

Christine A. Corriveau, Esq.
Miniter & Associates
100 Wells Street, Suite 1-D
Hartford, CT 06103

_____
Joseph A. Jordano
Assistant Attorney General

2