UNITED SATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Aug 25  2 16 PM '04
U.S. DIST. COURT
NEW HAVEN, CONN.

| | |
|---|---|
| RYAN WILLIAMS, TREVOR JOHNSON, NANA OKO DARKO, IRENE COHEN, ALICE HOOD, PATRICIA WILLIAMSON, SHENEANE RAGIN, REGINA WHILBY F. JOSEPH OVIDE, JR., and BENJAMIN OVIDE : | CIV. NO. 3:01CV1398(JGM) |
| V. : | |
| KRISTINE REGALIA, COMMISSIONER CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES, DEBRA COLLINS, MARCIA WEAVER, BEVERLY HUBBLEBANK, DOROTHY HAMILTON, MARY SOLERA, JUDITH KALLEN, PHILIPE OBERGON, WANDA ESTRELLA, KATHERINE KOLUMPUS, JANET LA BELLE, JAMES MOORE, GAYLE HOFFMAN, ADRIENNE BARR, LISA DAMOND, CHARLES FRAZIER, RUDOLPH BROOKS, ADA SANCHEZ, TARA LEWIS, LINDA HARRIS, LETITCIA LACOMBA PATRICIA SIMPSON, NANCY WILCOX, JANET LYONS, BERNADETTE ULUSKI, and MICHAEL WOOD, IN THEIR OFFICIAL and INDIVIDUAL CAPACITIES AND THE CONNECTICUT DEPARTMENT FO CHILDREN AND FAMILIES : | AUGUST 23, 2004 |

## OBJECTION TO MOTION TO SEVER

The Plaintiffs in the above entitled matter hereby object to the Defendant's Motion to Sever for the reasons contained in the Memorandum of Law filed herewith.

THE PLAINTIFFS

By_____
Francis A. Miniter, Esq. ct09566
Miniter and Associates
100 Wells Street Suite 1-D
Hartford, CT 06102
Tel. (860)560-2590

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed to the following counsel of record this 23rd day of August, 2004:

Joseph A. Jordano
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Francis A. Miniter