Page 1

```
 1
 2                UNITED STATES DISTRICT COURT
 3                  DISTRICT OF CONNECTICUT
 4       - - - - - - - - - - - - - - - - - - x
         RYAN WILLIAMS, TREVOR JOHNSON,        :
 5       NANA OKO DARKO, IRENE COHEN,          :
         ALICE HOOD, PATRICIA WILLIAMSON,      :
 6       SHENEANE RAGIN, REGINA WHILBY,        :
         F. JOSEPH OVIDE, JR., and             :
 7       BENJAMIN OHENE,                       :
                      Plaintiffs,              : Civil Action No.
 8                                             : 3:01CV1398(JBA)
                  vs.-                         :
 9                                             : September 20, 2002
         KRISTINE REGALIA, COMMISSIONER        :
10       CONNECTICUT DEPARTMENT OF             :
         CHILDREN AND FAMILIES, DEBRA COLLINS, :
11       MARCIA WEAVER, BEVERLY HUBBLEBANK,    :
         DOROTHY HAMILTON, MARY SOLERA,        :
12       JUDITH KALLEN, PHILIPE OBERGON,       :
         WANDA ESTRELLA, KATHERINE KOLUMPUS,   :
13       JANET LA BELLE, JAMES MOORE,          :
         GAYLE HOFFMAN, ADRIENNE BARR, LISA    :
14       DAMOND, CHARLES FRAZIER, RUDOLPH      :
         BROOKS, ADA SANCHEZ, TARA LEWIS,      :
15       LINDA HARRIS, LETITCIA LACOMBA,       :
         PATRICIA SIMPSON, NANCY WILCOX,       :
16       JANET LYONS, BERNADETTE ULUSKI, and   :
         MICHAEL WOOD, IN THEIR OFFICIAL       :
17       and INDIVIDUAL CAPACITIES and THE     :
         CONNECTICUT DEPARTMENT OF CHILDREN    :
18       AND FAMILIES,                         :
                      Defendants.              :
19       - - - - - - - - - - - - - - - - - - x
20                DEPOSITION of RYAN E. WILLIAMS
21            Taken at the request of the Defendants
         before Tiffany V. Pratt, a Court Reporter and Notary
22       Public within and for the State of Connecticut,
         pursuant to Notice and the Federal Rules of Civil
23       Procedure at the offices of Miniter and Associates,
         147 Charter Oak Avenue, Hartford, Connecticut, on
24       September 20, 2002, commencing at 9:09 a.m.
25                                        EXHIBIT NO. ___1___
```

COPY

RECEIVED SEP 30 2002

Page 5

1           (Deposition commenced: 9:09 a.m.)

2

3           RYAN E. WILLIAMS, Deponent, of

4    1446 Ella Grasso Boulevard, New Haven, Connecticut

5    06511, being first duly sworn by the Notary Public, was

6    examined and testified on his oath as follows:

7

8           D I R E C T   E X A M I N A T I O N

9

10   BY MR. JORDANO:

11       Q   Would you please state your full name and spell

12   your last name for the record?

13       A   Ryan Elliot Williams, W-i-l-l-i-a-m-s.

14       Q   Mr. Williams, you are one of the plaintiffs in the

15   case Ryan Williams, et al. versus Christine Regalia, et al.;

16   is that correct?

17       A   Yes.

18       Q   What is your current home address?

19       A   1446 Ella Grasso Boulevard, New Haven,

20   Connecticut.

21       Q   Mr. Williams, are you currently taking any

22   medications that would impair your ability to listen to and

23   understand my questions today?

24       A   I am not.

25       Q   Are you currently suffering from any medical

Page 6

1   conditions that would impair your ability to answer my

2   questions today, sir?

3        A    No.

4        Q    You are employed?

5        A    Yes.

6        Q    Are you employed by the Department of Children and

7   Families?

8        A    Yes.

9        Q    And what region are you in?

10       A    Two, the New Haven region.

11       Q    And where is your actual work assignment?  What

12  town are you located in?

13       A    Meriden.

14       Q    And what is your job title?

15       A    Social worker.

16       Q    And within the Meriden office of the New Haven

17  region of DCF, do you have any specific job assignments?

18  For instance, are you still doing probate?

19       A    Yes.

20       Q    How long have you been a probate social worker for

21  DCF?

22       A    Five years.

23       Q    And during those five years, have you always been

24  assigned to the Meriden office?

25       A    Yes.

Page 37

1    you to turn to page 2.
2         A    Yes.
3         Q    This is a lawsuit to which you are a party,
4    correct?
5         A    Yes.
6         Q    And I want to go through some of the plaintiffs,
7    sir.  Do you know Trevor Johnson?
8         A    Yes.
9         Q    Do you work with him?
10        A    No.
11        Q    What region is he in?
12        A    He was in the Stamford region.
13        Q    Do you know if he's still there?
14        A    I do not.
15        Q    But he doesn't work with you in the New Haven
16   region?
17        A    No.
18        Q    He never worked with you in the New Haven region?
19        A    Yes.
20        Q    When did he work with you in the New Haven region?
21        A    He worked with me in 1993.
22        Q    But from the time you took over doing the probate
23   work in the region, did he ever work with you?
24        A    No.
25        Q    From the period when Miss Weaver was your direct

Page 38

1    social work supervisor, did he ever work with you?

2        A    No.

3        Q    How about Alice Hood, do you know her?

4        A    We've met.

5        Q    Do you know what region she works in?

6        A    I do not.

7        Q    How about Nana Oko Darko, do you know him?

8        A    No.

9        Q    Never met him?

10       A    No.

11       Q    How about Irene Cohen?  Do you know her?

12       A    No.

13       Q    Patricia Williamson, do you know her?

14       A    Yes.

15       Q    Where does she work?

16       A    In the New Haven region.

17       Q    She works with you?

18       A    No.

19       Q    She's in a different office?

20       A    Yes.

21       Q    What office is she in?  Right in New Haven?

22       A    Yes.

23       Q    Would that be the Long Wharf building?

24       A    Yes.

25       Q    How about Sheneane Ragin?  Did I say that right?

Page 39

```
1      A    Yes.
2      Q    Do you know her?
3      A    Yes.
4      Q    How do you know her?
5      A    She worked in Meriden.
6      Q    When did she work in Meriden?
7      A    I don't know the dates.
8      Q    In the last five years?
9      A    Yes.
10     Q    She worked in the same office you were in when you
11  were handling probate?
12     A    Yes.
13     Q    Was she in Protective Services?
14     A    No.
15     Q    What department was she in?
16     A    She was clerical.
17     Q    She wasn't a social worker?
18     A    No.
19     Q    Let me back up here.  You're a social worker.  Is
20  Trevor Johnson a social worker, if you know?
21     A    He started off working for the Department of
22  Children and Families as a social worker.
23     Q    Do you know what his current title is?
24     A    I do not.
25     Q    How about Alice Hood?
```

Page 40

| | | |
|---|---|---|
| 1 | A | I don't know. |
| 2 | Q | How about Mr. Darko? |
| 3 | A | I don't know. |
| 4 | Q | Miss Williamson you told me about, right? |
| 5 | A | Yes. |
| 6 | Q | Miss Williamson, you don't know what she does? |
| 7 | A | She's a social worker. |
| 8 | Q | And Miss Ragin is not a social worker? |
| 9 | A | Not that I know of. Currently, I don't know. |
| 10 | Q | Okay. Was she the person who began as clerical? |
| 11 | A | Yes. |
| 12 | Q | How about Miss Whilby? |
| 13 | A | I do not know. |
| 14 | Q | Mr. Ovide? |
| 15 | A | I do not know. |
| 16 | Q | How about Benjamin Ohene, do you know him? |
| 17 | A | I do not. |

18   Q   I'm going to turn to page 3, sir, list of
19   defendants. Now, there's a lot of defendants here, and I
20   want to just first clarify what departments pertain to your
21   claims. Okay?

22   A   Yes.

23   Q   Now, Miss Regalia is the commissioner of DCF,
24   correct?

25   A   Yes.

Page 41

```
 1      Q    Have you ever had any discussions with her
 2   directly about your lawsuit or the issues in your lawsuit?
 3      A    I have not.  I have to say before I go on that I
 4   do not have a numbered page 3.
 5      Q    Okay.  I apologize for that.  Let me give you my
 6   copy.  I apologize.  The copy didn't go through there.  I
 7   may have another copy.  I appreciate you pointing that out
 8   to me.
 9           Did you ever write any correspondence to
10   Miss Regalia regarding the issues raised in this lawsuit
11   where you wrote correspondence from you to her?
12      A    No.
13      Q    Do you have any information, sir, that
14   Miss Regalia has personal knowledge about the particular
15   facts you've raised in this lawsuit?
16      A    I do not.
17      Q    Now, Debra Collins, you know her?
18      A    Yes.
19      Q    She is from your region or was from your region?
20      A    Yes.
21      Q    And that would have been New Haven region?
22      A    Yes.
23      Q    Is she still there in New Haven?
24      A    No.
25      Q    Do you know what region she is in?
```