IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------x
:
RYAN WILLIAMS ET AL.                :      3:01 CV 1398 (JGM)
:
v.                                  :
:
KRISTINE REGALIA ET AL.             :      DATE: SEPTEMBER 30, 2004
:
------------------------------------------------------------x

MEMORANDUM OF SETTLEMENT CONFERENCE

Date of Conference:   September 29, 2004

Attorneys Present:    Francis A. Miniter, Esq.
                      (For Plaintiffs)

                      Joseph A. Jordano, Esq.
                      (For Defendants)

DISCUSSIONS

Settlement discussions were not productive.  Counsel agreed to the deadlines set forth below.

ORDERS

1. By agreement of counsel, **on or before October 6, 2004**, plaintiffs' counsel will provide defense counsel with the name and address of the union representative most familiar with a union report upon which plaintiffs' counsel intends to rely at trial with regard to the claims in Count Thirty-Three of plaintiffs' Third Amended Complaint, filed December 18, 2002.  (Dkt. #57).

2. By further agreement of counsel, **on or before October 29, 2004**, defense counsel will serve a subpoena upon the union with respect to this union report.

3. By further agreement of counsel, **on or before October 29, 2004**, plaintiffs shall provide a full and complete amended answer to defendants' Second Request for Production No. 2.

4. By further agreement of counsel, **on or before November 30, 2004**, defense counsel may depose an appropriate union representative with respect to this union report.

5. By further agreement of counsel, **on or before January 31, 2005**, defendants will file a motion for summary judgment with respect to the claims of plaintiff Benjamin Ohene; plaintiff(s) will file a brief in opposition **on or before March 31, 2005**, and defendants may file a reply brief **on or before April 29, 2005**.

6. By further agreement of counsel, a continued status/settlement conference will be held after the Court issues a ruling on this motion for summary judgment, at which dates will be set for the filing of motions for summary judgment regarding the six remaining plaintiffs (Alice Hood, Regina Whilby, Patricia Williamson, Irene Cohen, Ryan Williams, and Trevor Johnson).

7. The Magistrate Judge is available for such other conferences (which may be held telephonically) as may be necessary.

Dated at New Haven, Connecticut, this 30th day of September, 2004.

_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge