UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN WILLIAMS, ET AL., | : | CASE NO. 3:01CV1398 (JGM) |
| *Plaintiffs*, | : | |
| v. | : | |
| KRISTINE RAGAGLIA, ET AL., | : | |
| *Defendants.* | : | January 21, 2005 |

## MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT

COMES NOW the defendants and move the court for an extension of time of thirty (30) days to and including March 3, 2005 to file a motion for summary judgment with respect to the claims of plaintiff Benjamin Ohene in the above-captioned matter. The defendants, through counsel, request that all deadlines accompanying the filing of a summary judgment motion be adjusted accordingly with plaintiff's brief in opposition be due on or before May 3, 2005 and defendants' reply brief due on or before June 2, 2005. In support of this motion, the defendants represent as follows:

1. The current deadline for filing a summary judgment with respect to the claims of Benjamin Ohene is January 31, 2005. A settlement conference was held on September 29, 2004 and the Court (Margolis, J) issued a Memorandum of Settlement Conference (Doc. # 85, dated September 30, 2004) setting the deadline.

2. Pursuant to the Order set by the Court, a union representative, Sal Luciano, was deposed as part of this matter.

3.  The plaintiff raises a unique legal issue regarding imputed liability to individuals for alleged systemic discrimination that defense counsel requires additional time to address.

4.  The undersigned is scheduled to begin two trials in February 2005, a jury trial in federal court and a bench trial in state court, which will necessitate the bulk of his attention.

5.  The undersigned apologizes that additional time is required to put the moving papers together and begs the Court's indulgence.

6.  Pursuant to Local Rule 7(b), the undersigned caused plaintiff's counsel, Francis A. Miniter, Esq., to be contacted by e-mail on Friday, January 21, 2005 at 7:48 a.m. regarding this motion. Attorney Miniter responded that the undersigned could represent to the court that he has NO OBJECTION to this motion.

7.  The plaintiff will not be prejudiced by the delay.

8.  This is defendants' first request for an extension of time to file summary judgment.

WHEREFORE, the defendants through counsel respectfully request an extension of time of thirty (30) days to and including March 3, 2005 in which to file a motion for summary judgment regarding the claims of plaintiff Benjamin Ohene and adjust all accompanying deadlines accordingly.

                                     DEFENDANTS,

                                     RICHARD BLUMENTHAL
                                     ATTORNEY GENERAL

BY: _____
        Joseph A. Jordano
        Assistant Attorney General
        Federal Bar # ct21487
        55 Elm Street, P.O. Box 120
        Hartford, CT 06141-0120
        Tel: 860-808-5340
        Fax: 860-808-5383
        E-mail:
        Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

The undersigned does hereby certify that on the 21st day of January, 2005, a true and accurate copy of the forgoing was sent by First Class United States mail, first class postage prepaid, to the following:

Francis A. Miniter, Esq.
Miniter & Associates
100 Wells Street, Suite 1-D
Hartford, CT 06103

                                    _____
                                    Joseph A. Jordano
                                    Assistant Attorney General