UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN WILLIAMS, ET AL., | : | CASE NO. 3:01CV1398 (JGM) |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| KRISTINE RAGAGLIA, ET AL., | : | |
| *Defendants.* | : | February 25, 2005 |

**MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT**

COMES NOW the defendants and move the court for an extension of time of fourteen (14) days to and including March 17, 2005 to file a motion for summary judgment with respect to the claims of plaintiff Benjamin Ohene in the above-captioned matter. The defendants, through counsel, request that all deadlines accompanying the filing of a summary judgment motion be adjusted accordingly with plaintiff's brief in opposition be due on or before May 17, 2005 and defendants' reply brief due on or before June 16, 2005. In support of this motion, the defendants represent as follows:

1.  The current deadline for filing a summary judgment with respect to the claims of Benjamin Ohene is March 3, 2005. (Doc. # 88).

2.  The undersigned is diligently working on completing the dispositive motion paperwork and the papers are 50 percent complete.

3.  The undersigned requires additional time inasmuch as some of the affidavits to be filed with the moving papers need to be secured from individuals who are

retired and no longer in state service.  The securing of said affidavits has taken longer than anticipated.

    4.    In addition, an attorney within the Attorney General's Office Employment Rights Department recently left state service.  That has necessitated his caseload being divided among the remaining members which has unexpectedly taken time away from the preparation of the papers.

    5.    The undersigned apologizes that additional time is required to put the moving papers together and begs the Court's indulgence.

    6.    Pursuant to Local Rule 7(b), the undersigned caused plaintiff's counsel, Francis A. Miniter, Esq., to be contacted by e-mail on Friday, February 25, 2005 at 8:41 a.m.  regarding this motion.  Attorney Miniter responded that the undersigned could represent to the court that he has NO OBJECTION to this motion.

    7.    The plaintiff will not be prejudiced by the delay.

    8.    This is defendants' second request for an extension of time to file summary judgment.

WHEREFORE, the defendants through counsel respectfully request an extension of time of fourteen (14) days to and including March 17, 2005 in which to file a motion for summary judgment regarding the claims of plaintiff Benjamin Ohene and adjust all accompanying deadlines accordingly.

        DEFENDANTS,

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY: _____
     Joseph A. Jordano
     Assistant Attorney General
     Federal Bar # ct21487
     55 Elm Street, P.O. Box 120
     Hartford, CT 06141-0120
     Tel: 860-808-5340
     Fax: 860-808-5383
     E-mail:
     Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

The undersigned does hereby certify that on the 25th day of February, 2005, a true and accurate copy of the forgoing was sent by First Class United States mail, first class postage prepaid, to the following:

Francis A. Miniter, Esq.
Miniter & Associates
100 Wells Street, Suite 1-D
Hartford, CT 06103

        _____
        Joseph A. Jordano
        Assistant Attorney General