## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN WILLIAMS, ET AL., | : | CASE NO. 3:01CV1398 (JGM) |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| KRISTINE RAGAGLIA, ET AL., | : | |
| *Defendants*. | : | March 16, 2005 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT

COMES NOW the Defendants, pursuant to Rule 56 of the Federal Rules of Civil

Procedure, hereby move for summary judgment in their favor because the evidence submitted

herewith shows that there is no genuine issue of material fact in dispute and, as a matter of law,

the Plaintiff, Benjamin Ohene, cannot sustain his burden of proof that the Defendants violated

his rights under federal law.  Filed herewith is a Statement of Undisputed Facts pursuant to Local

Rule 56 and a memorandum of law in support of the present motion.

DEFENDANTS,
KRISTINE RAGAGLIA, ET AL.


RICHARD BLUMENTHAL
ATTORNEY GENERAL


By:    _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box  120
Hartford, CT 06141-0120
Tel:  (860) 808-5340
Fax: (860) 808-5383
E-mail: Joseph.Jordano@po.state.ct.us

1

## <u>CERTIFICATION</u>

I hereby certify that pursuant to §5(b) of the Federal Rules of Civil Procedure, a copy of

the foregoing Motion for Summary Judgment was sent via first class mail, postage prepaid,

this   16th        day of March, 2005 to:

      Francis A. Miniter, Esq.
      Miniter & Associates
      100 Wells Street, Suite 1-D
      Hartford, CT 06103


                                  _____
                                  Joseph A. Jordano
                                  Assistant Attorney General