UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN WILLIAMS, ET AL., | : | CASE NO. 3:01CV1398 (JGM) |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| KRISTINE RAGAGLIA, ET AL., | : | |
| *Defendants.* | : | March   16, 2005 |

**DEFENDANTS' INDEX OF EVIDENCE IN SUPPORT
OF THEIR MOTION FOR SUMMARY JUDGMENT**

Exhibit 1      Applicable Excerpts from  Third Amended Complaint, dated
               December 16, 2002;

Exhibit 2      Plaintiff Ohene's Responses to Defendants First Set of
               Interrogatories and Requests for Production, dated July 26, 2002;

Exhibit 3      Affidavit of Michael Wood, dated March 1, 2005;

Exhibit 4      Affidavit of Lynn Paton, dated February 23, 2005;

      Exhibit A      Statistical Chart of Incidents of DCF Employee Discipline;

Exhibit 5      Affidavit of Dorothea Hamilton, dated February 25, 2005;

Exhibit 6      Letter dated July 18, 1994 from Ineffie Sargent to Benjamin
               Ohene;

Exhibit 7      Memo dated May 15, 1996 from Elizabeth Anderson to Ohene;

Exhibit 8      Memo dated May 30,  1996 from Annie Christy to  Ohene;

Exhibit 9      Memo dated September 5, 1996  from Anderson to Ohene;

Exhibit 10     Memo dated October 2, 1996 from Anderson to Ohene, Jeannette
               Powell, Reginald Plair and Sean Lilly;

Exhibit 11      Undated memo from Gayle Hoffman to Ohene, Anderson and Christy;

Exhibit 12      Performance Appraisal for Ben Ohene, dated October 1996;

Exhibit 13      Memo dated January 19, 1997 from Anderson to Ohene;

Exhibit 14      Memo dated February 7, 1997 from Anderson to Ohene;

Exhibit 15      Memo dated April 10, 1997 from Anderson to Ohene  with attachments (7 pages);

Exhibit 16      Letter dated July 8, 1997 from Christy to Ohene (2 pages);

Exhibit 17      Letter dated April  29, 1998 from Andrea Routh to Ohene (2 pages);

Exhibit 18      Performance Appraisal for Ben Ohene, dated September 30, 1998 (5 pages);

Exhibit 19      Letter dated August 10,  1999 from Dorothea Hamilton to Ohene (2 pages);

Exhibit 20      Performance Appraisal for Ben Ohene, dated September 29, 1999 (4 pages);

Exhibit 21      Last Chance Stipulated Award, dated February 2, 2001 (2 pages);

Exhibit 22      Memo dated March 27, 2001 from Cathleen Simpson to Labor Relations File (2 pages);

Exhibit 23      Memo dated May 15, 2001 from Simpson to Investigation File (2 pages);

Exhibit 24      Letter dated July 12, 2001 from Simpson to Ohene;

Exhibit 25      Excerpts from deposition of Benjamin Ohene, dated September 23, 2002;

Exhibit 26      Excerpts from deposition of Sal Luciano, dated October 28, 2004;

Exhibit 27      Memo dated June 4, 2001 from Robert Brothers Jr. to Cynthia Watts Elder;

Exhibit 28      Affidavit of Joseph A. Jordano, dated March 9, 2005.

DEFENDANTS,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____

Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: 860-808-5340
Fax: 860-808-5383
E-mail:
Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

The undersigned does hereby certify that on the   16th   day of March, 2005, a true
and accurate copy of the forgoing was sent by First Class United States mail, first class
postage prepaid,  to the following:

Francis A. Miniter, Esq.
Miniter & Associates
100 Wells Street, Suite 1-D
Hartford, CT 06103

_____
Joseph A. Jordano
Assistant Attorney General

3