## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN WILLIAMS, ET AL. : | | Case No. 3:01CV1398 (JGM) |
| *Plaintiffs* : | | |
| v. : | | Judge Joan G. Margolis |
| : | | |
| Kristine Ragaglia, et al. : | | Notice of Manual Filing |
| : | | |
| *Defendants* : | | March 16, 2005 |

    Please take notice that the Defendants have manually filed the following document or thing

    Exhibits in Support of Defendants' Motion for Summary Judgment

These exhibits have not been filed electronically because

[ x ]    the document or thing cannot be converted to an electronic format
[ x ]    the electronic file size of the document exceeds 1.5 megabytes
[   ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure
        5(d) or Local Rule of Criminal Procedure 57(b)
[   ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                                        Respectfully submitted,

                                        /s/ Joseph A. Jordano
                                        Joseph A. Jordano
                                        Assistant Attorney General
                                        55 Elm Street, P.O. Box 120
                                        Hartford, CT  06141-0120
                                        Phone: (860) 808-5340
                                        Fax: (860) 808-5383
                                        E-mail: Joseph.Jordano@po.state.ct.us
                                        Federal Bar # ct 21487

## **CERTIFICATION**

The undersigned does hereby certify that on the 16th day of March, 2005, a true and accurate copy of the forgoing was sent by First Class United States mail, first class postage prepaid, to the following:

Francis A. Miniter, Esq.
Miniter & Associates
100 Wells Street, Suite 1-D
Hartford, CT 06103

_____
Joseph A. Jordano
Assistant Attorney General