UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 APR 13 P 12: 41
U.S. DISTRICT COURT

| | | |
|---|---|---|
| RYAN WILLIAMS | : | CIVIL ACTION NO: |
| V. | : | 3:01CV 1398 (JBA) |
| KRISTINE REGAGLIA, COMMISSIONER, DEPARTMENT OF CHILDREN AND FAMILIES and IN HER INDIVIDUAL CAPACITY, ET AL | : | APRIL 11, 2005 |

**PLAINTIFF'S MOTION FOR EXTENSION OF
TIME TO OBJECT TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT**

Pursuant to Local Rule 9, the Plaintiffs in the above entitled matter hereby requests an extension of time in which to answer the Defendants' Motion for Summary Judgment, dated March 16, 2005. The Plaintiffs make this request for the following reasons:

1. Plaintiffs' counsel has been writing one to two briefs a week for the last month and has a brief due in the Appellate Court of Connecticut on April 25, 2005.

2. Plaintiffs' counsel will be starting a trial in U.S. District Court in May, 2005, before Mark Kravitz, U.S.D.J., in a complex matter that has already required the to prepare numerous pre-trial briefs.

3. The complexity of the Motion for Summary Judgment and its importance as the first of a series of Motions for Summary Judgment in this action requires extended attention. Defendants' counsel needed an extended time in which to prepare the motion as well. In order to properly represent the Plaintiffs' interests, Counsel needs additional time to June 27, 2005 to prepare the

Memorandum of Law.

Plaintiffs' counsel has contacted the Defendants' Counsel, and has been informed that Mr. Jordano is on vacation. Counsel thereupon spoke to his paralegal who has assured the undersigned that Attorney Jordano would have no objection.

This is the first Request for an Extension of Time with respect to this motion.

THE PLAINTIFFS

By _____
Francis A. Miniter
Miniter & Associates
147 Charter Oak Avenue
Hartford, CT 06106
860-560-2590 ct 09566

## CERTIFICATION

This is to certify that a copy of the foregoing request has been mailed to the following counsel of record this 11th day of April, 2005:

Joseph A. Jordano
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Francis A. Miniter