UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RYAN WILLIAMS | CIVIL ACTION NO: |
| V. | 3:01CV 1398 (JBA) |
| KRISTINE REGAGLIA, COMMISSIONER, DEPARTMENT OF CHILDREN AND FAMILIES and IN HER INDIVIDUAL CAPACITY, ET AL | June 6, 2005 |

PLAINTIFF'S SECOND MOTION FOR EXTENSION OF
TIME TO OBJECT TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT

Pursuant to Local Rule 9, the Plaintiffs in the above entitled matter hereby requests an extension of time in which to answer the Defendants' Motion for Summary Judgment, dated March 16, 2005. The Plaintiffs make this request for the following reasons:

1. Plaintiffs' counsel has been writing one to two briefs a week for the last month and has a brief due in the Appellate Court of Connecticut on April 25, 2005.

2. Plaintiffs' counsel will be starting a trial in U.S. District Court in May, 2005, before Mark Kravitz, U.S.D.J., in a complex matter that has already required the to prepare numerous pre-trial briefs.

3. The complexity of the Motion for Summary Judgment and its importance as the first of a series of Motions for Summary Judgment in this action requires extended attention. Defendants' counsel needed an extended time in which to prepare the motion as well. In order to properly represent the Plaintiffs' interests, Counsel needs additional time to June 27, 2005 to prepare the

Memorandum of Law. In addition, Plaintiff's counsel no longer has the assistance of his associate who has been called to active duty for military service in Iraq.

4. On April 11, 2005, Plaintiff filed a Motion to Extend Time and asked that the time be extended to June 27, 2005. The Court granted an extension to May 16, 2005.

5. While Plaintiff's counsel has been working on this motion, deadlines on an appellate brief and various other motions for summary judgment in a number of matters have also consumed substantial time of counsel, both day and night, in addition to required court appearances, have made it impossible to complete within the time allotted by the court.

6. Plaintiffs' counsel has contacted the Defendants' Counsel, on the morning of May 12, 2005, who has consented to this request for time.

7. This is the second Request for an Extension of Time with respect to this motion.

WHEREFORE, Plaintiff requests an extension of time until June 27, 2005.

THE PLAINTIFFS

By _____
Francis A. Miniter
Miniter & Associates
147 Charter Oak Avenue
Hartford, CT 06106
860-560-2590 ct 09566

## CERTIFICATION

      This is to certify that a copy of the foregoing request has been mailed to the following counsel of record this 6th day of June, 2005

Joseph A. Jordano
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

                                      Francis A. Miniter