UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN WILLIAMS, ET AL., | : | CASE NO. 3:01CV1398 (JGM) |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| KRISTINE RAGAGLIA, ET AL., | : | |
| *Defendants*. | : | November 14, 2005 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE
SUMMARY JUDGMENT REGARDING IRENE COHEN**

COMES NOW the Defendants, and pursuant to Local Rule 7(b) requests a fourteen (14) day extension of time to and including December 13, 2005 in which to file summary judgment regarding Irene Cohen in the above-captioned matter.  In support of their motion, the defendants, through counsel, represent as follows:

1. At a settlement conference before Honorable Magistrate Judge Joan G. Margolis, it was agreed that the defendants would file partial summary judgments regarding the seven plaintiffs that remained from the original complaint, beginning with plaintiff Benjamin Ohene.

2. The defendants filed summary judgment and accompanying papers regarding Mr. Ohene on or about March 16, 2005 (Doc. #s 91-93).  The Court granted defendants' summary judgment regarding Mr. Ohene on June 24, 2005 (Doc. # 98).

3. It was agreed by counsel and communicated to the court that the defendants would file their summary judgment regarding Irene Cohen on November 29, 2005.

4. The undersigned is currently working toward completion of the summary judgment motion regarding Ms. Cohen but requires additional time in which to finalize the

papers.  Further, the undersigned has a pre-paid vacation the week of November 21-25, 2005 and will not return to the office until Monday, November 28, 2005.

5. The plaintiff, Irene Cohen, will not be prejudiced by the delay.

6. Pursuant to Local Rule 7(b), sent an e-mail to plaintiff's counsel, Francis A. Miniter, Esq., on Friday, November11, 2005.  The undersigned has not received a response as of this mailing and therefore could not ascertain plaintiff counsel's position on this motion.

7. This is the defendants' first request for additional time regarding the dispositive motion for Ms. Cohen.

WHEREFORE, the defendants respectfully request an extension of time of fourteen (14) days to and including December 13, 2005 in which to file their summary judgment motion regarding Irene Cohen.

DEFENDANTS,
KRISTINE RAGAGLIA, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box  120
Hartford, CT 06141-0120
Tel:  (860) 808-5340
Fax: (860) 808-5383
E-mail: Joseph.Jordano@po.state.ct.us

3

## CERTIFICATION

I hereby certify that pursuant to §5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing Motion for Summary Judgment was sent via first class mail, postage prepaid, this 14th day of November, 2005 to:

Francis A. Miniter, Esq.
Miniter & Associates
100 Wells Street, Suite 1-D
Hartford, CT 06103

_____
Joseph A. Jordano
Assistant Attorney General