UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN WILLIAMS, ET AL., | : | CASE NO. 3:01CV1398 (JGM) |
|     *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| KRISTINE RAGAGLIA, ET AL., | : | |
|     *Defendants*. | : | December 12, 2005 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT

COMES NOW the Defendants, pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby move for summary judgment in their favor because the evidence submitted herewith shows that there is no genuine issue of material fact in dispute and, as a matter of law, the Plaintiff, Irene Cohen, cannot sustain her burden of proof that the Defendants violated her rights under federal law. Filed herewith is a Statement of Undisputed Facts pursuant to Local Rule 56 and a memorandum of law in support of the present motion.

                                                  DEFENDANTS,
                                                  KRISTINE RAGAGLIA, ET AL.

                                                  RICHARD BLUMENTHAL
                                                  ATTORNEY GENERAL

By:     _____
           Joseph A. Jordano
           Assistant Attorney General
           55 Elm Street, P.O. Box 120
           Hartford, CT 06141-0120
           Tel: (860) 808-5340
           Fax: (860) 808-5383
           E-mail: Joseph.Jordano@po.state.ct.us
           Federal Bar # ct21487

2

## **CERTIFICATION**

I hereby certify that pursuant to §5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing Motion for Summary Judgment was sent via first class mail, postage prepaid, this   12th    day of December, 2005 to:

Francis A. Miniter, Esq.
Miniter & Associates
100 Wells Street, Suite 1-D
Hartford, CT 06103

_____
Joseph A. Jordano
Assistant Attorney General