UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RYAN WILLIAMS, ET AL.,  :  CASE NO. 3:01CV1398 (JGM)
  *Plaintiffs*,    :
        :
 v.       :
        :
KRISTINE RAGAGLIA, ET AL., :
  *Defendants.*    :  December 12, 2005

**DEFENDANTS' INDEX OF EVIDENCE IN SUPPORT
OF THEIR MOTION FOR SUMMARY JUDGMENT**

Exhibit 1  Excerpts from Deposition of Irene Cohen, dated June 26, 2003;

Exhibit 2  Affidavit of James Moore, dated November 10, 2005;

Exhibit 3  Third Amended Complaint, Williams v. Ragaglia, et al. 3:01CV1398(JBA);

Exhibit 4  Performance Appraisal for Irene Cohen, dated February 18, 1994;

Exhibit 5  Performance Appraisal for Irene Cohen, dated October 28, 1994;

Exhibit 6  Performance Appraisal for Irene Cohen, dated October 20, 1995;

Exhibit 7  Performance Appraisal for Irene Cohen, dated October 1, 1996;

Exhibit 8  Performance Appraisal for Irene Cohen, dated September 14, 1997;

Exhibit 9  Performance Appraisal for Irene Cohen, dated September 9, 1998;

Exhibit 10  Grievance filed by Cohen and resolution, dated January 27, 1999; Also included Memo dated February 19, 1999 from James Moore to Lee Askern re: Revised Performance Appraisal for Irene Cohen;

Exhibit 11  Performance Appraisal for Irene Cohen, dated September 28, 1999;

Exhibit 12     Performance Appraisal for period 9-1-99 to 8-31-00, dated September 30, 2000;

Exhibit 13     Letter dated December 13, 2000 from Leticia Lacomba to Cohen;

Exhibit 14     Arbitration Award re: Case No. 12-4903, Award date September 3, 2002;

Exhibit 15     Plaintiff Irene Cohen's responses to Defendants' Interrogatories and  Requests for Production, dated February 14, 2003.

DEFENDANTS,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
    Joseph A. Jordano
    Assistant Attorney General
    Federal Bar # ct21487
    55 Elm Street, P.O. Box 120
    Hartford, CT 06141-0120
    Tel: 860-808-5340
    Fax: 860-808-5383
    E-mail:
    Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

The undersigned does hereby certify that on the   12th   day of December, 2005, a true and accurate copy of the forgoing was sent by First Class United States mail, first class postage prepaid,  to the following:


Francis A. Miniter, Esq.
Miniter & Associates
100 Wells Street, Suite 1-D
Hartford, CT 06103


_____
Joseph A. Jordano
Assistant Attorney General