UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RYAN WILLIAMS | CIVIL ACTION NO: |
| V. | 3:01CV 1398 (JBA) |
| KRISTINE REGAGLIA, COMMISSIONER, DEPARTMENT OF CHILDREN AND FAMILIES and IN HER INDIVIDUAL CAPACITY, ET AL | February 5, 2006 |

**PLAINTIFF'S MOTION TO OPEN PARTIAL SUMMARY JUDGMENT RULING**

Plaintiffs hereby move this honorable court to open its Ruling on Defendants' Motion for [Partial] Summary Judgment of January 26, 2006, and permit Plaintiffs to file a response to Defendants' Motion to Dismiss, for the reasons set forth herein;

1. Plaintiff's counsel had obtained consent from Defendant's counsel for an extension of time, but due to the following circumstances, had not realized that the time to move for an extension of time expired..

2. Plaintiff's counsel has been engaged in preparing two appeal briefs to the Second Circuit, by January 20, 2006, one of which fortunately settled, and the second of which has now been extended. In addition, Plaintiff's counsel has been occupied with two trials.

3. Plaintiffs and Defendants are vigorously pursuing the multiple aspects of this case and this aspect of it should not be omitted.

1

5. Given the consent of Defense Counsel to an extension, Defendants have suffered no harm. It is also expected that the various motions in this case will take some time to resolve.

6. As set forth in the accompanying Motion to Extend Time, Plaintiffs can file a response to said Motion to Dismiss within 30 days from the granting of the order.

7. The undersigned apologizes for the inconvenience to the Court, but further represents that the issues in this case are complex, ongoing and meritorious.

**PLAINTIFFS**

BY:_____
Francis A. Miniter, their attorney
Miniter and Associates
100 Wells Street Unit 1-D
Hartford, Connecticut 06103
Telephone: (860) 560-2590
Federal Bar No.: ct09566

<u>CERTIFICATION</u>

I hereby certify that a copy of the foregoing was mailed to the following this 6th day of February, 2006:

Joseph A. Jordano
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
Francis A. Miniter