UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN WILLIAMS | : | CIVIL ACTION NO: |
| | : | |
| V. | : | 3:01CV 1398 (JBA) |
| | : | |
| KRISTINE REGAGLIA, COMMISSIONER, DEPARTMENT OF CHILDREN AND FAMILIES and IN HER INDIVIDUAL CAPACITY, ET AL | : | February 5, 2006 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Pursuant to Local Rule 9, the Plaintiffs in the above entitled matter hereby requests an extension of time in which to answer the Defendant's Motion for Partial Summary Judgment as to Irene Cohen dated November 29, 2005. The Plaintiff makes this request because of the following:

1. Defendants' counsel has consented to an extension of time.

2. Plaintiffs' counsel was engaged in two appellate briefs and trial work when the timely motion should have been filed.

3. Given the consent of defense counsel, no harm has been suffered by Defendants.

4. The answering papers can be filed within 30 days of the granting of this motion.

1

PLAINTIFFS

BY:_____
_____ Francis A. Miniter, their attorney
Miniter and Associates
100 Wells Street Unit 1-D
Hartford, Connecticut 06103
Telephone: (860) 560-2590
Federal Bar No.: ct09566

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following this 6th day of February, 2006:

Joseph A. Jordano
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
Francis A. Miniter