IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
:
RYAN WILLIAMS ET AL.                    :    3:01 CV 1398 (JGM)
:
v.                                      :
:
KRISTINE REGALIA ET AL.                 :    DATE: FEBRUARY 14, 2006
:
---------------------------------------------------------------x

MEMORANDUM OF SETTLEMENT/STATUS CONFERENCE

Date of Conference:   February 13, 2006

Attorneys Present:    Francis A. Miniter, Esq.
                      (For Plaintiffs)

                      Joseph A. Jordano, Esq.
                      (For Defendants)

DISCUSSIONS

Counsel agreed to the deadlines set forth below.

ORDERS

1. By agreement of counsel, **on or before February 21, 2006**, defendants will file a brief in opposition to plaintiff Cohen's Motion to Open Partial Summary Judgment Ruling, filed February 9, 2006 (Dkt. #107), and plaintiff Cohen will file a reply brief **on or before March 7, 2006**.

2. By further agreement of counsel, **on or before March 6, 2006**, plaintiffs' counsel will provide defense counsel with an analysis of damages for each plaintiff and a settlement demand.

3. By further agreement of counsel, **on or before April 17, 2006**, defendants will file a Motion for Summary Judgment, brief, affidavit, and documents in support, and Local Rule 56 Statement with respect to plaintiff Hood or Williamson.

4. By further agreement of counsel, within 30 days of the filing of the Ruling on

Defendants' Motion for Summary Judgment with respect to plaintiff Hood or Williamson, defendants will file a Motion for Summary Judgment, brief, affidavit, and documents in support, and Local Rule 56 Statement with respect to remaining of these two plaintiffs.

5. By further agreement of counsel, within 30 days of the filing of the Ruling on Defendants' Motion for Summary Judgment with respect to the remaining of these two plaintiffs, defendants will file a Motion for Summary Judgment, brief, affidavit, and documents in support, and Local Rule 56 Statement with respect to plaintiff Whilby.

6. By further agreement of counsel, within 30 days of the filing of the Ruling on Defendants' Motion for Summary Judgment with respect to plaintiff Whilby, defendants will file a Motion for Summary Judgment, brief, affidavit, and documents in support, and Local Rule 56 Statement with respect to plaintiff Williams or Johnson.

7. By further agreement of counsel, within 30 days of the filing of the Ruling on Defendants' Motion for Summary Judgment with respect to the plaintiff Williams or Johnson, defendants will file a Motion for Summary Judgment, brief, affidavit, and documents in support, and Local Rule 56 Statement with respect to the remaining of these two plaintiffs.

8. The Magistrate Judge is available for such other conferences (which may be held telephonically) as may be necessary.

Dated at New Haven, Connecticut, this 14th day of February, 2006.

_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge