UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN WILLIAMS, ET AL., | : | CASE NO. 3:01CV1398 (JGM) |
|    *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| KRISTINE RAGAGLIA, ET AL., | : | |
|    *Defendants*. | : | April 11, 2006 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT

COMES NOW the Defendants, pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby move for summary judgment in their favor because the evidence submitted herewith shows that there is no genuine issue of material fact in dispute and, as a matter of law, the Plaintiff, Patricia Williamson, cannot sustain her burden of proof that the Defendants violated her rights under federal law. Filed herewith is a Statement of Undisputed Facts pursuant to Local Rule 56 and a memorandum of law in support of the present motion.

                                                    DEFENDANTS,
                                                    KRISTINE RAGAGLIA, ET AL.

                                                    RICHARD BLUMENTHAL
                                                    ATTORNEY GENERAL

By: _____
     Joseph A. Jordano
     Assistant Attorney General
     55 Elm Street, P.O. Box 120
     Hartford, CT 06141-0120
     Tel: (860) 808-5340
     Fax: (860) 808-5383
     E-mail: Joseph.Jordano@po.state.ct.us
     Federal Bar # ct21487

## CERTIFICATION

I hereby certify that pursuant to §5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing Motion for Summary Judgment was sent via first class mail, postage prepaid, this 11th day of April, 2006 to:

> Francis A. Miniter, Esq.
> Miniter & Associates
> 100 Wells Street, Suite 1-D
> Hartford, CT 06103

_____
Joseph A. Jordano
Assistant Attorney General