UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN WILLIAMS, ET AL., | : | CASE NO. 3:01CV1398 (JGM) |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| KRISTINE RAGAGLIA, ET AL., | : | |
| *Defendants.* | : | April 11, 2006 |

**DEFENDANTS' INDEX OF EVIDENCE IN SUPPORT
OF THEIR MOTION FOR SUMMARY JUDGMENT**

Exhibit 1    Deposition of Patricia Williamson, dated March 31, 2004;

Exhibit 2    Affidavit of Wanda Estrella, dated April 3, 2006;

Exhibit 3    Affidavit of Kristine Ragaglia, dated March 27, 2006;

Exhibit 4    DAS Job Description for Social Worker Supervisor;

Exhibit 5    Affirmative Action Plan Application Flow Data, dated September 9, 1999;

Exhibit 6    Affirmative Action Plan Application Flow Data, dated August 1999;

Exhibit 7    Affirmative Action Plan Application Flow Data, dated March 29, 2000;

Exhibit 8    Affirmative Action Plan Application Flow Data, dated July 19, 2001;

Exhibit 9    Excerpts from Third Amended Complaint, Williams v. Ragaglia, et al. ,3:01CV1398(JBA);

Exhibit 10   Affidavit of Assistant Attorney General Joseph A. Jordano, dated April 10, 2006;

Exhibit 11    Plaintiff's Responses to Defendants' Interrogatories and Requests for Production, dated February 20, 2003.

          DEFENDANTS,

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL

BY: _____
      Joseph A. Jordano
      Assistant Attorney General
      Federal Bar # ct21487
      55 Elm Street, P.O. Box 120
      Hartford, CT 06141-0120
      Tel: 860-808-5340
      Fax: 860-808-5383
      E-mail:
      Joseph.Jordano@po.state.ct.us

### **CERTIFICATION**

The undersigned does hereby certify that on the 11th day of April, 2006, a true and accurate copy of the forgoing was sent by First Class United States mail, first class postage prepaid, to the following:

Francis A. Miniter, Esq.
Miniter & Associates
100 Wells Street, Suite 1-D
Hartford, CT 06103

          _____
          Joseph A. Jordano
          Assistant Attorney General