**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RYAN WILLIAMS, ET AL. : | | Case No. 3:01CV1398 (JGM) |
| *Plaintiffs* : | | |
| v. : | | Judge Joan G. Margolis |
| : | | |
| : | | Notice of Manual Filing |
| Kristine Ragaglia, et al. : | | |
| *Defendants* : | | April 11, 2006 |

Please take notice that the Defendants have manually filed the following document or thing

Exhibits in Support of Defendants' Motion for Summary Judgment regarding Patricia Williamson

These exhibits have not been filed electronically because

[ ]  the document or thing cannot be converted to an electronic format
[x]  the electronic file size of some of the documents exceeds 1.5 megabytes
[ ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

          Respectfully submitted,

          _____
          Joseph A. Jordano
          Assistant Attorney General
          55 Elm Street, P.O. Box 120
          Hartford, CT  06141-0120
          Phone: (860) 808-5340
          Fax: (860) 808-5383
          E-mail: Joseph.Jordano@po.state.ct.us
          Federal Bar # ct 21487

## **CERTIFICATION**

The undersigned does hereby certify that on the 11th day of April, 2006, a true and accurate copy of the forgoing was sent by First Class United States mail, first class postage prepaid, to the following:

Francis A. Miniter, Esq.
Miniter & Associates
100 Wells Street, Suite 1-D
Hartford, CT 06103

_____
Joseph A. Jordano
Assistant Attorney General