UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2006 MAY -2 P 1: 55

| | | |
|---|---|---|
| RYAN WILLIAMS | : | CIVIL ACTION NO: |
| vs. | : | 3:01CV 1398 (JBA) |
| KRISTINE REGAGLIA, COMMISSIONER, DEPARTMENT OF CHILDREN AND FAMILIES and IN HER INDIVIDUAL CAPACITY, ET AL | : | April 28, 2006 |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 9, the Plaintiffs in the above entitled matter hereby requests an extension of time in which to answer the Defendant's Motion for Partial Summary Judgment dated April 11, 2006, to which a response is due May 2, 2006. The Plaintiff makes this request because of the following:

1. Plaintiff's counsel has just completed and filed this week with the Second Circuit Court of Appeals, in New York, New York, an appellate brief with accompanying documents consisting of 2,000 pages per set, in the matter of Chavez v. The Metropolitan District, Docket No. 05-3513, and has not been able to address the instant case until this filing was completed.

2. Plaintiffs' counsel also has due in May, 2006 a post-hearing brief in Crebase vs. Procter & Gamble, following a trial of the issues therein before the Connecticut Commission on Human Rights and Opportunities, the transcript for which hearing is approximately 1,500 pages.

3. Counsel has ongoing obligations in other matters, including a response to another

1

motion for summary judgment in an arbitration..

For these reasons, Counsel for Plaintiff seeks an extension of time to June 22, 2006, by which to file Plaintiff's response to the Motion for Summary Judgment.

**PLAINTIFFS**

BY: _____
Francis A. Miniter, their attorney
Miniter and Associates
100 Wells Street Unit 1-D
Hartford, Connecticut 06103
Telephone: (860) 560-2590
Federal Bar No.: ct09566

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following this 28th day of April, 2006:

Joseph A. Jordano
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
Francis A. Miniter