UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RYAN WILLIAMS | CIVIL ACTION NO: |
| vs. | 3:01CV 1398 (JBA) |
| KRISTINE REGAGLIA, COMMISSIONER, DEPARTMENT OF CHILDREN AND FAMILIES and IN HER INDIVIDUAL CAPACITY, ET AL | June 16 2006 |

## PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 9, the Plaintiffs in the above entitled matter hereby requests an extension of time in which to answer the Defendant's Motion for Partial Summary Judgment dated April 11, 2006, to which a response was due May 2, 2006 and was previously extended to June 22, 2006. The Plaintiff makes this request because of the following:

1. Plaintiff's counsel has recently completed and filed three briefs, the latest of which was filed this week in the Crebase case mentioned in the previous motion for extension of time.

3. Plaintiff has been ill with bronchitis and a substantial fever, treated with antibiotics and nasal steroids, and is now recovering, but lost considerable productive time during the last four weeks

For these reasons, Counsel for Plaintiff seeks an extension of time to July 10, 2006, by which to file Plaintiff's response to the Motion for Summary Judgment.

1

PLAINTIFFS

BY: _____
Francis A. Miniter, their attorney
Miniter and Associates
100 Wells Street Unit 1-D
Hartford, Connecticut 06103
Telephone: (860) 560-2590
Federal Bar No.: ct09566

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following this 16th day of June, 2006:

Joseph A. Jordano
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
Francis A. Miniter

2