## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN WILLIAMS | : | CIVIL ACTION NO: |
| | : | |
| vs. | : | 3:01CV 1398 (GJM) |
| | : | |
| KRISTINE REGAGLIA, COMMISSIONER, DEPARTMENT OF CHILDREN AND FAMILIES and IN HER INDIVIDUAL CAPACITY, ET AL | : | JULY 11, 2006 |

### PLAINTIFF'S AMENDED THIRD MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 9, the Plaintiffs in the above entitled matter hereby requests an extension of time in which to answer the Defendant's Motion for Partial Summary Judgment dated April 11, 2006, to which a response was due May 2, 2006 and was previously extended to June 22, 2006. Thereafter it was extended to July 10th, as the final date   The Plaintiff makes this request because of the following:

1 .     Plaintiff's counsel has completed all the documentation for the Objection, Memorandum, Affidavit and 56(a)(2) Statement.

3.     Plaintiff's counsel expected Plaintiff to sign the Affidavit today so that the responsive document could be completed, but Plaintiff was apparently unable to get to counsel's office.

3.     Plaintiff spoke with counsel at 7:30 am on July 11, 2006 and represented that she had work obligations for DCF that would keep her in New Haven until at least 6:303 pm on Tuesday and Wednesday, and requested that she be allowed until Thursday July 13, 2006, to sign the affidavit so that the undersigned can file the response.

1

For these reasons, Counsel for Plaintiff seeks an extension of time to Thursday July 13, 2006, in order to obtain Plaintiff's signature on the Affidavit so as to enable counsel to file the response.

**PLAINTIFFS**


**BY:** _____
Francis A. Miniter, their attorney
Miniter and Associates
100 Wells Street Unit 1-D
Hartford, Connecticut 06103
Telephone:   (860) 560-2590
Federal Bar No.: ct09566


<u>CERTIFICATION</u>

I hereby certify that a copy of the foregoing was mailed to the following this 11th day of July, 2006:

Joseph A. Jordano
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120


_____
Francis A. Miniter