IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------x
:
RYAN WILLIAMS ET AL. : 3:01 CV 1398 (JGM)
:
v. :
:
KRISTINE REGALIA ET AL. : DATE: AUGUST 21, 2006
:
------------------------------------------------------------x

MEMORANDUM OF STATUS CONFERENCE

Date of Conference:   August 21, 2006

Attorneys Present:   Francis A. Miniter, Esq.
(For Plaintiffs)(by telephone)

Joseph A. Jordano, Esq.
(For Defendants)(by telephone)

DISCUSSIONS

Counsel agreed to the deadlines set forth below.

ORDERS

1. By agreement of counsel, **on or before September 29, 2006**, defendants will file a Motion for Summary Judgment, brief, affidavit, and documents in support, and Local Rule 56 Statement with respect to plaintiff Hood; **on or before October 20, 2006**, plaintiff will file her brief, affidavit and documents in opposition, and **on or before November 3, 2006**, defendants may file a reply brief.

2. By prior agreement of counsel, within thirty days of the filing of the Ruling on Defendants' Motion for Summary Judgment with respect to plaintiff Hood, defendants will file a Motion for Summary Judgment, brief, affidavit, and documents in support, and Local Rule 56 Statement with respect to plaintiff Whilby.

3. By prior agreement of counsel, within thirty days of the filing of the Ruling on Defendants' Motion for Summary Judgment with respect to plaintiff Whilby, defendants will

file a Motion for Summary Judgment, brief, affidavit, and documents in support, and Local Rule 56 Statement with respect to plaintiff Williams or Johnson.

4. By prior agreement of counsel, within thirty days of the filing of the Ruling on Defendants' Motion for Summary Judgment with respect to the plaintiff Williams or Johnson, defendants will file a Motion for Summary Judgment, brief, affidavit, and documents in support, and Local Rule 56 Statement with respect to the remaining of these two plaintiffs.

5. By further agreement of counsel, **on or before September 15, 2006**, plaintiffs' counsel will notify the Magistrate Judge's Chambers as to the settlement position of the four remaining plaintiffs – Hood, Whilby, Williams and Johnson.

6. The Magistrate Judge is available for such other conferences (which may be held telephonically) as may be necessary.

Dated at New Haven, Connecticut, this 21st day of August, 2006.

_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge