**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RYAN WILLIAMS, ET AL., | : | CASE NO. 3:01CV1398 (JGM) |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| KRISTINE RAGAGLIA, ET AL., | : | |
| *Defendants*. | : | September 19, 2006 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE**
**SUMMARY JUDGMENT REGARDING ALICE HOOD**

COMES NOW the Defendants, and pursuant to Local Rule 7(b) requests a three-month extension of time to and including December 29, 2006 in which to file summary judgment regarding plaintiff Alice Hood in the above-captioned matter. In support of their motion, the defendants, through counsel, represent as follows:

1.  Defendants' motion for summary judgment regarding plaintiff Patricia Williamson was granted based on consent, in light of plaintiff's failure to cooperate with her attorney in opposing the motion (Doc. # 130, August 21, 2006).

2.  Based upon the Status Conference held on August 21, 2006, the parties agreed that on or before September 29, 2006 the defendants would file their summary judgment motion concerning Alice Hood. (Doc. # 131, Memorandum of Status Conference)

3.  The undersigned represents to the Court that he had to undergo emergency surgery on Monday, September 18, 2006 and it is estimated that I will be physically out of the office 3-5 weeks. During this time frame, physical therapy will be required to regain the use of the motor function of my left arm which was lost.

1

4. During my recuperation period, I will be doing some work on a limited basis at home and I will be in communication with my office. This instant motion was prepared with assistance from my office, signed and returned to the office for filing with the Court and copying to plaintiff's counsel.

5. The undersigned also represents that a number of individuals involved in the Hood matter are retired from state service and additional time is required to ascertain their whereabouts, if possible, and obtain affidavits required in this particular matter.

6. The plaintiff, Alice Hood, will not be prejudiced by the delay.

7. Pursuant to Local Rule 7(b), a member of the undersigned's support staff, Leonard Auster, Paralegal Specialist 2, contacted plaintiff's counsel, Francis A. Miniter, Esq., on my behalf. Attorney Miniter has authorized that the undersigned can represent to the Court that he has NO OBJECTION to this motion.

8. This is the defendants' first request for additional time regarding the dispositive motion for Ms. Hood.

WHEREFORE, the defendants respectfully request an extension of time of fourteen (14) days to and including December 29, 2006 in which to file their summary judgment motion regarding Alice Hood.

DEFENDANTS,
KRISTINE RAGAGLIA, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail: Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

I hereby certify that pursuant to §5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing Motion for Extension of Time to File Summary Judgment Regarding Alice Hood was sent via first class mail, postage prepaid, on  this     day of September, 2006 to:

Francis A. Miniter, Esq.
Miniter & Associates
100 Wells Street, Suite 1-D
Hartford, CT 06103

_____
Joseph A. Jordano
Assistant Attorney General

3