UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN WILLIAMS, ET AL., | : | CASE NO. 3:01CV1398 (JGM) |
|     *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| KRISTINE RAGAGLIA, ET AL., | : | |
|     *Defendants*. | : | December 26, 2006 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE
SUMMARY JUDGMENT REGARDING ALICE HOOD**

COMES NOW the Defendants, and pursuant to Local Rule 7(b) requests a twenty one (21) day extension of time to and including January 19, 2007 in which to file summary judgment regarding plaintiff Alice Hood in the above-captioned matter. In support of their motion, the defendants, through counsel, represent as follows:

1.  Several of the key fact witnesses who must provide affidavits are on vacation due to the holiday season and will not return to early 2007.

3.  The undersigned also represents that a number of individuals involved in the Hood matter are retired from state service and additional time is required to ascertain their whereabouts, if possible, and obtain affidavits required in this particular matter.

4.  The plaintiff, Alice Hood, will not be prejudiced by this short delay.

5.  Pursuant to Local Rule 7(b), a voice message was left for Francis A. Miniter, Esq., but as of yet there has been no response.

8.  This is the defendants' second request for additional time regarding the dispositive motion for Ms. Hood.

9. Defense counsel apologizes for the need for this additional twenty one (21) days and appreciates the court's indulgence.

WHEREFORE, the defendants respectfully request an extension of time of twenty one (21) days to and including January 19, 2007 in which to file their summary judgment motion regarding Alice Hood.

>                    DEFENDANTS,
>
>                    KRISTINE RAGAGLIA, ET AL.
>
>                    RICHARD BLUMENTHAL
>                    ATTORNEY GENERAL
>
> By:                _____
>                    Joseph A. Jordano
>                    Assistant Attorney General
>                    Federal Bar # ct21487
>                    55 Elm Street, P.O. Box 120
>                    Hartford, CT 06141-0120
>                    Tel: (860) 808-5340
>                    Fax: (860) 808-5383
>                    E-mail: Joseph.Jordano@po.state.ct.us

## CERTIFICATION

I hereby certify that pursuant to §5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing Motion for Extension of Time to File Summary Judgment Regarding Alice Hood was sent via first class mail, postage prepaid, on this 26th day of December, 2006 to:

Francis A. Miniter, Esq.
Miniter & Associates
100 Wells Street, Suite 1-D
Hartford, CT 06103

                                                    _____
                                                    Joseph A. Jordano
                                                    Assistant Attorney General