UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN WILLIAMS, ET AL., | : | CASE NO. 3:01CV1398 (JGM) |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| KRISTINE RAGAGLIA, ET AL., | : | |
| *Defendants*. | : | January 16, 2007 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE
SUMMARY JUDGMENT REGARDING ALICE HOOD**

COMES NOW the Defendants, and pursuant to Local Rule 7(b) requests a two week extension of time to and including February 2, 2007 in which to file summary judgment regarding plaintiff Alice Hood in the above-captioned matter. In support of their motion, the defendants, through counsel, represent as follows:

1. The current deadline for filing of the dispositive motion regarding the plaintiff Alice Hood is January 19, 2007.

2. The undersigned respectfully represents to the Court that it has been more difficult than anticipated in locating and contacting individuals involved in the Hood matter from whom affidavits need to be acquired.

3. The undersigned is scheduled to begin a three-day trial on January 16-18, 2007 before the Connecticut Commission on Human Rights in a Whistleblower matter, <u>Kulish v. DMV, Arroyo and Velez</u>, OPH/WBR 2006-021/022/023 and considerable time and attention to that matter has drawn the undersigned from completion of the instant matter.

4.     Pursuant to Local Rule 7(b), the undersigned contacted plaintiff's counsel, Francis A. Miniter, Esq., and he has NO OBJECTION to this motion.

5.     This is the defendants' third request for additional time regarding the dispositive motion for Ms. Hood.

9.     Defense counsel apologizes for the need for this additional fourteen (14) days and appreciates the court's indulgence.

WHEREFORE, the defendants respectfully request an extension of time of fourteen (14) days to and including February 2, 2007 in which to file their summary judgment motion regarding Alice Hood.

DEFENDANTS,

KRISTINE RAGAGLIA, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail: Joseph.Jordano@po.state.ct.us

3

## CERTIFICATION

I hereby certify that pursuant to §5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing Motion for Extension of Time to File Summary Judgment Regarding Alice Hood was sent via first class mail, postage prepaid, on this 16th day of January, 2007 to:

Francis A. Miniter, Esq.
Miniter & Associates
100 Wells Street, Suite 1-D
Hartford, CT 06103

                                                           _____
                                                           Joseph A. Jordano
                                                           Assistant Attorney General