UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN WILLIAMS, ET AL., | : | CASE NO. 3:01CV1398(JGM) |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| KRISTINE RAGAGLIA, ET AL., | : | |
| *Defendants.* | : | January 31, 2007 |

## DEFENDANTS' INDEX OF EVIDENCE IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

Exhibit 1    Excerpts from Deposition of Alice Hood, dated June 23, 2003;

Exhibit 2    Letter dated July 2, 1993 from Phillip Obregon to Hood;

Exhibit 3    Letter dated March 13, 1995 from DAS to Hood;

Exhibit 4    Job Announcement for Social Worker Supervisor;

Exhibit 5    Letter dated March 30, 1995 from Hood to Visone;

Exhibit 6    Affidavit of Tara Lewis, dated January 12, 2007;

Exhibit 7    Affidavit of Linda Harris, dated January 17, 2007;

Exhibit 8    Plaintiff's Responses to Defendants' Interrogatories and Requests for Production, dated February 20, 2003.

DEFENDANTS,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
     Joseph A. Jordano
     Assistant Attorney General
     Federal Bar # ct21487
     55 Elm Street, P.O. Box 120
     Hartford, CT 06141-0120
     Tel: 860-808-5340
     Fax: 860-808-5383
     E-mail:
     Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

The undersigned does hereby certify that on the 31st day of January, 2007, a true and accurate copy of the forgoing was sent by First Class United States mail, first class postage prepaid, to the following:

Francis A. Miniter, Esq.
Miniter & Associates
100 Wells Street, Suite 1-D
Hartford, CT 06103

_____
Joseph A. Jordano
Assistant Attorney General