**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RYAN WILLIAMS, ET AL. : | | Case No. 3:01CV1398 (JGM) |
| *Plaintiffs* : | | |
| v. : | | Judge Joan G. Margolis |
| : | | |
| : | | Notice of Manual Filing |
| Kristine Ragaglia, et al. : | | |
| *Defendants* : | | January 31, 2007 |

Please take notice that the Defendants have manually filed the following document or thing

Exhibits in Support of Defendants' Motion for Summary Judgment regarding Alice Hood

These exhibits have not been filed electronically because

[ ]   the document or thing cannot be converted to an electronic format
[ x ] the electronic file size of some of the documents exceeds 1.5 megabytes
[ ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or
      Local Rule of Criminal Procedure 57(b)
[ ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                                                 Respectfully submitted,

                                                 _____

                                                 Joseph A. Jordano
                                                 Assistant Attorney General
                                                 55 Elm Street, P.O. Box 120
                                                 Hartford, CT  06141-0120
                                                 Phone: (860) 808-5340
                                                 Fax: (860) 808-5383
                                                 E-mail: Joseph.Jordano@po.state.ct.us
                                                 Federal Bar # ct 21487

## **CERTIFICATION**

The undersigned does hereby certify that on the 31st day of January, 2007, a true and accurate copy of the forgoing was sent by First Class United States mail, first class postage prepaid, to the following:

Francis A. Miniter, Esq.
Miniter & Associates
100 Wells Street, Suite 1-D
Hartford, CT 06103

_____
Joseph A. Jordano
Assistant Attorney General