UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN WILLIAMS, ET AL., | : | CASE NO. 3:01CV1398 (JGM) |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| KRISTINE RAGAGLIA, ET AL., | : | |
| *Defendants*. | : | March 1, 2007 |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT REGARDING REGINA WHILBY

COMES NOW the Defendants, and pursuant to Local Rule 7(b) requests an extension of time to be determined by the Court following a settlement/status conference of undetermined date regarding the filing of the summary judgment regarding plaintiff Regina Whilby in the above-captioned matter. In support of their motion, the defendants, through counsel, represent as follows:

1. The Court on February 26, 2007 (Doc. # 143) issued its ruling, granting the defendants' motion for summary judgment regarding the plaintiff Alice Hood. The Court granted the motion for summary judgment absent any opposition[1] memorandum from plaintiff's counsel.

2. In footnote notation number 19 on page 24 of its ruling regarding Alice Hood, the Court noted that "by prior agreement…" the deadline for defendants' Motion for Summary Judgment regarding Regina Whilby is March 26, 2007.

---
[1] Plaintiffs' counsel has failed to file any opposition memoranda regarding plaintiffs Benjamin Ohene, Irene Cohen, Patricia Williamson and Ms. Hood to date. The only 'pleading' filed by plaintiffs' counsel in resistance to summary judgment has been several motions for extension of time which will be addressed, infra.

1

3. In footnote number 19, the Court further stated, "counsel **shall** contact the Magistrate Judge's Chambers to schedule a settlement conference, <u>with the three remaining plaintiffs present</u>, as well as a representative for the remaining defendants. (Emphasis added; emphasis in original).

4. The undersigned moves for the deadline of the Whilby summary judgment motion be extended until after a settlement conference is held <u>with the three remaining plaintiffs present</u> given the lengthy history of the instant matter in which the plaintiffs have continually failed to resist summary judgment submissions by defendants' counsel.

5. The instant matter was originally filed on July 25, 2001 (Doc. # 1) and included ten (10) plaintiffs and twenty eight (28) defendants, 27 individually named.

6. Plaintiff Sheneane Ragin withdrew her claim on August 21, 2002 (Doc. # 50). Plaintiffs Nana Oko Darko and Joseph Ovide Jr. were dismissed from the matter via default judgment on June 10, 2003 (Doc. # 68-1).

7. The defendants' Motion to Sever was denied without prejudice on October 1, 2004 (Doc. # 86) but at a settlement conference held on September 29, 2004 it was agreed that separate summary judgment motions would be submitted regarding the respective plaintiffs. The first summary judgment motion was to be filed regarding Benjamin Ohene.

8. The defendants filed their Motion for Summary Judgment and all accompanying papers regarding Ohene on March 16, 2005 (Doc. #s 91-93).

9. Plaintiff's counsel requested two extensions of time (Doc. #s 94 and 96) but failed to respond to the summary judgment motion regarding Mr. Ohene.

10. Absent objection, the Court granted the defendants' motion for summary judgment regarding Mr. Ohene on June 24, 2005 (Doc. # 98).

11. The defendants filed their Motion for Summary Judgment and all accompanying papers regarding Irene Cohen on December 14, 2005 (Doc. #s 101-102).

12. Absent objection, the Court granted the defendants' motion for summary judgment regarding Ms. Cohen on January 25, 2006 (Doc. # 105).

13. Plaintiffs' counsel on February 9, 2006 (Doc. # 107), four days prior to a settlement/status conference that had been scheduled in the January 25, 2006 ruling, moved to reopen the judgment regarding Ms. Cohen.

14. At the status conference on February 13, 2006, plaintiffs' counsel was given to March 7, 2006 to file an opposition brief regarding Ms. Cohen.

15. Plaintiffs' counsel failed to comply with the Court's indulgence, failed to file any opposition papers, and the Court denied plaintiff's motion to reopen the judgment regarding Ms. Cohen on March 16, 2006 (Doc. # 112).

16. The defendants filed their Motion for Summary Judgment and all accompanying papers regarding Patricia Williamson on April 11, 2006 (Doc. #s 113-115).

17. Plaintiffs' counsel moved for, and was granted, four extensions of time (Doc. #s 116, 119, 122 and 126)[2] regarding the filing of opposition papers in the Williamson matter.

18. A status conference was held on August 21, 2006 and based upon plaintiffs counsel's representation that his client failed to cooperate, the defendants' motion for summary

---

[2] Plaintiffs' counsel also moved for an extension of time (Doc. # 123) that was duplicative.

3

judgment regarding Ms. Williamson, again absent objection, was granted by the Court on August 21, 2006 (Doc. # 130).

19.	The defendants filed their Motion for Summary Judgment and all accompanying papers regarding Alice Hood on January 31, 2007. (Doc. #s 139-142)

20.	Absent objection, again, the Court granted the defendants' Motion for Summary Judgment regarding Ms. Hood on February 26, 2007 (Doc. # 143).

21.	The undersigned has expended a great deal of time, energy and resources of his office in assembling the four (4) summary judgment motions regarding Benjamin Ohene, Irene Cohen, Patricia Williamson and Alice Hood. In contrast, plaintiffs' counsel has failed to file a single opposition memorandum to date and has apparently, from all evidence presented, abandoned the complaint in its entirety.

22.	In light of the overwhelming evidence before this Court, the undersigned represents that it is preferable that his office not expend any further time, energy or resources until and unless it appears plaintiffs' counsel is prepared and ready to proceed with the matter.

WHEREFORE, the defendants, through, counsel, request a postponement of the due date for the summary judgment motion regarding Regina Whilby until after a settlement/status conference is held with the three remaining plaintiffs present to ascertain the status of the instant matter.

DEFENDANTS,
KRISTINE RAGAGLIA, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail: Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

I hereby certify that pursuant to §5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing Motion for Extension of Time to File Summary Judgment Regarding Regina Whilby was sent via first class mail, postage prepaid, on this     day of March, 2007 to:

Francis A. Miniter, Esq.
Miniter & Associates
100 Wells Street, Suite 1-D
Hartford, CT 06103

_____
Joseph A. Jordano
Assistant Attorney General