## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN WILLIAMS, ET AL., | : | CASE NO. 3:01CV1398 (JGM) |
|    *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| KRISTINE RAGAGLIA, ET AL., | : | |
|    *Defendants*. | : | March 1, 2007 |

### DEFENDANTS' MOTION FOR SECURITY FOR COSTS

COMES NOW the Defendants, and pursuant to Local Rule 83.3, move for an order requiring the plaintiffs Ryan Williams, Trevor Johnson and Regina Whilby, to post a bond as security for costs in the amount of five hundred ($500.00) dollars.

                                              DEFENDANTS,
                                              KRISTINE RAGAGLIA, ET AL.

                                              RICHARD BLUMENTHAL
                                              ATTORNEY GENERAL

By:    _____
        Joseph A. Jordano
        Assistant Attorney General
        Federal Bar # ct21487
        55 Elm Street, P.O. Box 120
        Hartford, CT 06141-0120
        Tel: (860) 808-5340
        Fax: (860) 808-5383
        E-mail: Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

I hereby certify that pursuant to §5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing Motion for Security for Costs was sent via first class mail, postage prepaid, on this      day of March, 2007 to:

Francis A. Miniter, Esq.
Miniter & Associates
100 Wells Street, Suite 1-D
Hartford, CT 06103

_____
Joseph A. Jordano
Assistant Attorney General