UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RYAN WILLIAMS | CIVIL ACTION NO: |
| vs. | 3:01CV 1398 (JBA) |
| KRISTINE REGAGLIA, COMMISSIONER, DEPARTMENT OF CHILDREN AND FAMILIES and IN HER INDIVIDUAL CAPACITY, ET AL | March 2, 2007 |

## PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 9, the Plaintiffs in the above entitled matter hereby requests an extension of time in which to answer the Defendant's Motion for Partial Summary Judgment dated January 31, 2007, as to Alice Hood.

1. Plaintiff;s counsel has just completed a post-trial brief in another case and needs further time to respond to this document. Defendants themselves required an extension of time to prepare the pleading.

2. Plaintiff estimates that three weeks will suffice.

For these reasons, Counsel for Plaintiff seeks an extension of time to Mmarch 23, 2007, by which to file Plaintiff's response to the Motion for Summary Judgment.

1

PLAINTIFF

BY: _____
Francis A. Miniter, their attorney
Miniter and Associates
100 Wells Street Unit 1-D
Hartford, Connecticut 06103
Telephone: (860) 560-2590
Federal Bar No.: ct09566

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following this 2nd day of March, 2007:

Joseph A. Jordano
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
Francis A. Miniter

2