# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN WILLIAMS, ET AL., : | CASE NO. 3:01CV1398 (JGM) |
| *Plaintiffs*, : | |
| : | |
| v. : | |
| : | |
| KRISTINE RAGAGLIA, ET AL., : | |
| *Defendants*. : | March 26, 2007 |

### DEFENDANTS' MOTION FOR AN AWARD OF
### ATTORNEYS' FEES PURSUANT TO 42 U.S.C. § 1988

The defendants in the above-captioned action hereby respectfully move pursuant to Fed. R. Civ. P. 54(d)(2) and 42 U.S.C. § 1988(b) for an award of attorney's fees against plaintiffs Benjamin Ohene, Irene Cohen, Patricia Williamson and Alice Hood and plaintiff's counsel Francis A. Miniter in the amount of $19,200.000 payable to the State of Connecticut, c/o Office of the Attorney General, 55 Elm Street, Hartford, Connecticut 06106. The defendants represent that:

1. This Court retains subject matter jurisdiction to award such fees pursuant Fed. R. Civ. P. 58;

2. That the defendants are "prevailing parties" and that this lawsuit instituted by the plaintiffs Ohene, Cohen, Williamson and Hood and plaintiff's counsel Miniter was frivolous, unreasonable, in bad faith and without foundation;

3. That the claimed hourly rate and time expended by defendants' counsel are reasonable.

In support hereof, defendants submits the Affidavit of Joseph A. Jordano and a Memorandum of Law both dated March 26, 2007.

                                      DEFENDANTS

                          BY: _____
                                Joseph A. Jordano
                                Assistant Attorney General
                                55 Elm Street, P. O. Box 120
                                Hartford, CT  06141-0120
                                Tel:  (860) 808-5340
                                Fax:  (860) 808-5383
                                E-Mail Address:
                                Joseph.Jordano@po.state.ct.us
                                Federal Bar No. ct21487

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion for Defendants' Motion For An Award of Attorneys' Fees Pursuant To 42 U.S.C. § 1988 was mailed, first class postage prepaid this  26th  day of March, 2007 to all counsel of record:

Attorney Francis Miniter
Miniter & Associates
100 Wells Street, Suite 1-D
Hartford, CT  06103

                                _____
                                Joseph A. Jordano
                                Assistant Attorney General