UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN WILLIAMS, ET AL., | : | CASE NO. 3:01CV1398 (JGM) |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| KRISTINE RAGAGLIA, ET AL., | : | |
| *Defendants*. | : | March 26, 2007 |

**AFFIDAVIT OF JOSEPH A. JORDANO IN SUPPORT
OF DEFENDANTS' MOTION FOR ATTORNEY FEES**

I, JOSEPH A. JORDANO, being duly sworn, do hereby depose and say:

1.　　I am over the age of eighteen and believe in the obligations of an oath.

2.　　I received a Juris Doctor degree from the University of Nebraska Law School in 1989 and was and was admitted to practice before the Bar of the State of Connecticut in March 2000; before the Bar of the District Court of Connecticut in July 2000 and before the Second Circuit Court of Appeals in March 2001.

3.　　In 2000, I became employed as an Assistant Attorney General for the State of Connecticut in the Consumer Protection Department. I have worked for the Employment Rights Department of the Attorney General's Office since its inception in February 2001 until the present date.

4.　　In my tenure with the Employment Rights Department, and previously, I defended the state and state officials in a variety of civil rights/employment discrimination cases and appeals filed in state and federal court, as well as administrative

1

complaints filed with the Connecticut Commission on Human Rights and Opportunities ("CHRO").

5.  It has been my experience that such employment litigation is primarily handled in this state by attorneys with special expertise in the area of employment law, which attorneys comprise the relevant legal community in the District of Connecticut for the purpose of determining prevailing market rates.

6.  In view of court awards and other information concerning the prevailing rates in the community, my own claimed hourly rate of $300.00 per hour at the relative time the action occurred comports with the rates awarded lawyers of comparable skills and experience in this District.

7.  On January 10, 2007, United States District Court Judge Warren W. Eginton issued an order in the matter of Charette v. Department of Social Services, et al., 3:01CV1927(WWE) in which he granted my request for sanctions with an hourly rate of $300.00.

8.  I am the lead counsel and represent the twenty nine (29) defendants in this case since its inception in July 2001. I have filed the four (4) summary judgment motions concerning plaintiffs Ben Ohene, Irene Cohen, Patricia Williamson and Alice Hood which is the subject of this motion.

9.  I have not maintained contemporaneous and detailed records regarding the time spent working on the respective summary judgment motions involving the plaintiffs Ohene, Cohen, Williamson and Hood. I have drafted approximately 24 summary judgment motions regarding employment cases since the Employment Rights

Department was formed in February 2001. The amount of time on the summary judgment motion varies based on the complexity of the issues raised by the plaintiff and the number of exhibits that may be required.

      10.    I have reviewed the material regarding the summary judgment submissions concerning the plaintiffs Ohene, Cohen, Williamson and Hood. It is my conservative estimate that I spent a minimum of 16 hours on each summary judgment motion.

                                         **Total hours claimed:**      **64**

                                           **64 hours x $300.00 =**     **$19,200.00**
                                           **Total Attorney's fee claimed**
                                                                                 **$19,200.00**

                                                                                        _____  
                                                                                        Joseph A. Jordano

STATE OF CONNECTICUT    )  
                                   )      _____  
COUNTY OF HARTFORD     ):

      Subscribed and sworn to before me, the undersigned officer, this   26th day of March, 2007.

                                                                                       _____  
                                                                                       Commissioner of the Superior Court/  
                                                                                       Notary Public  
                                                                                       Commission Expires _____

## CERTIFICATION

I hereby certify that a copy of the foregoing Affidavit of Joseph A. Jordano in Support of Defendants Motion for Attorney's Fees was mailed first class postage prepaid this 26th day of March, 2007 to all counsel of record:

Attorney Francis Miniter
Miniter & Associates
100 Wells Street, Unit 1-D
Hartford, CT  06106
Tel.:  (860) 560-2590

_____
Joseph A. Jordano
Assistant Attorney General