UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN WILLIAMS, ET AL., | : | CASE NO. 3:01CV1398 (JGM) |
|    *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| KRISTINE RAGAGLIA, ET AL., | : | |
|    *Defendants*. | : | April 12, 2007 |

### MOTION FOR DEFAULT FOR FAILURE TO POST SECURITY FOR COSTS

COMES NOW the defendants and pursuant to Local Rule 83.3(a) hereby move for an order dismissing the above-captioned matter inasmuch as the plaintiffs have failed to post a bond as security for costs as ordered by the Court.

The defendants filed their motion for security for costs on March 2, 2007 (Doc. # 145) requesting that the remaining plaintiffs to the instant action, Trevor Johnson, Ryan Williams and Regina Whilby, post a bond in the amount of $500. The Court granted the motion on March 5, 2007 (Doc. # 146), ordering the plaintiffs to "file a bond as security for costs in this action within thirty (30) days from this date."

According to the current docket sheet for Case No. 3:01CV1398(JGM), the plaintiffs have not posted the bond as ordered by the Court on March 5, 2007.

WHEREFORE, the defendants move, pursuant to Local Rule 83.3, for an order dismissing with prejudice the above-captioned matter for failure to post the bond as ordered.

                        DEFENDANTS

                        RICHARD BLUMENTHAL
                        ATTORNEY GENERAL

By: _____
      Joseph A. Jordano
      Assistant Attorney General
      55 Elm Street, P.O. Box 120
      Hartford, CT  06141-0120
      Tel:  (860) 808-5340
      Fax: (860) 808-5383
      Email:  Joseph.Jordano@po.state.ct.us
      Federal Bar No. ct21487

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion for Default for Failure to Post Bond was mailed, first class postage prepaid this  12th  day of April, 2007 to all counsel of record:

Attorney Francis Miniter
Miniter & Associates
100 Wells Street, Suite 1-D
Hartford, CT  06103

                        _____
                        Joseph A. Jordano
                        Assistant Attorney General