UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN WILLIAMS | : | CIVIL ACTION NO: |
| | : | |
| vs. | : | 3:01CV 1398 (GJM) |
| | : | |
| KRISTINE REGAGLIA, COMMISSIONER, DEPARTMENT OF CHILDREN AND FAMILIES and IN HER INDIVIDUAL CAPACITY, ET AL | : | APRIL 19, 2007 |

**PLAINTIFF'S NOTICE OF DEPOSIT OF SECURITY FOR COSTS**

Plaintiff herewith deposits with the Clerk of the U. S. District Court, the sum of $500.00 for costs of this litigation.

**PLAINTIFFS**

BY:_____
Francis A. Miniter, their attorney
Miniter and Associates
100 Wells Street Unit 1-D
Hartford, Connecticut 06103
Telephone:  (860) 560-2590
Federal Bar No.: ct09566

**CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed to the following this 20th day of April, 2007:

Joseph A. Jordano  
Assistant Attorney General  
55 Elm Street  
P.O. Box 120  
Hartford, CT 06141-0120

 

_____  
Francis A. Miniter