IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------x
                                                      :

RYAN WILLIAMS ET AL.          :        3:01 CV 1398 (JGM)

v.                                        :

KRISTINE RAGAGLIA ET AL.    :
                                                      :        DATE: APRIL 26, 2007
---------------------------------------------------------x

## ORDER

A settlement conference is scheduled before the Honorable Joan G. Margolis in the United States District Court for the District of Connecticut, 141 Church Street, New Haven, CT 06473 for **July 11, 2007 at 10:00am.**

**ALL PARTIES MUST BE PRESENT AND ALL COUNSEL MUST HAVE COMPLETE SETTLEMENT AUTHORITY.**

Dated this 26th day of April, 2007, at New Haven, Connecticut.

__/s/_____
Joan Glazer Margolis
United States Magistrate Judge