IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------x
:
RYAN WILLIAMS ET AL.                :    3:01 CV 1398 (JGM)
:
v.                                  :
:
KRISTINE REGALIA ET AL.             :    DATE: JULY 11, 2007
:
------------------------------------------------------------x

MEMORANDUM OF SETTLEMENT CONFERENCE

Date of Conference:   July 11, 2007

Attorneys Present:    Francis A. Miniter, Esq.
                      (For Plaintiffs)

                      Joseph A. Jordano, Esq.
                      (For Defendants)(

DISCUSSIONS

Counsel agreed to the deadlines set forth below.

ORDERS

1. By agreement of counsel, **on or before August 31, 2007**, defendants will file a Motion for Summary Judgment, brief, affidavit, and documents in support, and Local Rule 56 Statement with respect to plaintiff Whilby; **on or before September 21, 2007**, plaintiff will file her brief, affidavit and documents, and her Local 56 Statement in opposition, and **on or before October 5, 2007**, defendants may file a reply brief.

2. Within thirty days of the filing of the Ruling on Defendants' Motion for Summary Judgment with respect to plaintiff Whilby, defendants will file a Motion for Summary Judgment, brief, affidavit, and documents in support, and Local Rule 56 Statement with respect to plaintiff Johnson.

3. If either counsel believes that a continued settlement conference before this Magistrate Judge would be productive, he should contact Chambers accordingly.

    4. The Magistrate Judge is available for such other conferences (which may be held telephonically) as may be necessary.

    Dated at New Haven, Connecticut, this 11th day of July 11, 2007.

                                  ____/s/_____
                                  Joan Glazer Margolis
                                United States Magistrate Judge