UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN WILLIAMS, ET AL., | : | CASE NO. 3:01CV1398 (JGM) |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| KRISTINE RAGAGLIA, ET AL., | : | |
| *Defendants*. | : | August 17, 2007 |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT REGARDING REGINA WHILBY

COMES NOW the Defendants, and pursuant to Local Rule 7(b) requests a short extension of time of fourteen (14) days to and including September 17, 2007[1] regarding the filing of the summary judgment regarding plaintiff Regina Whilby in the above-captioned matter. In support of their motion, the defendants, through counsel, represent as follows:

1.  The parties held a Settlement Conference regarding the three remaining plaintiffs in the above-captioned matter with the Magistrate Judge on July 11, 2007. The parties reached a settlement agreement on one of the remaining parties, Ryan Williams, but settlement could not be reached regarding Regina Whilby and/or Trevor Johnson.

2.  The Court set a deadline of August 31, 2007 for the defendants, through counsel, to file their motion for summary judgment regarding Ms. Whilby.

3.  The undersigned respectfully requests this extension of time due to the press of his caseload and the necessity to contact individuals from whom affidavits, if necessary, may be acquired.

---

[1] The undersigned respectfully requests an additional three days to and including September 17, 2007 because of the upcoming Labor Day holiday weekend which will impact on his ability to complete the summary judgment submission.

1

4. The undersigned respectfully requests the indulgence of the Court in this request.

5. Pursuant to Local Rule 7(b), the undersigned contacted plaintiff's counsel, Francis A. Miniter, Esq., leaving a message with his secretary and by e-mail on Thursday, August 16, 2007. As of this filing, the undersigned has not received a response and therefore could not ascertain plaintiff counsel's position to this motion.

6. This is the defendants' first request for an extension of time regarding the filing of the summary judgment motion regarding Ms. Whilby since the settlement conference of July 11th.

WHEREFORE, the defendants through counsel respectfully request an extension of time to and including September 17, 2007 in which to file their summary judgment motion regarding Regina Whilby.

DEFENDANTS,
KRISTINE RAGAGLIA, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By:   _/s/ Joseph A. Jordano_____
Joseph A. Jordano
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail: Joseph.Jordano@po.state.ct.us
Federal Bar # ct21487

**CERTIFICATION**

      I hereby certify that on August 17, 2007 a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/_Joseph A. Jordano_____
      Joseph A. Jordano (# ct21487)
      Assistant Attorney General
      55 Elm Street, P.O. Box 120
      Hartford, CT  06141-0120
      Tel.: (860) 808-5340
      Fax: (860) 808-5383
      E-mail: Joseph.Jordano@po.state.ct.us