UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RYAN WILLIAMS   ET AL | CIVIL ACTION NO: |
| vs. | 3:01CV 1398 (GJM) |
| KRISTINE REGAGLIA,<br>COMMISSIONER, DEPARTMENT<br>OF CHILDREN AND FAMILIES<br>and IN HER INDIVIDUAL<br>CAPACITY, ET AL | AUGUST 30, 3007 |

## STIPULATION FOR DISMISSAL AS TO RYAN WILLIAMS

The parties hereto stipulate that this action may be dismissed as to Plaintiff Ryan
Williams.

PLAINTIFF RYAN WILLIAMS

BY:_____
Francis A. Miniter, their attorney
Miniter and Associates
100 Wells Street Unit 1-D
Hartford, Connecticut 06103
Telephone:  (860) 560-2590
Federal Bar No.: ct09566

1

DEFENDANTS

BY: _____

Joseph A. Jordano
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

## CERTIFICATION

I hereby certify that on September 12, 2007 a copy of the foregoing was filed electronically.  Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Joseph A. Jordano
Joseph A. Jordano (# ct21487)
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel.: (860) 808-5340
Fax: (860) 808-5383
E-mail: Joseph.Jordano@po.state.ct.us