## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN WILLIAMS, ET AL., | : | CASE NO. 3:01CV1398 (JGM) |
|    *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| KRISTINE RAGAGLIA, ET AL., | : | |
|    *Defendants*. | : | September 17, 2007 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT

     COMES NOW the Defendants, pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby move for summary judgment in their favor because the evidence submitted herewith shows that there is no genuine issue of material fact in dispute and, as a matter of law, the Plaintiff, Regina Whilby, cannot sustain her burden of proof that the Defendants violated her rights under federal law. Filed herewith is a Statement of Undisputed Facts pursuant to Local Rule 56 and a memorandum of law in support of the present motion.

                                                                   DEFENDANTS,
                                                                   KRISTINE RAGAGLIA, ET AL.

                                                                   RICHARD BLUMENTHAL
                                                                   ATTORNEY GENERAL

                           By:     */s/ Joseph A. Jordano*_____
                                   Joseph A. Jordano
                                   Assistant Attorney General
                                   55 Elm Street, P.O. Box 120
                                   Hartford, CT 06141-0120
                                   Tel: (860) 808-5340
                                   Fax: (860) 808-5383
                                   E-mail: Joseph.Jordano@po.state.ct.us
                                   Federal Bar # ct21487

2

## CERTIFICATION

I hereby certify that on September 17, 2007 a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/_Joseph A. Jordano_____
Joseph A. Jordano (# ct21487)
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel.: (860) 808-5340
Fax: (860) 808-5383
E-mail: Joseph.Jordano@po.state.ct.us