UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN WILLIAMS, ET AL., | : | CASE NO. 3:01CV1398(JGM) |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| KRISTINE RAGAGLIA, ET AL., | : | |
| *Defendants.* | : | September 17, 2007 |

## DEFENDANTS' INDEX OF EVIDENCE IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

Exhibit 1    Affidavit of Wanda Estrella, dated September 11, 2007;

Exhibit 2    DCF Verified Response to CHRO Complaint # 0020323 with enclosures;

Exhibit 3    E-mail dated March 8, 2000 (5 pages)

Exhibit 4    Excerpts from deposition of Regina Whilby, dated September 20, 2002;

Exhibit 5    Excerpt from Collective Bargaining Agreement, Article 11;

Exhibit 6    Undated letter from Whilby to Estrella;

Exhibit 7    Letter dated May 5, 2000 from Estrella to Whilby;

Exhibit 8    CHRO Complaint # 0020323

Exhibit 9    CHRO Release of Jurisdiction, dated October 23, 2000.

2

Case 3:01-cv-01398-JGM    Document 166-4    Filed 09/17/2007    Page 2 of 3

                    DEFENDANTS,
                    KRISTINE RAGAGLIA, ET AL.

                    RICHARD BLUMENTHAL
                    ATTORNEY GENERAL

By:    */s/ Joseph A. Jordano*
        Joseph A. Jordano
        Assistant Attorney General
        55 Elm Street, P.O. Box 120
        Hartford, CT 06141-0120
        Tel: (860) 808-5340
        Fax: (860) 808-5383
        E-mail: Joseph.Jordano@po.state.ct.us
        Federal Bar # ct21487

## **CERTIFICATION**

I hereby certify that on September 17, 2007 a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                    /s/ Joseph A. Jordano
                    Joseph A. Jordano (# ct21487)
                    Assistant Attorney General
                    55 Elm Street, P.O. Box 120
                    Hartford, CT 06141-0120
                    Tel.: (860) 808-5340
                    Fax: (860) 808-5383
                    E-mail:
                    Joseph.Jordano@po.state.ct.us