# MEMORANDUM

TO:      All DCF Employees

FROM:    Stacey H. Gerber, M.S.W., M.S.
         Deputy Commissioner

DATE:    May 11, 1999                              ENCLOSURE 2

RE:      DCF E-Mail Guidelines

---

I would like to take this opportunity to remind DCF employees of our Information System policies and guidelines related to the use of E-Mail.

Over the past two weeks, there have been incidents of e-mail usage which is not compliant with DCF and State policies or DCF guidelines. The impact to e-mail users and the network has been severe.

As a reminder, the following policy statement segments are related to the use of e-mail:

## DCF POLICY
"Use of Department computers for personal business is strictly prohibited. Personal use includes anything not related to official state business. Some examples of prohibited personal use are: booking a vacation over the Internet, e-mailing a person on a matter not related to state business (i.e. friends in other parts of the country), down loading unauthorized computer software or pornographic materials from the Internet."

## CONNECTICUT STATE POLICY
"The network shall not be used for illegal purposes, in violation of local, state, or federal laws and regulations or inappropriate purposes, as defined by this policy and the Department of Information Technology including: interference or disruption of network users, services, or computers, including distribution of unsolicited advertising, and propagation of computer viruses, engaging in acts that are deliberately wasteful of computing resources or which unfairly monopolize resources to the exclusion of others, including but not limited to, broadcasting unsolicited mailing or other messages, creating unnecessary output or printing and creating unnecessary network traffic."

## DCF E-MAIL GUIDELINES
1) E-Mail is for business use only.
2) It is the responsibility of e-mail users to delete excess mail on a monthly basis.
3) Attachments sent with mail should be limited to 10 pages during normal working hours (NO GRAPHICS).
4) Larger documents should be sent during off-hours (after 5:00 PM).
5) The use of distribution lists and carbon copies (cc) should be limited to the smallest list of recipients necessary.
6) Messages that need to be saved for an extended period of time should be either printed off or saved to a personal directory.

Thank you for your cooperation with this matter.

# DEPARTMENT of CHILDREN and FAMILIES

JOHN G. ROWLAND, Governor  KRISTINE D. RAGAGLIA, Esq., Commissioner

*Caring for Connecticut's Future*

*[handwritten: Judy Fallen   Copy all staff]*
*[handwritten: 1/28/0? Pls resend to managers & all staff. M. Soler]*

## MEMORANDUM

TO: All Staff

FROM: Kristine D. Ragaglia, Esq.

DATE: July 15, 1998

SUBJECT: **Computer Use Policy**

---

The Governor has recently released a policy on the use of computers which I am adopting here at DCF. Please review the attached Governor's Policy on Computer Use, as well as a memo from the Department of Information Technology (DOIT) outlining the policies for the acceptable uses of state computers and networks. These will be integrated into our policy in the near future.

Please take the time to review both documents to ensure conformity to these guidelines.

In order to better communicate with each other, we should *always* try to communicate within the agency *in person*. If that can't be done, the telephone should be utilized (unless not appropriate). Person to person communication better enhances our efforts to build a strong DCF team.

Thank you.

KDR/el
cc: Tom Gilman, Deputy Commissioner
    Stacey Gerber, Deputy Commissioner
    Tom DeMatteo, Director of Administrative Law & Policy

STATE OF CONNECTICUT
(860) 550-6300
505 Hudson Street • Hartford, Connecticut 06106-7107
*An Equal Opportunity Employer*

# Governor's Policy On Computer Use

- **Personal Use:** Your computer is a government resource and is subject to the same rules as other government resources. Use of your computer for personal business is **strictly prohibited**. *Personal use includes anything not related to your state job.* Booking a vacation trip over the Internet, e-mailing a person on a matter not related to state business (e.g., friends in other parts of the country) and down loading unauthorized computer software or pornographic materials from the Internet are a few examples of prohibited personal use.

- **E-Mail:** E-mail messages are considered public records and are subject to the Freedom of Information Act. Furthermore, e-mail is not confidential. It is saved on the network backup tapes and is easily retrievable. You should take great care to scrutinize what you include in an e-mail message. **When you are drafting an e-mail message, think to your self whether you would want what you are saying to appear in a newspaper article.**

- **Illegal activities:** Use of your computer for an illegal purpose is **prohibited.** Illegal activities include violations of local, state and/or federal laws and regulations. Under the Connecticut General statutes, section 53a-251 establishes the crime of "Computer Crime." A person can be charged with a computer crime for such things as: *(1) unauthorized access to a computer system, (2) theft of computer services, (3) interruption of computer services, (4) misuse of computer services, and (5) destruction of computer equipment.*

    A computer crime violation can range from a Class B Felony (1 to 20 years in prison and up to $20,000 fine) to a Class B Misdemeanor (up to 6 months in prison and up to $1,000 fine) depending on the amount of money or damage involved.

- **Preinstalled Software:** Use of software that was preinstalled on your computer or use of software later approved and installed by DOIT **is permissible.** However, you are **not allowed** to install any software on your computer that has not been approved by DOIT and/or the Legal Department.

    Most violations of the Governor's computer use policy can be avoided by exercising good judgment and common sense. However, if you do not understand any portion the Governor's Policy, **you should not hesitate to contact the Legal Office and ask questions.** There are no bad or stupid questions. It is better to ask about something you are unsure of than risk a possible violation.

2

 

# STATE OF CONNECTICUT
## *CONNECTICUT STATE LIBRARY*
231 Capitol Avenue • Hartford, Connecticut 06106-1537

OFFICE of the
PUBLIC RECORDS ADMINISTRATOR AND STATE ARCHIVES

GENERAL LETTER 98-1 *(Revision of GL 95-1)*

DATE:       JUNE 1, 1998

TO:         ADMINISTRATIVE HEADS OF STATE AGENCIES; STATE AGENCY RECORDS MANAGEMENT LIAISON OFFICERS; ADMINISTRATIVE HEADS OF MUNICIPALITIES; TOWN CLERKS; ALL OTHER STATE AGENCY AND MUNICIPAL RECORDS CUSTODIANS AND RECORDS MANAGEMENT PERSONNEL

FROM:       EUNICE G. DiBELLA
            PUBLIC RECORDS ADMINISTRATOR

## ELECTRONIC AND VOICE MAIL

### A MANAGEMENT AND RETENTION GUIDE FOR STATE AND MUNICIPAL GOVERNMENT AGENCIES

### Introduction
The Office of the Public Records Administrator and State Archives issues this statement under authority granted it by Sections 11-8, 11-8a and 7-109 of the *Connecticut General Statutes*.

### Definition
E-mail is a means of sending messages between computers using a computer network or over a modem connected to a telephone line. This information consists primarily of messages, but may also include attachments such as calendars, directories, distribution lists, word-processing documents, spreadsheets, and other electronic documents. E-mail is stored in a digital format rather than on paper and is retrievable at a future date. Due to format, E-mail permits instant communication and transmittal of up-to-date information similar to the telephone. Unlike current telephone features, E-mail creates a record of the information that is being transmitted.

### E-mail and Public Records

When deciding what to do with E-mail messages, it is important to remember the statutory definition of public records found in section 1-18a of the Connecticut General Statutes.

> *Any recorded data or information* relating to the conduct of the public's business prepared, owned, used, or received by a public agency, whether such data or information be handwritten, typed, tape-recorded, printed, photostated, photographed or *recorded by any method*. (Italics added.)

A message sent or received by E-mail in the conduct of public business is a *public record*.

### Retention Guidelines

E-mail messages sent and received by public officials fall within three broad categories:

(1) Transitory messages, including copies posted to several persons and casual and routine communications similar to telephone conversations.
(2) Public records with a less than Permanent retention period; and
(3) Public records with a Permanent or Permanent/Archival retention period.

Retention guidelines for each of these categories are as follows:

(1) *Transitory messages—No retention requirement*. Public officials and employees receiving such communications may *delete them immediately without obtaining the approval of the Office of the Public Records Administration and State Archives*.

(2) *Less than Permanent— Follow retention period for equivalent hard copy records as specified in an approved retention schedule*. The record must be in hard copy or electronic format which can which can be retrieved and interpreted for the legal retention period. When there is a doubt about the retrievability of an electronic record over the life span of that record, the record should be printed out. *Municipalities and state-agency officials may delete or destroy the records only after receiving signed approval from the Office of the Public Records Administrator*.

(3) *Permanent or Permanent/Archival*—Retention may be in the form of a hard-copy printout or microfilm that meets microfilm standards issued in GL 96-2. The information must be eye readable without interpretation.

State and local government officials/supervisors and State Agency Records Management Liaison Officers are responsible for instructing their employees in determining which E-mail messages fall in each of the three categories, in using retention schedules and in securing approval for destruction. Depending upon the function of the

public record being generated by E-mail, state agencies and municipalities may take steps to institute procedures for routinely printing E-mail records, including *all* transmission and receipt data in the system, and filing the printouts in the normal course of business.

## Legal Considerations

**Disclosure of e-mail:** Public officials and employees should keep in mind that E-mail messages sent as part of their workdays are not "private" but are discoverable communications and may be subject to FOI. Since messages may be retained at different locations or levels of the system, users must remember that their communication can be retrieved during formal discovery processes. Discretion, therefore, is an important consideration when using this or any other new technology to send, record and/or retain communications.

**Confidentiality of e-mail:** Electronically transmitted information travels though many networks, and many different computer connections. Unless encrypted, this information is not secure, and should not be considered private. Agencies are advised of the risk involved in using e-mail to deal with confidential issues.

Agencies must be aware of all applicable statutory or regulatory requirements that would prohibit the disclosure of certain information in any format. Of special concern is the confidentiality of individually identifiable health and personnel information. Agencies must be aware of this when transmitting this information by any method of communication, including e-mail, voice, or written communications.

**Legal Signatures:** Some records may require original signatures. Agencies must be aware of any state or federal laws that would effect the way a document is signed. As of the date of this general letter, there is only one statute in Connecticut that specifically covers electronic signatures. Section 19a-25a of the Connecticut General Statutes authorizes the use of electronic signature for medical records.

This does not mean that electronic signature may not be used to transact other types of business, but it is suggested that you consult with legal counsel first.

## Voice Mail

Voice mail (including answering machines) can be considered a type of electronic mail communication. In this case, the message is recorded in an audible rather than a visible format.

Voice mail is transitory in nature, and may be deleted at will. There are times, however, where voice mail or answering machine messages may require a longer retention period. This would be in the case where the message may be potentially used as evidence in a trial, such as a bomb threat, or in some other illegal activity. Voice mail may also be subject to the discovery process in litigation.

## Conclusion

E-mail is a rapidly evolving technology that has attracted the attention of the courts. This office will monitor this changing technology and will communicate with state and municipal agencies on implications for Connecticut's public records.

ENCLOSURE 3

# ATTENDANCE SHEET

Page 1 of 2   Rev. 7/94

| COURSE TITLE | INTRODUCTION TO PC | COURSE CODE | |
|---|---|---|---|
| PRIMARY TRAINER (Printed) | ROMELIA SHARPE | DATE | March 6, 2000 |
| CO-TRAINER (Printed) | JILL DESMOND | LOCATION | TRAINING ACADEMY |
| | | GROUP | G-2000 (A&B) |
| | | TOTAL # OF HOURS | 6 |
| | | # OF DAYS | 1 |

*IF YOUR NAME IS NOT ON THIS FORM, PLEASE ADD IT.*

*PLEASE NOTE: INFORMATION REQUESTED ON THIS FORM IS NECESSARY FOR COMPLIANCE TO STATE AND FEDERAL MANDATES*

| | PRINTED NAME | EMPLOYEE NUMBER | JOB TITLE | SUPERVISOR | RACE | SEX | WORKSITE (see below) | SIGNATURE | STATUS C/U/M/N/ |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ANKS, ASHLON | 552152 | SWT | MARSHA TAYLOR | B | F | HART | | |
| 2 | BENTHAM, NINA | 651153 | SWT | MARSHA TAYLOR | H | F | HART | | |
| 3 | BOYLE, SEAN | 967877 | SWT | BEVERLY HUBLEBANK | C | M | BRID | | |
| 4 | BREEDEN-GARVINS, CHEVELLE | 612325 | SWT | MARGARET KUNSCH | C | F | BRID | | |
| 5 | BROWN, SUSAN | 967871 | SWT | LYN HAMILTON | AA | F | BRID | | |
| 6 | DALTON, CASEY | 967875 | SWT | NANCY COLBERG-PEREZ | C | F | NEWH | | |
| 7 | CRAWLEY, TAWANDA | 967882 | SWT | LYN HAMILTON | B | F | BRID | | |
| 8 | FORD, GORDON | 967870 | SWT | BEVERLY HUBLEBANK | B | M | BRID | exempt |
| 9 | GEARY, EILEEN | 651169 | SWT | KATHY MURPHY | C | F | WATE | |
| 10 | GREEN, JAIME | 967884 | SWT | MARGARET KUNSCH | C | F | BRID | |
| 11 | GUION, JOSEPH | 561152 | SWT | MARSHA TAYLOR | C | M | HART | Joseph Guion |
| 12 | HAZELWOOD, KEITH | 967881 | SWT | MARGARET KUNSCH | C | M | BRID | |
| 13 | FAITH, DELICIA | | SWT | MICHELLE PETERSON | B | F | NEWB | Delicia Heath |
| 14 | HOWELL, MARSHA | 651149 | SWT | DAYNA SNELL | B | F | NEWB | Marsha Howell |
| 15 | KING, REBECCA | 967885 | SWT | BEVERLY HUBLEBANK | CF | | BRID | |

Verified by _Romelia Sharpe_

| | Region 1 | Region 2 | Region 3 | Region 4 | Region 5 | | FC** | FC* | External Training | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|
| Southwest | Bridgeport(Brid) | New Haven(Newh) | Norwalk(Nrwk) | Stamford(Stam) | Riverview(Rive) | Conn.Child. Pl. (CCP) | SC | FC | Non-DCF-(Exte) | *Old location |
| South Central | | | | | | | | | | |
| Eastern | | Middletown(Mid) | Willimantic(Will) | Meriden(Merd) | Long Lane Sch(Lane) | Central Office (CO) | SC | FC | | **Agency TypeCodes |
| Regions | | Norwich(Noch) | Manchester(Manc) | Rockville(Rock) | High Meadows(High) | Hotline (Long Lane)(Lane) | | | | |
| North Central | | Hartford (Hart) | | | | | | | | |
| Northwest | | Waterbury(Wate) | Danbury(Danb) | Torrington(Torr) | New Britain (Newb) | Wilderness Sch(Wild) | SC | FC | | |
| | | | | | | State Receiving (SRH) | FC | | | |

# ATTENDANCE SHEET

Rev. 7/94

Page 2 of 2

| COURSE TITLE | INTRODUCTION TO PC | | COURSE CODE | | DATE | March 6, 2000 | TOTAL # OF HOURS | # OF DAYS 1 |
|---|---|---|---|---|---|---|---|---|
| PRIMARY TRAINER (Printed) | ROMELIA SHARPE | | | | LOCATION | TRAINING ACADEMY | GROUP | G-2000 (A&B) |
| CO TRAINER (Printed) | JO DESMOND | | | | | | | 6 |

IF YOUR NAME IS NOT ON THIS FORM, PLEASE ADD IT.

PLEASE NOTE: INFORMATION REQUESTED ON THIS FORM IS NECESSARY FOR COMPLIANCE TO STATE AND FEDERAL MANDATES

| | PRINTED NAME | EMPLOYEE NUMBER | JOB TITLE | SUPERVISOR | RACE | SEX | WORKSITE (see below) | SIGNATURE | STATUS CH/M/NH |
|---|---|---|---|---|---|---|---|---|---|
| 1 | PEZ, SANDRA | 967879 | SWT | LORETTA JAY | HISP | F | STAM | | |
| 2 | MARCHELLI, MARTHA | 967878 | SWT | LYN HAMILTON | | F | BRID | Martha Marchelli | |
| 3 | MARQUEZ, JULIE | 651171 | SWT | KATHY MURPHY | C | F | WATE | | |
| 4 | MOLINA, YEZENIA | 651170 | SWT | TRUNG LE | HISP | F | NRWK | | |
| 5 | O'ROURKE, DAWN | 651167 | SWT | ERIKA KIRLEY | C | F | WATE | | |
| 6 | PARKS, REUEL | 681841 | SWT | BEVERLY HUBLEBANK | AA | M | BRID | (sig) | |
| 7 | SINGLETON, ERICA | 651168 | SWT | ERIKA KIRLEY | AA | F | WATE | | |
| 8 | SMYTHE, JEFFREY | 967872 | SWT | MARGARET KUNSCH | C | M | BRID | (sig) | |
| 9 | TEEL, CAROL | 967880 | SWT | LYN HAMILTON | AA | F | BRID | | |
| 10 | WHILBY, REGINA | 563905 | SWT | BEVERLY HUBLEBANK | B | F | BRID | | |
| 11 | WRIGHT, LATASHA | 612916 | SWT | MARGARET KUNSCH | AA | F | BRID | (sig) | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |

Verified by _Romelia Sharpe_

| Region | | | | | | NOTES |
|---|---|---|---|---|---|---|
| South | Region 1 | Bridgeport(Brid) | Norwalk(Nrwk) | Stamford(Stam) | Riverview(Rive) | FC ** Conn. Child. Pl. (CCP) | FC External Training |
| South Cntl | Region 2 | New Haven(Newh) | Middletown(Midl) | Meriden(Merd) | Long Lane Sch(Lane) | SC Central Office (CO) | FC Non-DCF-(Extc) |
| Eastern | Region 3 | Norwich(Noch) | Willimantic(Will) | Rockville(Rock) | High Meadows(High) | SC Hotline (Long Lane) (Lane) | *Old location |
| North | Region 4 | Hartford (Hart) | Manchester (Manc) | New Britain (Newb) | Wilderness Sch(Wild) | SC | **Agency TypeCodes |
| North Central | | | | | | | |
| Northwest | Region 5 | Waterbury(Wate) | Danbury(Danb) | Torrington(Torr) | State Receiving (SRH) | FC | |

ENCLOSURE 4



**PLEASE DO NOT:**
- LOG ON THIS COMPUTER USING **YOUR NAME**.
- TRY TO ACCESS LINK
- LOG ON THE INTERNET

IF YOU NEED TO USE A COMPUTER FOR DCF BUSINESS, ASK A TRAINER FOR ASSISTANCE.    THANK YOU



# Welcome To The DCF Intranet!

Please Stop Here First!

Click Here For The Commissioner's Memos...

Click here for Policy Bulletin 2000-5, "Service Agreement", Effective May 1, 2000

Click For Report on "Delivering and Financing Children's Behavioral Health Service in Connecticut"..

Click Here For The Latest Legislative Information...

## Timely Topics and Items



- About DCF
- Welcome
- Phone Search
- Meet The
- Directions To DCF
- Wilderness
- Facilities/Offices
- Important N
- Statutes
- News C
- Regulations
- Other Stat
- Policy
- Service Di
- Reporting Laws
- Town Pages
- Hospital Report
- Medical

## DCF Division Topics





**Top of Page**

Welcome! Since June 17, 1999, you are visitor: 93351



   

## AOL.COM

The All-New AIM 4.0: Send Photos, Sounds And Even Talk. It's Free!

▸ AOL Mail   ▸ My AOL.COM   ▸ People/Chat   ▸ Search   ▸ Shop   ▸ Web Centers   ▸ Try AOL FREE!

### AOL Anytime, Anywhere

**Check Your AOL Mail**

Enter AOL Screen Name: [ ]   Enter Password: [ ]   [Go]

☐ **Simplify Your Life**
   My Calendar

☐ **Connect With Friends**
   AOL Instant Messenger
   Quick Buddy
   Web Chat

☐ **Personalize AOL.COM**
   My AOL.COM

### Search
[ ]   [Search]

Other Searches: White Pages | Yellow Pages | Categories
Maps | E-mail Finder | Home Pages | Kids Only

### Shop

▸ **CLICK HERE** -- Earn Free AOL and 2.9% Intro APR*
▸ **15% off framed art from art.com**
▸ **Shop at CDNOW and save up to 30%.**

**Great Stores:**
Bolt
Toy Boutique
ShopPBS.com
uBid.com
PhotoAlley
hagglezone

Mattel.com
babygap.com
HealthQuick.com
artnet.com
800.com
stamps.com

**Hot Spots:**
Cameras
Beauty
Computer Software
Kids Clothes

More Stores ▸

### People & Chat

▸ **Hot Chats:** Romance, Britney Spears, Celebrities, Music
▸ **Love@AOL** - Photo Personals
▸ **Build Free Home Pages**
▸ **Top Home Pages**
▸ **Helping.org:** Be A Volunteer, Donate To Charity

---

Wednesday, May 17, 2000

### Daily Essentials

**TOP NEWS:**
▸ Jury Indicts in 1963 Church Bombing
▸ Gov't Filing Microsoft Rebuttal

Weather          Hot Chats
Horoscopes       Love@AOL
Sports Scores    Home Pages
Classifieds      Free Greetings
Stock Portfolio  AOL 5.0 FREE

**STOCK QUOTE:**   Symbol Lookup
[ ]   [Get Quote]

**Cats Or Dogs?**
- Find The Right Pet
- Join Pet Chat
- Save On Pet Toys

### Web Centers

- **Autos:** New Cars, Used Cars...
- **Bus. & Careers:** Job Listings...
- **Computing:** Screensavers...
- **Entertainment:** TV, Movies...
- **Food:** Recipes, Quick Meals...
- **Games:** Demos, Game Tips...
- **Govt.:** Elections, DMV Forms...
- **Health:** Babies, Conditions...
- **Home & Garden:** Floor Plans...
- **International:** Newspapers...
- **Legal:** Find A Lawyer...
- **Local:** Events, Visitor's Guides...
- **News:** Comics, Crosswords...
- **Personal Finance:** Stocks, Funds...
- **Pictures & Albums:** Galleries...
- **Real Estate:** Homes, Rentals...
- **Research:** Genealogy...
- **Sports:** NBA, Baseball, NASCAR...
- **Travel:** Flights, Hotels...

## America Online, Inc.

- America Online Corporate Site

- **America Online Launches AOL@SCHOOL**, a free online learning tool to help schools make the interactive medium a more effective part of classroom experience.

- Keep Your Kids Safe in Cyberspace, GetNetWise, Privacy Protection and AOL's Unsolicited Bulk E-mail Policy.

- AOL's Worldwide Services: Special versions of AOL for residents of Brazil, Canada, Germany, France, United Kingdom, Sweden, Japan, Australia, Hong Kong, Mexico and Argentina.

- AOL's Year 2000 Program: Find out about the steps AOL has taken to address this issue.

| AOL Pricing Plans | About AOL | Careers@AOL | Webmaster Info |
|---|---|---|---|
| AOL Access Numbers | About AOL.COM | Link to Us | AOL.COM Help |
| Download AOL 5.0 | AOL@SCHOOL | Advertise with Us | Site Index |
| AOL Affiliate Network | Feedback | | |

Copyright © 2000 America Online, inc.
All rights reserved. Legal Notices
Privacy Policy
Try AOL 5.0