such leave will exceed thirty (30) days unless in the reasonable judgment of the Employer the seriousness of the matter under continued investigation outweighs the need of the employee for curtailment of the leave. In any such case, the Union will be notified prior to the expiration of the thirty (30) day period.

(c) In all cases where practicable, the State will investigate the possibility of alternative assignment.

**Section Nine. Interrogation.** An employee who is being interrogated concerning an incident or action which may subject him/her to disciplinary action shall be notified of s/her right to have a Union steward or other representative present, upon request, provided, however, this provision shall not unreasonably delay completion of the interrogation. This provision shall be applicable to interrogation before, during or after the filing of a charge against an employee or notification to the employee of disciplinary action.

The provisions of this Section shall not be interpreted to prevent a supervisor from questioning an employee at the workplace.

**Section Ten.** Whenever practicable, the investigation, interrogation or discipline of employees shall be scheduled in a manner intended to conform with the employee's work schedule, with an intent to avoid overtime. When any employee is called to appear at any time beyond his/her normal work time and actually testifies, he/she shall be deemed to be actually working. This provision shall not apply to Union stewards or Executive Board members.

## ARTICLE 17
## HOURS OF WORK AND WORK SCHEDULES

**Section One. Work Schedules.** (a) **Standard Workweek.** The standard workweek for full-time employees shall be forty (40) hours in five (5) consecutive days with

regularly established starting and ending times. Employees who are on standard workweeks shall receive two (2) weeks notice of any change in scheduled hours except in emergencies. In the case of a contemplated significant change in agency operating hours and/or the establishment of significantly different work schedules, the following steps shall be taken:

(1) The Employer shall consider recommendations of appropriate professional staff representatives as to the necessity of the change and, if the change is to be effected, proper staffing needs.

(2) Staffing needs will be met by volunteers before employees are assigned provided that there are sufficient volunteers qualified to do the work.

(3) If there are not enough volunteers, preference for schedule selection shall be given to the most senior employees qualified to perform the work until staffing needs are met.

(b) **Nonstandard Workweek.** A nonstandard workweek for full-time employees shall average five (5) workdays and forty (40) hours per week over a period of eight (8) weeks or less. Employees who are on nonstandard workweeks shall have regularly established starting and ending times and shall receive two (2) weeks notice of any schedule change, except in emergencies.

(c) **Unscheduled Workweek.** An unscheduled workweek for full-time employees shall be forty (40) hours in five (5) consecutive days, with starting and ending times determined by the requirements of the position.

(d) During the life of this Agreement, prior to the establishment or dis-establishment of nonstandard or unscheduled workweeks as defined in subsections (b) and (c) above, the State shall notify the Union. A period of thirty (30) days shall be allowed for discussion and good faith negotiation over the proposed schedule change(s). If no agreement is

reached within the thirty (30) day period, the State reserves the right to implement its last proposal.

Any employee whose workweek is to be changed from a standard workweek to such newly established nonstandard or unscheduled workweek, or from a nonstandard or unscheduled workweek to a standard workweek, shall be given at least two (2) weeks notice of the change.

**Section Two.** Upon request of an employee and by mutual agreement between the employee and an appropriate management designee, the employee's work schedule may be rearranged to accommodate needs in such areas as child care, family care, medical requirements, transportation or participation in an educational program.

**Section Three.** The State reserves the right to establish work schedules at variance with Section One above in order to meet emergency needs such as a fuel emergency. Prior to implementing such an alternative work schedule, the State shall notify the Union. A period of thirty (30) days shall be allowed for discussion and good faith negotiation with the Union over the proposed schedule change(s). If no agreement is reached within the thirty (30) day period, the State reserves the right to implement its last proposal.

In addition, the State and the Union shall cooperate in developing experimental programs to determine the feasibility of establishing alternative work schedules such as flextime. Implementation of such experimental programs shall be by mutual agreement between the State and the Union.

**Section Four. Meal Periods.** Meal periods shall be scheduled close to the middle of a shift consistent with the operating needs of the agency.

38

Employees who are required to supervise inmates/clients or patients during meal periods shall have such time counted as work time.

**Section Five.** Subject to the operating needs of the agency, employees will be granted rest periods of fifteen (15) minutes in each half shift. Said rest periods shall be scheduled to meet the needs of the Employer and shall ordinarily be scheduled in the middle portion of each half shift.

Notwithstanding the above provisions, such rest periods will be granted in a manner which will guarantee no break in service to the clientele served by the work location. There may be temporary emergency situations requiring the employees' constant presence in the work situation where the rest period cannot be granted. Notwithstanding the above, the employee shall not waive his/her right to grieve where a pattern of denial of rest periods over a period of time can be shown.

**Section One.** (a) The provisions of this Section shall be interpreted consistent with Section 5-245 except when specifically provided otherwise.

## ARTICLE 18
## OVERTIME

(b) The State will continue to pay overtime to eligible employees at the straight time rate for hours over thirty-five (35) but under forty (40), and at time-and-one-half for hours worked over forty (40), except as provided otherwise in Section 5-245 for employees on rotating shifts and unscheduled positions and classes and except for averaging schedules approved by the Commissioner of Administrative Services. Except as provided below, the payment of straight time for overtime hours worked over thirty-five (35) but under forty (40) shall not be used as a basis for extending the regular

39

# ATTENDANCE SHEET

ENCLOSURE 6

Page ___ of ___   Rev. 7/94

| | | |
|---|---|---|
| COURSE TITLE | INTRODUCTION TO WORD | COURSE CODE | |
| PRIMARY TRAINER (Printed) | MIKE BONAGURA | DATE | March 8, 2000 |
| CO-TRAINER (Printed) | JIM DESMOND | TRAINING ACADEMY | G-2000 (B&C) |
| | | LOCATION | |
| | EMPLOYEE NO. | TOTAL # OF HOURS | 6 |
| | | # OF DAYS | 1 |
| | | GROUP | |

IF YOUR NAME IS NOT ON THIS FORM, PLEASE ADD IT.
PLEASE NOTE, INFORMATION REQUESTED ON THIS FORM IS NECESSARY FOR COMPLIANCE TO STATE AND FEDERAL MANDATES

| # | PRINTED NAME | EMPLOYEE NUMBER | JOB TITLE | SUPERVISOR | RACE | SEX | WORKSITE (see below) | SIGNATURE | STATUS CHANGE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BANKS, ALSHLON | 592152 | SWT | MARSHA TAYLOR | B | F | HART | | |
| 2 | ...THAM, NINA | 651153 | SWT | MARSHA TAYLOR | H | F | HART | Nina ... | |
| 3 | BOYLE, SEAN | 967877 | SWT | BEVERLY HUBLEBANK | C | M | BRID | | |
| 4 | BREEDEN-GARVINS, CHEVELLE | 612325 | SWT | MARGARET KUNSCH | AA | F | BRID | | |
| 5 | BROWN, SUSAN | 967871 | SWT | LYN HAMILTON | C | F | BRID | | |
| 6 | DALTON, CASEY | 967875 | SWT | NANCY COLBERG-PEREZ | C | F | NEWH | | |
| 7 | CRAWLEY, TAWANDA | 967882 | SWT | LYN HAMILTON | B | F | BRID | | |
| 8 | FORD, GORDON | 967870 | SWT | BEVERLY HUBLEBANK | C | M | BRID | | |
| 9 | GEARY, EILEEN | 651169 | SWT | KATHY MURPHY | C | F | WATE | | |
| 10 | GREEN, JAIME | 967884 | SWT | MARGARET KUNSCH | C | F | BRID | | |
| 11 | GUION, JOSEPH | 561152 | SWT | MARSHA TAYLOR | C | M | HART | Joseph ... | |
| 12 | HAZELWOOD, KEITH | 967881 | SWT | MARGARET KUNSCH | M | M | BRID | | |
| 13 | ...4TH, DELICIA | 651150 | SWT | MICHELLE PETERSON | B | F | NEWB | Delicia ... | |
| 14 | HOWELL, MARSHA | 651149 | SWT | DAYNA SNELL | B | F | NEWB | Marsha Howell | |
| 15 | KING, REBECCA | 967885 | SWT | BEVERLY HUBLEBANK | CF | F | BRID | | |

Verified by _____

| | | | | | |
|---|---|---|---|---|---|
| outhwest | Region 1 | Bridgeport(Brid) | Norwalk(Nrwk) | Stamford (Stam) | Riverview (Rive) | FC** Conn Child. Pl. (CCP) | NOTES |
| outh | Region 2 | New Haven(Newh) | Middletown(Midd) | Meriden(Merd) | Long Lane Sch(Lane) | SC Central Office (CO) | *Old location |
| entral | Region 3 | Norwich (Noch) | Willimantic(Will) | Rockville(Rock) | High Meadows(High) | FC Hotline (Long Lane) (Lane) | **Agency |
| astern | Region 4 | Hartford (Hart) | Manchester (Manc) | New Britain (Newj) | Wilderness Sch(Wild) | SC | External Training Non-DCF- (Exte) | TpyeCodes |
| orth central | Region 5 | Waterbury(Wate) | Danbury(Danb) | Torrington(Torr) | State Receiving (SRH) | FC | |
| orthwest | | | | | | | |

# ATTENDANCE SHEET

Page ___ of ___  Rev. 7/94

| | | |
|---|---|---|
| COURSE TITLE | INTRODUCTION TO WORD | |
| PRIMARY TRAINER (Printed) | MIKE BONAGURA | |
| CO-TRAINER (Printed) | JT DESMOND | |
| COURSE CODE | | |
| DATE | March 8, 2000 | |
| LOCATION | TRAINING ACADEMY | |
| TOTAL # OF HOURS | 6 | |
| GROUP | G-2000 (B&C) | |
| # OF DAYS | 1 | |

IF YOUR NAME IS NOT ON THIS FORM, PLEASE ADD IT.

PLEASE NOTE: INFORMATION REQUESTED ON THIS FORM IS NECESSARY FOR COMPLIANCE TO STATE AND FEDERAL MANDATES

| | PRINTED NAME | EMPLOYEE NUMBER | JOB TITLE | SUPERVISOR | RACE | SEX | WORKSITE (see below) | SIGNATURE | STATUS CH/MN |
|---|---|---|---|---|---|---|---|---|---|
| 1 | YPEZ, SANDRA | 967879 | SWT | LORETTA JAY | HISP | F | STAM | | |
| 2 | MARCHELLI, MARTHA | 967878 | SWT | LYN HAMILTON | C | F | BRID | | |
| 3 | MARQUEZ, JULIE | 651171 | SWT | KATHY MURPHY | HISP | F | WATE | | |
| 4 | MOLINA, YEZENIA | 651170 | SWT | TRUNG LE | HISP | F | NRWK | | |
| 5 | O'ROURKE, DAWN | 651167 | SWT | ERIKA KIRLEY | C | F | WATE | | |
| 6 | PARKS, REUEL | 681841 | SWT | BEVERLY HUBLEBANK | AA | M | BRID | | |
| 7 | SINGLETON, ERICA | 651168 | SWT | ERIKA KIRLEY | AA | F | WATE | | |
| 8 | SMYTHE, JEFFREY | 967872 | SWT | MARGARET KUNSCH H | C | M | BRID | | |
| 9 | TEEL, CAROL | 967880 | SWT | LYN HAMILTON | AA | F | BRID | | |
| 10 | WHILBY, REGINA | 563905 | SWT | BEVERLY HUBLEBANK | B | F | BRID | | |
| 11 | WRIGHT, LATASHA | 612916 | SWT | MARGARET KUNSCH | AA | F | BRID | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |

Verified by _____

| | | | | | FC ** | FC | *Old location |
|---|---|---|---|---|---|---|---|
| | Bridgeport(Brid) | Norwalk(Nrwk) | Stamford(Stam) | Riverview(Rive) | Conn Child. Pl. (CCP) | | **Agency TypeCodes |
| Region 1 | New Haven(NewH) | Middletown(Midd) | Meriden(Merd) | Long Lane Sch(Lane) | Central Office (CO) | FC | External Training |
| Region 2 | Norwich(Noch) | Willimantic(Will) | Rockville(Rock) | High Meadow(High) | Hotline (Long Lane) (Lane) | | Non-DCF-(Exte) |
| Region 3 | Hartford (Hart) | Manchester (Manc) | New Britain (NewB) | Wilderness Sch(Wild) | | FC | |
| Region 4 | Waterbury(Watc) | Danbury(Danb) | Torrington(Torr) | State Receiving (SRH) | FC | | NOTES |
| Region 5 | | | | | | | |

# ATTENDANCE SHEET

ENCLOSURE 7

Page 1 of 2    Rev. 7/94

| Field | Value |
|---|---|
| COURSE TITLE | INTRODUCTION TO LINK |
| PRIMARY TRAINER (Printed) | ROMELIA SHARPE |
| CO-TRAINER (Printed) | JIM DESMOND |
| COURSE CODE | |
| DATE | March 13, 2000 |
| LOCATION | TRAINING ACADEMY |
| GROUP | G-2000 (A&B) |
| TOTAL # OF HOURS | 6 |
| # OF DAYS | 1 |

IF YOUR NAME IS NOT ON THIS FORM, PLEASE ADD IT.

PLEASE NOTE: INFORMATION REQUESTED ON THIS FORM IS NECESSARY FOR COMPLIANCE TO STATE AND FEDERAL MANDATES

| # | PRINTED NAME | EMPLOYEE NUMBER | JOB TITLE | SUPERVISOR | RACE | SEX | WORKSITE (see below) | SIGNATURE | STATUS C1/MN/ |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BANKS, ALSHION | 592152 | SWT | MARSHA TAYLOR | B | | HART | | |
| 2 | BENTHAM, NINA | 651153 | SWT | MARSHA TAYLOR | B | F | HART | *signature* | |
| 3 | BOYLE, SEAN | 967877 | SWT | BEVERLY HUBLEBANK | H | F | BRID | | |
| 4 | BREEDEN-GARVINS, CHEVELLE | 612325 | SWT | MARGARET KUNSCH | C | M | BRID | | |
| 5 | BROWN, SUSAN | 967871 | SWT | MARGARET KUNSCH | AA | F | BRID | | |
| 6 | DALTON, CASEY | 967875 | SWT | NANCY COLBERG-PEREZ | C | F | BRID | | |
| 7 | CRAWLEY, TAWANDA | 967882 | SWT | LYN HAMILTON | B | F | NEWH | | |
| 8 | FORD, GORDON | 967870 | SWT | LYN HAMILTON | C | F | BRID | | |
| 9 | GEARY, EILEEN | 651169 | SWT | BEVERLY HUBLEBANK | B | M | BRID | | |
| 10 | GREEN, JAIME | 967884 | SWT | KATHY MURPHY | C | F | WATE | *signature* | |
| 1 | GUION, JOSEPH | 561152 | SWT | MARGARET KUNSCH | C | M | BRID | *signature* | |
| 2 | HAZELWOOD, KEITH | 967881 | SWT | MARGARET KUNSCH | M | M | BRID | | |
| 3 | HEATH, DELICIA | 651150 | SWT | MICHELLE PETERSON | B | F | NEWB | *signature* | |
| 4 | HOWELL, MARSHA | 651149 | SWT | DAYNA SNELL | B | | NEWB | *signature* | |
| 5 | KING, REBECCA | 967885 | SWT | BEVERLY HUBLEBANK | CF | | BRID | | |

Verified by *Romelia Sharpe*

| | Region | | NOTES |
|---|---|---|---|
| Region 1 | Bridgeport(Brid) | Norwalk(Nrwk) | Stamford(Stam) | Riverview(Rive) | FC** |
| Region 2 | New Haven(Newh) | Middletown(Midd) | Meriden(Merd) | Long Lane Sch(Lane) | FC | Conn. Child. Pl. (CCP) | FC | *Old location |
| Region 3 | Norwich(Noch) | Willimantic(Will) | Rockville(Rock) | High Meadows(High) | SC | Central Office (CO) | FC | **Agency TypeCodes |
| Region 4 | Hartford (Hart) | Manchester (Manc) | New Britain (Newb) | Wilderness Sch(Wild) | | Hotline (Long Lane) (Lane) | Non-DCF- (Exte) | External Training |
| Region 5 | Waterbury(Wate) | Danbury(Danb) | Torrington(Torr) | State Receiving (SRD) | FC | | | |

# ATTENDANCE SHEET

Page 2 of 2   Rev. 7/94

| COURSE TITLE | INTRODUCTION TO LINK |
|---|---|
| PRIMARY TRAINER (Printed) | CORNELIA SHARPE |
| CO-TRAINER (Printed) | JIM DESMOND |

| COURSE CODE | DATE | LOCATION | GROUP | TOTAL # OF HOURS | # OF DAYS |
|---|---|---|---|---|---|
| | March 13, 2000 | TRAINING ACADEMY | G-2000 (A&B) | 6 | 1 |

*IF YOUR NAME IS NOT ON THIS FORM, PLEASE ADD IT.*

*PLEASE NOTE: INFORMATION REQUESTED ON THIS FORM IS NECESSARY FOR COMPLIANCE TO STATE AND FEDERAL MANDATES*

| PRINTED NAME | EMPLOYEE NUMBER | JOB TITLE | SUPERVISOR | RACE | SEX | WORKSITE (see below) | SIGNATURE | STATUS C/M/N/I |
|---|---|---|---|---|---|---|---|---|
| PEZ, SANDRA | 967879 | SWT | LORETTA JAY | HISP | F | STAM | | |
| MARCHELLI, MARTHA | 967878 | SWT | LYN HAMILTON | C | F | BRID | | |
| MARQUEZ, JULIE | 651171 | SWT | KATHY MURPHY | HISP | F | WATE | | |
| MOLINA, YEZENIA | 651170 | SWT | TRUNGLE | HISP | F | NRWK | | |
| O'ROURKE, DAWN | 651167 | SWT | ERIKA KIRLEY | C | F | WATE | | |
| PARKS, REUEL | 681841 | SWT | BEVERLY HUBLEBANK | AA | M | BRID | | |
| SINGLETON, ERICA | 651168 | SWT | ERIKA KIRLEY | AA | F | WATE | | |
| SMYTHE, JEFFREY | 967872 | SWT | MARGARET KUNSCH H | AA | M | BRID | | |
| EEL, CAROL | 967880 | SWT | LYN HAMILTON | AA | F | BRID | | |
| WHILBY, REGINA | 563905 | SWT | BEVERLY HUBLEBANK | B | F | BRID | | |
| WRIGHT, LATASHA | 612916 | SWT | MARGARET KUNSCH | AA | F | BRID | | |
| Swanson, Susan | 651016 | OA | Karen Swanson | C | F | MRDN | Susan Swanson C | |

Verified by _(signature)_

**WORKSITE:**

| Region 1 Bridgeport(Brid) | Region 2 New Haven(Newh) | Region 3 Norwich (Noch) | Region 4 Hartford (Hart) | Region 5 Waterbury(Wate) |
|---|---|---|---|---|
| | Norwalk(Nrwk) | Willimantic(Will) | Manchester (Manc) | Danbury(Danb) |
| | Stamford (Stam) | Middletown(Midd) | New Britain (Newb) | Torrington(Torr) |
| | Meriden(Merd) | Rockville(Rock)* | | |
| | Riverview(Rive) | High Meadows(High) | Long Lane Sch(Lane) | Wilderness Sch(Wild) |
| | Conn. Child. Pl. (CCP) | Central Office (CO) | Hotline (Long Lane) (Lane) | State Receiving (SRH) |

FC** | FC | FC | FC | FC

NOTES: *Old location  **Agency Type Codes  External Training Non-DCF- (Exte)

# MEMORANDUM

ENCLOSURE 8

TO: Lisa Flowers

FROM: Eric A. Carver

DATE: 03/09/00

RE: G-2000 (R. Whilby)

CC: Jodi Hill

Please be advised that I spoke with Beverly Hubelbank in regards the Whilby matter and informed her of the concerns. Ms. Hubelbank and I have made a plan for me to forward a copy of the actual materials and concerns that were expressed. I also informed her that the Training Academy will discuss the matter further to better understand what our response will be. Ms. Hubelbank has identified that she will review the specific information and develop a course of action. The plan is that she and I will coordinate prior to addressing the issue with Ms. Whilby. Also for you information, Ms. Whilby's next scheduled training is set for Monday, 03/13/00. She will be trained on Introduction to LINK (A&B), by Romelia Sharpe and Jim Desmond. Please advise me further if needed.

# MEMORANDUM

TO:     Lisa Flowers

FROM:   Eric A. Carver

DATE:   03/10/00

RE:     G-2000 (R. Whilby)

CC:     Jodi Hill

On 03/08/00 Jim Desmond approached me and provided me with some materials that seemed to have been retrieved from the Internet by Regina Whilby on 03/08/00. Mr. Desmond was concerned that Ms. Whilby may have used the department's computer system during working hours and against DCF policy and Training Academy instructions. Mr. Desmond was also concerned that the content of the information and the way in which it was received, may have been inappropriate for a DCF employee. Please find the attached information:

1. A copy of an e-mail that was found by Mr. Desmond in an office printer with Ms. Whilby's name on it.
2. Copy of DCF policy regarding the use of state computers.
3. Copy of instructions given to trainees regarding the use of Training Academy computers.

The attendance sheet identifies Beverly Hubelbank of the Bridgeport Regional Office as Ms. Whilby's supervisor. I have initiated telephone and e-mail contact to Ms. Hubelbank and am waiting for a response. Please advise me further if need be.

## HUBELBANK, BEVERLY

| | |
|---|---|
| From: | HAMILTON, DOROTHEA |
| Sent: | Monday, March 13, 2000 1:49 PM |
| To: | PALMER, LEE |
| Cc: | KALLEN, JUDITH; HUBELBANK, BEVERLY |
| Subject: | Trainee internet situation |

I have just obtained the necessary information from Eric Carver, the G group liason at the Training Academy regarding the abuse of the Agency computer policy. Notices are posted at the front of every desk and on the window next to the door of the classroom where computer training is held. The first day the trainees go into computer training they are advised verbally about this rule. Information is also given out, with reference to the commissioner's E Mail, about use of computers for personal reasons. This information is in the training handbook which is distributed to all trainees. I have advised Eric not to address this with the trainee yet. This trainee is part of the G group and will be back in this office tomorrow. Please advise when we should address this with her.

1

# KALLEN, JUDITH

**From:** KALLEN, JUDITH
**Sent:** Tuesday, March 14, 2000 1:51 PM
**To:** FLOWER, LISA; HILL, JODI
**Cc:** CARVER, ERIC
**Subject:** FW: Trainee Internet Situation

Lisa and Jodi: FYI - we met with Regina Whilby today to discuss the situation of her use of the Internet at the Training Academy. She stated that she was aware that there are posted warnings and that she received the policy. She apologized, stated the trainees were reminded yesterday that they should not use the computers for personal reasons so she now knows how important this is and, asked for another chance. In answer to why she accessed her personal e-mail, she stated, "everybody does it". She did not mention names (nor did we ask), but claimed there is widespread use of the Internet at the Training Academy. We advised that we had consulted with personnel and, in the interest of consistency statewide, need to handle the violation of this policy in the working test period by terminating her employment. We did offer her the ability to resign and gave her until 3/15 to notify us if she wished to do that.

I have no idea how credible her statement is about other trainees also using the internet, but thought you should at least know what she claimed. Please let me know if you need any further information.

-----Original Message-----
**From:** KALLEN, JUDITH
**Sent:** Monday, March 13, 2000 3:02 PM
**To:** FLOWER, LISA
**Cc:** HILL, JODI; CARVER, ERIC
**Subject:** RE: Trainee Internet Situation

Thanks Lisa. Eric did send the necessary information to Dot Hamilton who has already forwarded it to Personnel. It looks like the notification process to trainees is very clear. We also have the documents that Jim found on his printer. I believe we just need to check with Information Systems regarding the technical aspect of someone logging on to their home e-mail through the Training Academy's computer/internet, and we'll have the whole package. I will let you know how Personnel advises us to proceed but I expect that we will handle this hopefully this week. Can you let me know if you are aware of any similar situations with trainees and the academy computers? We want to be sure that we handle things consistently. Thanks.

-----Original Message-----
**From:** FLOWER, LISA
**Sent:** Monday, March 13, 2000 1:42 PM
**To:** KALLEN, JUDITH
**Cc:** HILL, JODI; CARVER, ERIC
**Subject:** RE: Trainee Internet Situation

I think that Eric has given you as much info as he knows. Would you like me to have the trainer from that day contact you? He may have some helpful info. We will not talk to Regina about any of the concerns. Let me know and I'll have Jim contact you ASAP.

-----Original Message-----
**From:** KALLEN, JUDITH
**Sent:** Monday, March 13, 2000 1:31 PM
**To:** FLOWER, LISA
**Cc:** HAMILTON, DOROTHEA; CARVER, ERIC; HUBELBANK, BEVERLY; PALMER, LEE
**Subject:** Trainee Internet Situation

Hi Lisa: Just wanted to touch base about the possible abuse of the Agency's computer policy by trainee Regina Whilby. We have discussed the situation with our Labor Relations Specialist, Lee Palmer. At this point we've been advised to gather the facts around her inappropriate use of the Internet and then discuss the consequences with him. I would like to make sure we're all on the same page so that we don't have difficulty down the line in how we decide to handle the matter. Lee has advised us not to talk with Regina yet until we have all the pertinent facts. Please let me know if that meets with your approval. I can tell you that if we can confirm that trainees were told not to use the computer for personal business and not to use the Internet (and it looks like we can) and, if we can confirm that Regina did (which also looks like we can), we are strongly considering dropping her.

Please advise if you have any suggestions about another way to handle this. Thanks.

1



inbox.excite.com



Click Here!

Excite Home |

**Music Fans Unite in Clubs!** Backstreet Boys | Christian Rock | Christina Aguilera | Rap & Hip-Hop

**HI mch1005!**
Update Profile
Sign Out

**Controls**
Back to Inbox
Compose Message
Empty Trash

**Folders:**
Inbox

Address Book
Storage Limits
Notices
Preferences
Help

**Partners**
iPrint.com
Talking Email

**Shortcuts**
Calendar
People Finder
Send a Card
Yellow Pages
Chat + Voice
Maps/Directions
Photo Center

**Message 2 of 255**

___ message or move to [Drafts]   ___    Inbox | <Prev Next>

Download

[Show full headers]

Date: Wed, 08 Mar 2000 11:50:00 PST
From: RWhilby@aol.com [Add to Address Book]
To: mch1005@excite.com
Subject: Fwd:

---

*Forwarded Message:*
From: SHENEANE@aol.com
Date: Wed, 23 Feb 2000 18:34:24 EST
Subject: Fwd:
To: JAMAI91932@aol.com, fec@hamillassociates.com,
    IBrown@ClaytonGroup.com, Catrina.Wright@travelers.com,
    Shirleyd@us.ibm.com, RWhilby@aol.com,
    Morris_Davis@candle.com, lmathis@medspan.com,
    ArnumE@aetna.com, BigShug2k@aol.com, Williams@tipeast.com

You Go Boy!

*Forwarded Message:*
From: "DuPree, Machelle" <DuPreeM1@aetna.com>
To: "'sheneane@aol.com'" <sheneane@aol.com>,
    "'rbell@medspan.com'" <rbell@medspan.com>, "Harvey, Shawna"
    <HarveyS@aetna.com>, "'aisha.smith@olstenhs.com'"
    <aisha.smith@olstenhs.com>, "Abrams, Renaultta"
    <AbramsR@aetna.com>, "Spyke, Andrea" <SpykeA@aetna.com>,
    "Michaels, Dionne" <MichaelsD@aetna.com>, "Steir, Litisha"
    <SteirL@aetna.com>
Subject:
Date: Wed, 23 Feb 2000 11:49:06 -0500         *ON THG TIME?* (handwritten)

>
> > > I just thought I would let you all know that I wrote a response to
>the
> > > letter in Sister 2 Sister magazine concerning black men dating white
> > > women.
> > > The woman in the letter was very degrading to black women concerning
>their
> > > men. So, as a black man, I thought it was my responsibility to
>respond

> > >to
> > > the letter since it was addressed to us.
> > >
> > > So, read the letter below first if you haven't already, then read the
> > > response. I will be sending it in to S2S magazine today.
> > >
> > > Much love
> > >
> > >
> > > This letter was written in an article in the
> > > Sister 2 Sister
> > > magazine (January 2000 issue).
> > >
> > > Dear Jamie,
> > > I'm sorry but I would like to challenge some of
> > > your Black male readers.
> > > I am a White female who is engaged to a Black
> > > male-good-looking,
> > > educated and loving. I just don't understand a
> > > lot of Black females'
> > > attitudes about our relationship. My man decided
> > > he wanted me because
> > > the pickings amongst Black women were slim to
> > > none. As he said they
> > > were either too fat, too loud, too mean, too
> > > argumentative, too needy,
> > > too materialistic and carrying too much excess
> > > baggage.
> > >
> > > Before I became engaged, whenever I went out I was
> > > constantly approached
> > > by Black men, willing to wine and dine me and give
> > > me the world. If
> > > Black women are so up in arms about us being with
> > > their men, why don't
> > > they look at themselves and make some changes. I
> > > am tired of the dirty
> > > looks I get and snide remarks when we're out in
> > > public.
> > >
> > > I would like to hear from some Black men about why
> > > we are so appealing
> > > and coveted by them. Bryant Gumble just left his
> > > wife of 26 years for
> > > one of us. Charles Barkley, Scottie Pippen, the
> > > model Tyson Beckford,
> > > Montell Williams, Quincy Jones, James Earl Jones,
> > > Harry Belafonte,
> > > Sydney Poitier, Kofi Anan, Cuba Gooding Jr., Don
> > > Cornelius, Berry Gordy,
> > > Billy Blanks, Larry Fishburne, Wesley Snipes...I
> > > could go on and on.
> > >
> > > But right now I'm a little angry and that is why I
> > > wrote this so
> > > hurriedly. Don't be mad with us White women
> > > because so many of your
> > > men want us. Get your acts together and learn
> > > from us and we may lead
> > > you to treat your men better. If I'm wrong, Black
> > > men, let me know.
> > >
> > > Disgusted White Girl,
> > > Somewhere in VA.
> > >
> > > To respond to "Disgusted White Girl", remit to S2S
> > > Letters, PO Box
> > > 41148, Washington, DC 20018.
> > >

http://inbox.excite.com/ExciteMail/message/rs=33018;aff=6ACEDC35;ck=189.../1863.htm   03/08/2000

> > >
> > >
> > > (See attached file: response.doc)
> >
> > Dear Jamie,
> >
> >     I would like to respond to the letter written by
> >
> > ?A Disgusted White Girl.?
> >     Let me start by saying that I am a 28 year old black man. I
>graduated
>from
> > one of the most prestigious Universities in Atlanta Georgia with a
>Bachelor of
> > Arts Degree in Business Management. I have a good job at a major
>corporation
> > and have recently purchased a house. So, I consider myself to be among
>the
> > ranks of successful black men.
> >
> >     I will not use my precious time to slander white people. I just
>want to
> > set the record straight of why black men date white women. Back in the
>day, one
> > of the biggest reasons why black men dated white women was because
>they
>were
> > considered easy. The black girls in my neighborhood were raised in the
>church.
> >     They were very strict about when they lost their virginity and who
>they
>lost
> > it to. Because of our impatience to wait, brothers would look for
>someone who
> > would give it up easy without too much hassle. So, they turned to the
>white
> > girls. Nowadays, in my opinion, a lot of brothers date white women
>because they
> > are docile and easy to control. A lot of black men, because of their
> > insecurities, fears, and overall weaknesses, have become intimidated by
>the
> > strength of our black women. We are afraid that our woman will be more
> > successful than us, make more money than us, drive nicer cars and own
>bigger
> > houses. Because of this fear, many black men look for a more docile
>woman.
> > Someone we can control.
> > I have talked to numerous black men and they continuously comment on
>how
>easy it
> > is to control and walk over their white women.
> >
> >     I just want to set the record straight. I want a ?Disgusted White
>Girl?
> > to know that not all successful black men date white women. Brothers
>like Ahmad
> > Rashad, Denzel Washington, Michael Jordan, Morris Chestnut, Will
>Smith,
>Blair
> > Underwood, Samuel Jackson, and Chris Rock all married strong black
>women.
>And
> > to flip the scrip, there are numerous white men, in and out of the spot
>light,
> > who openly or secretly desire black women over white women. Ted
>Danson,
>Robert
> > DeNiro, and David Bowie to name a few. I just don?t want ?a disgusted

```
>white
> > girl? to be misinformed. Stop thinking that because you are white that
>you are
> > some type of goddess. Remember, when black Egyptian Queens like
>Hatsepshut and
> > Nitorcris were ruling Dynasties and armies of men in Egypt, you were
>over
>in the
> > caves of Europe eating raw meat and beating each other over the head
>with
> > clubs. Read your history. It was the black woman that taught you how
>to
>cook
> > and season your food. It was the black woman that taught you how to
>raise y
> > our children. It was black women who were breast feeding and raising
>your
> > babies during slavery. It is the black woman that had to endure
>watching
>their
> > fathers, husbands, and children beaten, killed, and thrown in jail.
>Black women
> > were born with two strikes against them: being black and being a
>women.
>And
> > through all this, Still They Rise! It is because of the black women?s
>strength,
> > elegance, power, love and beauty that I could never date anyone except
>my black
> > Queen. It is not just the outer beauty that captivates and draws me
>to
>them.
> > It is not the fact that they come in all shapes, sizes, colors and
>shades
>that I
> > love them. Their inner beauty is what I find most appealing about
>black
>women.
> > Their strong spirit, loving and nurturing souls, their integrity,
>their
> > ability to overcome great obstacles, their willingness to stand for
>what
>they
> > believe in, and their determination to succeed and reach their highest
> > potential while enduring great pain and suffering is why I have fallen
>in
>love
> > with b
> > lack women.
> > I honestly believe that your anger is geared more toward jealousy
>and envy
> > than snotty looks. If this were not so, then why do you continuously
>go
>to
> > tanning salons to darken your skin? If you are so proud to be white,
>then why
> > don?t you just be happy with your pale skin? Why do you continue to
>inject your
> > lips, hips, and breast with unnatural and dangerous substances so you
>can look
> > fuller and more voluptuous? I think that your anger is really a result
>of you
> > wanting to have what the black woman has.
> > Bottom Line: If I were looking for a docile woman. Someone I can walk
>over and
> > control, I would give you a call. But unfortunately, I am looking for
>a
> > Virtuous Woman. Some one that can be a good wife and mother to my
>children.
```

http://inbox.excite.com/ExciteMail/message/rs=33018;aff=6ACEDC35;ck=189.../1863.htm    03/08/2000

```
> > So,   one who can be my best friend and unders   ds my struggles. I am
>looking
> > for a soul mate. I am looking for a sister and unfortunately you do
>not
>and can
> >  not fit the bill. I guess you are just S.O.L. No offense taken, none
>given.
> >
> >
> > Signed,
> >
> >
> >
> > Black Royalty
>
>
```

Machelle DuPree
"A misty morning does not signify a cloudy day"
*~*~952-8375 (AS OF 2/7/00)please note!!

Download

message or move to Drafts                                              Inbox

+ Kelli-Fox@as...   Astrology.com: daily horos...   12:19 PM PST   Prev
  RWhilby@aol....   Fwd:                            11:50 AM PST   Current
  Matthews, Kei...  FW: FW: DILBERT                 03/06/00       Next

Add to my Planner   Add Event | Add Contact | Add Task | Add Note

Get Your Free 56K ISP!

Powered by InterMail from Software.com

Feedback  Advertise on Excite  About Excite  Press Releases  Jobs
Copyright © 1995-2000 Excite Inc. All rights reserved. Disclaimer

http://inbox.excite.com/ExciteMail/message/rs=33018;aff=6ACEDC35;ck=189.../1863.htm   03/08/2000

DILBERT'S WORDS OF WISDOM: by Scott Adams
>>
>> 1. I can only please one person per day. Today is
>> not your day. Tomorrow
>> is not looking good either.
>>
>> 2. I love deadlines. I especially like the
>> whooshing sound they make as
>> they
>> go flying by.
>>
>> 3. Tell me what you need, and I'll tell you how to
>> get along without it.
>>
>> 4. Accept that some days you are the pigeon and
>> some days the statue.
>>
>> 5. Needing someone is like needing a parachute. If
>> he isn't there the
>> first
>> time, chances are you won't be needing him again.
>>
>> 6. I don't have an attitude problem, you have a
>> perception problem.
>>
>> 7. Last night I lay in bed looking up at the stars
>> in the sky and I thought
>> to myself, where the hell is the ceiling?
>>
>> 8. My reality check bounced.
>>
>> 9. On the keyboard of life, always keep one finger
>> on the escape key.
>>
>> 10. I don't suffer from stress. I am a carrier.
>>
>> 11. You are slower than a herd of turtles
>> stampeding through peanut butter.
>>
>> 12. Do not meddle in the affairs of dragons,
>> because you are crunchy and
>> taste good with ketchup.
>>
>> 13. Everybody is somebody else's weirdo.
>>
>> 14. Never argue with an idiot. They drag you down
>> to their level then beat
>> you with experience.
>>
>> 15. A pat on the back is only a few centimeters
>> from a kick in the butt.
>>
>> 16. Don't be irreplaceable - if you can't be
>> replaced, you can't be
>> promoted.
>>
>> 17. After any salary raise, you will have less
>> money at the end of the
>> month than you did before.
>>
>> 18. The more junk you put up with, the more junk
>> you are going to get.
>>
>> 19. You can go anywhere you want if you look
>> serious and carry a clipboard.
>>

http://inbox.excite.com/ExciteMail/message/rs=45295;aff=D14E3AE0;ck=845.../1861.htm    03/08/2000

```
> > 20.  Eat one live toad the firs    .ng in the
> > morning and nothing worse
> > will
> > happen to you for the rest of the day.
> >
> > 21. When bosses talk about improving productivity,
> > they are never talking
> > about themselves.
> >
> > 22. If at first you don't succeed, try again. Then
> > quit. No use being a
> > darn
> > fool about it.
> >
> > 23. Everything can be filed under 'miscellaneous'.
> >
> >
```

http://inbox.excite.com/ExciteMail/message/rs=45295;aff=D14E3AE0;ck=845.../1861.htm    03/08/2000