# DEPARTMENT of CHILDREN and FAMILIES

*Caring for Connecticut's Future*

SOUTHWEST REGION

ENCLOSURE 9

March 16, 2000

Ms. Regina Whilby
94 Liberty Street Unit 9
Stamford, CT 06902

Dear Ms. Whilby:

This is to notify you that, effective March 15, 2000 you are being separated during your initial working test period as a Social Work Trainee with the State of Connecticut Department of Children and Families.

This action is predicted on your misuse of State property during this test period. As a result of your actions, we have no other recourse in this matter but to separate you from State service.

You should also be aware that even though you do not have access to the grievance procedure, you may request and shall be granted an "administrative review" or "Sperl meeting" by contacting Mrs. Wanda Estrella, Director of Human Resources at 860-550-6490, or in writing at 505 Hudson Street, 8th floor, Hartford CT 06106.

We do however, wish you success in your future endeavors.

Sincerely,

*Mary Solera*

Mary Solera
Regional Administrator

/bk

cc: Personnel

U:/bkinston/Whilby



STATE OF CONNECTICUT
(203) 365-6200
3885 MAIN STREET • BRIDGEPORT, CONNECTICUT 06606
*An Equal Opportunity Employer*

# ATTENDANCE SHEET

Page ___ of ___    Rev. 7/94

| COURSE TITLE | CULTURAL DIVERSITY | COURSE CODE | | |
|---|---|---|---|---|
| PRIMARY TRAINER (Printed) | RENEE HOFF | DATE | February 24, 2000 | TOTAL # OF HOURS: 2 |
| CO-TRAINER (Printed) | | LOCATION | TRAINING ACADEMY | # OF DAYS |
| | | GROUP | G-2000 | |

IF YOUR NAME IS NOT ON THIS FORM, PLEASE ADD IT.

EMPLOYEE NO.

PLEASE NOTE: INFORMATION REQUESTED ON THIS FORM IS NECESSARY FOR COMPLIANCE TO STATE AND FEDERAL MANDATES

| # | PRINTED NAME | EMPLOYEE NUMBER | JOB TITLE | SUPERVISOR | RACE | SEX | WORKSITE (see below) | SIGNATURE | STATUS CU/MN/ |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BANKS, ALSHLON | 592152 | SWT | MARSHA TAYLOR | B | | HART | | |
| 2 | BENTHAM, NINA | | SWT | MARSHA TAYLOR | | | HART | | |
| 3 | BOYLE, SEAN | 967877 | SWT | BEVERLY HUBLEBANK | C | M | BRID | | |
| 4 | BREEDEN-GARVINS, CHEVELLE | 612325 | SWT | MARGARET KUNSCH | AA | F | BRID | | |
| 5 | BROWN, SUSAN | 967871 | SWT | LYN HAMILTON | C | F | BRID | | |
| 6 | DALTON, CASEY | 967875 | SWT | NANCY COLBERG-PEREZ | C | F | BRID | | |
| 7 | CRAWLEY, TAWANDA | 967882 | SWT | LYN HAMILTON | B | F | NEWH | | |
| 8 | FORD, GORDON | 967870 | SWT | BEVERLY HUBLEBANK | B | M | BRID | | |
| 9 | GEARY, EILEEN | 651169 | SWT | KATHY MURPHY | C | F | WATE | | |
| 10 | GREEN, JAIME | 967884 | SWT | MARGARET KUNSCH | C | F | BRID | | |
| 11 | GUION, JOSEPH | 561152 | SWT | MARSHA TAYLOR | C | M | HART | | |
| 12 | HAZELWOOD, KEITH | 967881 | SWT | MARGARET KUNSCH | | M | BRID | | |
| 3 | TATH, DELICIA | 651150 | SWT | MICHELLE PETERSON | | | NEWB | | |
| 4 | HOWELL, MARSHA | 651149 | SWT | DAYNA SNELL | B | F | NEWB | | |
| 5 | KING, REBECCA | 967885 | SWT | BEVERLY HUBLEBANK | CF | | BRID | | |

Verified by _Rekee Hoff_

| | Region 1 | Bridgeport(Brid) | Norwalk(Nrwk) | Stamford (Stam) | Riverview (Rive) | FC ** | Conn.Child. Pl. (CCP) | FC | External Training | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|
| | Region 2 | New Haven(Newh) | Middletown(Midd) | Meriden(Merid) | Long Lane Sch(Lane) | SC | Central Office (CO) | FC | Non-DCF (Exce) | *Old location |
| | Region 3 | Norwich (Noch) | Willimantic(Will) | New Britain (Newb) | High Meadows(High) | SC | Hotline (Long Lane) (Lane) | FC | | **Agency TrnyCodes |
| | Region 4 | Hartford (Hart) | Manchester (Manc) | Rockville(Rock) | Wilderness Sch(Wild) | | | | | |
| | Region 5 | Waterbury(Wate) | Danbury(Danb) | Torrington(Torr) | State Receiving (SRH) | | | | | |

# ATTENDANCE SHEET

Page ___ of ___    Rev. 7/94

| COURSE TITLE | CULTURAL DIVERSITY | COURSE CODE | |
|---|---|---|---|
| PRIMARY TRAINER (Printed) | RENEE HOFF | DATE | February 24, 2000 |
| CO TRAINER (Printed) | | LOCATION | TRAINING ACADEMY |
| | | GROUP | G-2000 |
| | | TOTAL # OF HOURS | 12 |
| | | # OF DAYS | 2 |

IF YOUR NAME IS NOT ON THIS FORM, PLEASE ADD IT.

PLEASE NOTE: INFORMATION REQUESTED ON THIS FORM IS NECESSARY FOR COMPLIANCE TO STATE AND FEDERAL MANDATES

| # | PRINTED NAME | EMPLOYEE NUMBER | JOB TITLE | SUPERVISOR | RACE | SEX | WORKSITE (see below) | SIGNATURE | STATUS CI/MN/ |
|---|---|---|---|---|---|---|---|---|---|
| 1 | OPEZ, SANDRA | 967879 | SWT | LORETTA JAY | HISP | F | STAM | | C |
| 2 | MARCHELLI, MARTHA | 967878 | SWT | LYN HAMILTON | C | F | BRID | | C |
| 3 | MARQUEZ, JULIE | 651171 | SWT | KATHY MURPHY | HISP | F | WATE | | C |
| 4 | MOLINA, YEZENIA | 651170 | SWT | TRUNG LE | HISP | F | NRWK | | C |
| 5 | O'ROURKE, DAWN | 651167 | SWT | ERIKA KIRLEY | C | F | WATE | | C |
| 6 | PARKS, REUEL | 681841 | SWT | BEVERLY HUBLEBANK | AA | M | BRID | | C |
| 7 | SINGLETON, ERICA | 651168 | SWT | ERIKA KIRLEY | AA | F | WATE | | C |
| 8 | SMYTHE, JEFFREY | 967872 | SWT | MARGARET KUNSCH | C | M | BRID | | C |
| 9 | TEEL, CAROL | 967880 | SWT | LYN HAMILTON | AA | F | BRID | | C |
| 10 | WHILBY, REGINA | 563905 | SWT | BEVERLY HUBLEBANK | B | F | BRID | | C |
| 11 | WRIGHT, LATASHA | 612916 | SWT | MARGARET KUNSCH | AA | F | BRID | | C |
| 12 | | | | | | | | | |

Verified by _____ Renee Hoff

| | | | | | | NOTES |
|---|---|---|---|---|---|---|
| Region 1 | Bridgeport(Brid) | Norwalk(Nrwk) | Stamford (Stam) | Riverview(Rive) | FC ** | Conn Child. Pl. (CCP) | FC | External Training |
| Region 2 | New Haven(Newh) | Middletown(Midd) | Meriden(Meri) | Long Lane Sch(Lane) | FC | Central Office (CO) | FC | Non-DCF- location (Exte) |
| Region 3 | Norwich (Noch) | Williamantic(Will) | Rockville(Rock)* | High Meadows(High) | SC | Hotline (Long Lane) (Lane) | FC | *Old |
| Region 4 | Hartford (Hart) | Manchester (Manc) | New Britain (Newb) | Wilderness Sch(Wild) | SC | | | **Agency TpyeCodes |
| Region 5 | Waterbury(Wate) | Danbury(Danb) | Torrington(Torr) | State Receiving (SRID)* | FC | | | |

# ATTENDANCE SHEET

ENCLOSURE 10

Page ___ of ___    Rev. 7/94

| COURSE TITLE | CULTURAL DIVERSITY | COURSE CODE | |
|---|---|---|---|
| PRIMARY TRAINER (Printed) | RENEE HOFF | DATE | February 23, 2000 |
| TRAINER (Printed) | | LOCATION | TRAINING ACADEMY |
| EMPLOYEE NO. | | GROUP | G-2000 |
| | | TOTAL # OF HOURS | 12 |
| | | # OF DAYS | 2 |

IF YOUR NAME IS NOT ON THIS FORM, PLEASE ADD IT.

PLEASE NOTE: INFORMATION REQUESTED ON THIS FORM IS NECESSARY FOR COMPLIANCE TO STATE AND FEDERAL MANDATES

| # | PRINTED NAME | EMPLOYEE NUMBER | JOB TITLE | SUPERVISOR | RACE | SEX | WORKSITE (see below) | SIGNATURE | STATUS C/I/M/N/ |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BANKS, ALSHLON | 592152 | SWT | MARSHA TAYLOR | B | F | HART | | C |
| 2 | BENTHAM, NINA | 659153 | SWT | MARSHA TAYLOR | B | F | HART | | C |
| 3 | BOYLE, SEAN | 967877 | SWT | BEVERLY HUBLEBANK | C | M | BRID | | C |
| 4 | BREEDEN-GARVINS, CHEVELLE | 612325 | SWT | MARGARET KUNSCH | AA | F | BRID | | C |
| 5 | BROWN, SUSAN | 967871 | SWT | LYN HAMILTON | C | F | BRID | | C |
| 6 | DALTON, CASEY | 967875 | SWT | NANCY COLBERG-PEREZ | C | F | NEWH | | C |
| 7 | CRAWLEY, TAWANDA | 967882 | SWT | LYN HAMILTON | B | F | BRID | | C |
| 8 | FORD, GORDON | 967870 | SWT | BEVERLY HUBLEBANK | B | M | BRID | | C |
| 9 | GEARY, EILEEN | 651169 | SWT | KATHY MURPHY | C | F | WATE | | C |
| 10 | GREEN, JAIME | 967884 | SWT | MARGARET KUNSCH | C | F | BRID | | C |
| 11 | GUION, JOSEPH | 561152 | SWT | MARSHA TAYLOR | C | M | BRID | | C |
| 12 | HAZELWOOD, KEITH | 967881 | SWT | MARGARET KUNSCH | | M | NEWB | | C |
| 13 | HEATH, DELICIA | 651150 | SWT | MICHELLE PETERSON | B | F | NEWB | | C |
| 14 | HOWELL, MARSHA | 651149 | SWT | DAYNA SNELL | B | F | NEWB | | C |
| 15 | KING, REBECCA | 967885 | SWT | BEVERLY HUBLEBANK | CF | | BRID | | C |

Verified by _____

| Region 1 | Bridgeport(Brid) | Norwalk(Nrwk) | Stamford (Stam) | Riverview(Rive) | FC** | Conn Child. Pl. (CCP) | FC | |
|---|---|---|---|---|---|---|---|---|
| Region 2 | New Haven(Newh) | Middletown(Midd) | Meriden(Merd) | Long Lane Sch(Lane) | SC | Central Office (CO) | FC | External Training |
| Region 3 | Norwich (Noch) | Willimantic(Will) | Rockville(Rock) | High Meadows(High) | FC | Hotline (Long Lane) (Lane) | FC | Non-DCF-(Exte) *Old location |
| Region 4 | Hartford (Hart) | Manchester (Manc) | New Britain (Newb) | Wilderness Sch(Wild) | SC | | | **Agency TpyeCodes |
| Region 5 | Waterbury(Wate) | Danbury(Danb) | Torrington (Torr) | State Receiving (SRH)* | FC | | | |

# ATTENDANCE SHEET

Page ___ of ___  Rev. 7/94

| COURSE TITLE | CULTURAL DIVERSITY | COURSE CODE | | |
|---|---|---|---|---|
| PRIMARY TRAINER (Printed) | RENEE HOFF | DATE | February 23, 2000 | TOTAL # OF HOURS: 12 |
| CO-TRAINER (Printed) | | LOCATION | TRAINING ACADEMY | # OF DAYS: 2 |
| | | GROUP | G-2000 | |

IF YOUR NAME IS NOT ON THIS FORM, PLEASE ADD IT.

EMPLOYEE NO.

PLEASE NOTE: INFORMATION REQUESTED ON THIS FORM IS NECESSARY FOR COMPLIANCE TO STATE AND FEDERAL MANDATES

| # | PRINTED NAME | EMPLOYEE NUMBER | JOB TITLE | SUPERVISOR | RACE | SEX | WORKSITE (see below) | SIGNATURE | STATUS C/I/M/N |
|---|---|---|---|---|---|---|---|---|---|
| 1 | LOPEZ, SANDRA | 967879 | SWT | LORETTA JAY | HISP | F | STAM | | |
| 2 | MARCHELLI, MARTHA | 967878 | SWT | LYN HAMILTON | C | F | BRID | | |
| 3 | MARQUEZ, JULIE | 651171 | SWT | KATHY MURPHY | HISP | F | WATE | | |
| 4 | MOLINA, YEZENIA | 651170 | SWT | TRUNG LE | HISP | F | NRWK | | |
| 5 | O'ROURKE, DAWN | 651167 | SWT | ERIKA KIRLEY | C | F | WATE | | |
| 6 | PARKS, REUEL | 681841 | SWT | BEVERLY HUBLEBANK | AA | M | BRID | | |
| 7 | SINGLETON, ERICA | 651168 | SWT | ERIKA KIRLEY | AA | F | WATE | | |
| 8 | SMYTHE, JEFFREY | 967872 | SWT | MARGARET KUNSCH | C | M | BRID | | |
| 9 | TEEL, CAROL | 967880 | SWT | LYN HAMILTON | AA | F | BRID | | |
| 10 | WHILBY, REGINA | 563905 | SWT | BEVERLY HUBLEBANK | B | F | BRID | | |
| 11 | WRIGHT, LATASHA | 612916 | SWT | MARGARET KUNSCH | AA | F | BRID | | |

Verified by _____

| | | | | | NOTES |
|---|---|---|---|---|---|
| Region 1 | Bridgeport(Brid) | Middletown(Midd) | Norwalk(Nrwk) | Stamford (Stam) | Riverview(Rive) | Long Lane Sch(Lane) | FC ** | External Training |
| Region 2 | New Haven(Newh) | Willimantic(Will) | Rockville(Rock)* | New Britain (Newb) | High Meadows(High) | Hotline (Long Lane) (Lane) | FC | Non-DCF- (Exte) |
| Region 3 | Norwich (Noch) | Manchester (Manc) | Meriden(Merd) | | Wilderness Sch(Wild) | Central Office (CO) | SC | *Old location |
| Region 4 | Hartford (Hart) | Danbury(Danb) | Torrington(Torr) | | State Receiving (SRH)* | Conn Child. Pl. (CCP) | SC | **Agency TypeCodes |
| Region 5 | Waterbury(Wate) | | | | | | FC | |

ENCLOSURE 11

MEMORANDUM

TO: File

FROM: Judith Kallen, Program Director

DATE: March 17, 2000

SUBJECT: Personnel Investigation – Regina Whilby

On 3/10/00 this Program Director received information from Program Supervisor Dorothea Hamilton concerning a situation that occurred at the Training Academy. The Training Academy advised that Regina Whilby used the Internet and printed material from her personal e-mail in violation of DCF policy. Material concerning this violation was faxed to Ms. Hamilton and Supervisor Beverly Hublebank. I advised Ms. Hamilton to contact Labor Relations Specialist, Lee Palmer, to discuss the consequences of this infraction. I also advised that we needed to determine if the policy was clearly articulated to Ms. Whilby by the Training Academy.

Contact was made with the Training Academy and it was determined that trainees are advised of the Department's policy regarding the use of the computer and the Internet in a variety of ways and that the policy is clear and posted in the computer room.

Based on the information received regarding Ms. Whilby's use of the Internet during her working test period, and in consultation with Lee Palmer, a decision was made to terminate her employment, pending any explanation by Ms. Whilby that would mitigate the violation.

A meeting was held on 3/14/00. Attendees were Program Director, Judith Kallen, Program Supervisor, Dorothea Hamilton, Supervisor, Beverly Hublebank, Social Work Trainee, Regina Whilby and Union Representative, Paulette Laurette. Ms. Whilby was presented with the facts of the situation and asked whether she knew and understand the policy regarding use of computers and the Internet. She stated that she did and admitted that restrictions were posted on the computers at the Training Academy. Ms. Whilby stated that on 3/14/00 the Training Academy staff went over the policy regarding computers again, and that made her realize that is was very important. She claimed that "everyone" used the Internet at the Training Academy and asked to be given another chance. I explained that violation of policy is extremely serious and that we had consulted with Personnel regarding this action. Ms. Whilby apologized and asked for anther chance. I also explained that I was not in a position to bargain concerning the consequences because the effect of that might be to set a precedent for similar situations.

Ms. Whilby was notified that she would be dropped immediately. However, she was advised that she could select to resign and stipulate that she would not seek re-employment with DCF in order to lessen the impact of her ability to get another position. Ms. Whilby discussed this option privately with Ms. Laurette. They requested one day to

consider the alternatives and Ms. Whilby was directed to notify Ms. Laurette about her decision on 3/15/00.

On 3/15/00, Ms. Laurette notified me that Ms. Whilby would request a Sperle. I advised Lee Palmer about this and was told to have Ms. Whilby write her request for the Sperle to Wanda Estrella.

Communicating the information to Lisa Flower, Director and Jodi Hill, Assistant Director of the Training Academy made a follow up to this action. Both individuals confirmed that while trainees may be introduced to the Internet during training, they are advised that it is to be used for casework only and is not for personal use.

ENCLOSURE 11 F

## Misuse of State Property

| Employee | Job Title | RS | File Date | Discipline Detail | Action Code |
|---|---|---|---|---|---|
| Bourassa, Zaida | Social Worker Case Aide | HF | 8/1/1999 | Misuse of State Property, Neglect of duty, judgment. State car | Reprimand |
| Currier, Janet | Social Worker Trainee | WF | 4/6/99 | Employee misuse of State computers to do personal and college coursework. Distributed questionnaires/surveys to colleagues at work. Poor Judgment | DWTP |
| Duby, Charmaine | Children Services Worker | WF | 3/29/00 | Directives not to make toll calls on State phones and proceeded to make over 45 toll calls. | Dismissal |
| Fernandez, David | Social Worker Case Aide | HM | 12/2/98 | Misuse of State time and equipment. Making personal phone calls. | Letter of Warning |
| Fleming, Aaron | Social Worker Case Aide | BM | 3/24/99 | Social Worker Case Aid had a 17-year-old client and a 14-month-old baby at his home overnight. Sexual advances made by worker. Misuse of State vehicle. Violations of seat belt law. | Dismissal |
| Howard, Johnson | Social Worker Case Aide | BM | 6/11/98 | Misuse of State Property. Telephone calling Card | Reprimand |
| Johnson, Kathleen | Social Worker Case Aide | BF | 9/3/98 | Misuse of State Property. State cellular phone. | Reprimand |
| Lewis, Fenton | Youth Services Officer | BM | 11/2/98 | Misuse of State Property. State Car | Demotion |
| Nunez, Lourdes | Social Worker Case Aide | HF | 8/9/99 | Misuse of State Property. Misconduct/misuse of State issued calling card for personal phone calls | Reprimand |
| Perry, Bonita | Office Assistant | BF | 6/2/98 | Misuse of State phone credit card. | Reprimand |
| Phillips, Joshua | Social Worker | BM | 4/20/98 | Misuse of State Property, Phone Calls of Personal Nature Billed to State. | Reprimand |
| Russell, Kelly | Correctional Counselor | BM | 7/20/99 | Misuse of State car, cellular phone, gas card and phone credit card. Lieu of dismissal, Resigned in good standing at step 3 level. | Resignation |
| Torres, Nestor | Social Worker Case Aide | HM | 9/21/98 | Misuse of State Property calling card. | Warning |
| Vasquez, Sammy | Social Work Trainee | HM | 8/17/98 | Misuse of State Property. Misappropriate State funds. Inappropriate personal relationship, judgment | Dismissal |

DCF Separations from 5/1/1998 to 5/1/2000

| Agency | Employee | Job Title | RS | Separation Date | Codes | Reason |
|---|---|---|---|---|---|---|
| **CENTRAL OFFICE** | | | | | | |
| 8102 | BECKFORD, ALFANCO | EDUCATION ASST | BM | 3/24/1999 | SE DC | Falsification of APP |
| 8102 | BOWE, MARVIN L | EDUCATION ASST | BM | 3/24/1999 | SE TW | Judgment |
| 8102 | SOUZA, VITOMAR L | CLERK | HM | 6/30/1998 | SE TW | Performance |
| 8102 | STEELE, VELDON R | ST SCH SUB TEACH | BM | 7/14/1999 | SE DC | Falsification of APP |
| **LONG LANE SCHOOL** | | | | | | |
| 8103 | COOK, KATHRYN I | BLDG GR PAT OFF | WF | 5/15/1998 | SE TW | Judgment |
| 8103 | DOULETTE, JOHN T | YOUTH SERV OFF | WM | 1/28/2000 | SE TW | Inappropriate Conduct |
| 8103 | HARPER, PAUL | YOUTH SERV OFF | BM | 4/4/2000 | SE DC | Offensive Conduct |
| 8103 | NICOLLETTA, KATHERINE E | YOUTH SERV OFF | WF | 11/9/1998 | SE TW | Failed Physical |
| 8103 | OFRAY, ALEX M | MAINTAINER | HM | 12/17/199 | SE TW | Performance |
| 8103 | PRESCOTT, PAMELA K | YOUTH SERV OFF | WF | 7/19/1999 | SE TW | Judgment |
| 8103 | RUSSELL, KELLY L | CORR COUNSELOR | BM | 7/1/1999 | SE DC | Misuse of State Property |
| 8103 | SINISCALCO, THOMAS | YOUTH SERV OFF | WM | 12/22/199 | SE DC | Inappropriate Conduct |
| 8103 | THOMAS JR, EDWARD A | YOUTH SERV OFF | BM | 6/5/1998 | SE TW | Offensive Conduct |
| 8103 | WEST JR, EDDIE | YOUTH SERV OFF | BM | 4/18/1999 | SE DC | 2 Consecutive Unsat. Ratings |
| 8103 | WILLIAMS, LAWRENCE C | YOUTH SERV OFF | BM | 6/30/1999 | SE TW | Falsification of App |
| **CONNECTICUT CHILDREN'S PLACE** | | | | | | |
| 8104 | MITCHELL, MARLOWE T | CH SERV WORKER | BM | 3/15/2000 | SE DC | Judgment |
| 8104 | REYES, JULIO | CH SERV ASST | HM | 11/27/199 | SE TW | Performance |
| 8104 | WATKINS, ROSETTA Y | CH SERV WORKER | BF | 1/28/1999 | SE TW | Falsification of Info |
| 8104 | WATKINS, SHEILA M | CH SERV WORKER | BF | 3/3/2000 | SE DC | Offensive Conduct |
| 8104 | WEEKS, GARY S | SUMMER WORKER | WM | 7/29/1999 | SE DC | Falsification of Info |
| **HIGH MEADOWS** | | | | | | |
| 8113 | DUBY, CHARMAINE C | LEAD CH SERV WKR | WF | 3/31/2000 | SE DC | Misuse of State Property |
| 8113 | SMITH, JONATHAN T | CUSTODIAN | WM | 5/14/1998 | SE DC | Offensive Conduct |
| **RIVERVIEW** | | | | | | |
| 8115 | BLAKE, PETULIA D | CH SERV WORKER | BF | 12/17/199 | SE TW | Non-Disciplinary |
| 8115 | CRUZ, LISETTE | CH SERV WORKER | HF | 10/13/199 | SE TW | Attendance |
| 8115 | CZAJA, THOMAS J | CUSTODIAN | WM | 8/26/1999 | SE TW | Non-Disciplinary |
| 8115 | ELEBY, ADRIAN S | CH SERV WORKER | BM | 3/17/2000 | SE DC | Offensive Conduct |
| 8115 | HERNANDEZ, EMILIO J | CH SERV WORKER | HM | 6/14/1999 | SE DC | Falsification of App |
| 8115 | MCFARLANE, AUDREY C | STAFF NURSE | BF | 8/5/1999 | SE TW | Falsification of Info |
| 8115 | WARD, KENYATTA M | CH SERV WORKER | BM | 12/4/1998 | SE DC | Off Duty Conduct |
| 8115 | WINTER, LEE A | CLIN NURSE 2 | WF | 11/18/199 | SE TW | Judgment |
| **REGION I - SOUTHWESTERN** | | | | | | |
| 8121 | DELVA, RONY G | SOCIAL WKR TR SH | BM | 4/14/2000 | SE TW | Falsification of App |
| 8121 | DESIR, BETTY R | CLERK TYPIST | HF | 12/15/199 | SE TW | Attendance |
| 8121 | DORSEY, WONDREDA M | CLERK TYPIST | BF | 3/17/2000 | SE TW | Off Duty Conduct |
| 8121 | EBRON, SHARANA R | CLERK TYPIST | BF | 8/5/1999 | SE TW | Performance |
| 8121 | GREENBERG, ANDREA E | SOC WKR SHS | WF | 6/29/1999 | SE TW | Performance |
| 8121 | HAZEL, WILLIAM B | SOC WKR SHS | BM | 5/27/1998 | SE TW | Judgment |
| 8121 | HORSFORD, NICOLE A | SOC WKR SHS | BF | 11/29/199 | SE TW | Attendance |
| 8121 | JOHNSON-SAVAGE, JANEY E | SOC WKR SHS | BF | 11/15/199 | SE DC | Offensive Conduct |
| 8121 | OHENE, BENJAMIN V | SOC WKR SHS | BM | 4/3/2000 | SE DC | Falsification of Info |
| 8121 | WHILBY, REGINA M | SOCIAL WKR TR SH | BF | 3/15/2000 | SE TW | Misuse of State Property |
| **REGION II - SOUTHCENTRAL** | | | | | | |
| 8122 | CARTER, SHAWN W | SOC SERV ASST | BM | 7/29/1998 | SE TW | Unauthorized Leave |
| 8122 | ELY, SCOTT W | SOCIAL WKR TR SH | WM | 3/24/2000 | SE TW | Judgment |
| 8122 | FAVALE, MARY C | SOC WKR SHS | WF | 4/20/1999 | SE TW | Performance |
| 8122 | FLEMING, AARON S | SOC WK CASE AIDE | BM | 3/17/1999 | SE DC | Off Duty Conduct |
| 8122 | MASI, JAMES J | SOCIAL WKR TR SH | WM | 2/24/2000 | SE TW | Performance |
| 8122 | MCNEILLY, WILLIAM S | SOC SERV ASST | BM | 4/18/2000 | SE DC | Unauthorized Leave |
| 8122 | NOBILI, DAVID E | SOC WKR SHS | WM | 8/31/1999 | SE TW | Performance |
| 8122 | TORRES, NESTOR L | SOC WK CASE AIDE | HM | 10/9/1998 | SE TW | Unauthorized Leave |
| 8122 | WITHERSPOON, SADIE | SOC SERV ASST | BF | 6/16/1998 | SE TW | Attendance |

This report compiled by DCF 5/23/2000, 3:26 PM from APS data extracted on 05/20/2000
rptDCFSeparationsDCTW

Page 1 of 2

ENCLOSURE 11

## DCF Separations from 5/1/1998 to 5/1/2000

| Agency | Employee | Job Title | RS | Separation Date | Codes | Reason |
|---|---|---|---|---|---|---|
| **REGION III - EASTERN** | | | | | | |
| 8123 | FAIRBANKS, EDWARD R | SOCIAL WKR TR SH | IM | 6/4/1999 | SE TW | Falsification of App |
| 8123 | FERGUSON, LYNN R | SOC WK CASE AIDE | BF | 10/19/199 | SE TW | Falsification of App |
| 8123 | HENSON, LANCE M | SOCIAL WKR TR SH | WM | 1/11/2000 | SE TW | Performance |
| 8123 | HOBSON, PAULA D | SOC WKR SHS | WF | 4/27/1999 | SE DC | Falsification of Info |
| 8123 | KUSEK, RUTH G | OFFICE ASST | WF | 4/19/2000 | SE DC | Offensive Conduct |
| 8123 | MASSA, BERZEDA | SOCIAL WKR TR SH | HF | 1/28/1999 | SE TW | Performance |
| 8123 | PANTALEO, THOMAS M | SOC WKR SHS | WM | 1/12/1999 | SE TW | Unauthorized Leave |
| **REGION IV - NORTHCENTRAL** | | | | | | |
| 8124 | COOLEY, JOANN M | SOC WK CASE AIDE | WF | 6/2/1999 | SE TW | Performance |
| 8124 | GLENN-BULLS, SABRINA M | SOCIAL WKR TR SH | BF | 11/20/199 | SE TW | Falsification of App |
| 8124 | GONZALEZ, KIMBERLY F | SOCIAL WKR TR SH | WF | 2/9/1999 | SE DC | Failure to Return to Leave |
| 8124 | GUZMAN, MARTA L | SOC WKR SHS | HF | 2/28/2000 | SE DC | Judgment |
| 8124 | HEAVEN, ANITA P | CLERK TYPIST | BF | 1/6/2000 | SE TW | Attendance |
| 8124 | JONES, CARLEEN R | SOC WKR SHS | BF | 8/14/1998 | SE TW | Falsification of Info |
| 8124 | MORTON, TAMARA Z | SOC WKR SHS | WF | 4/24/2000 | SE DC | Attendance |
| 8124 | NELSON, SONJA G | SOCIAL WKR TR SH | BF | 8/14/1998 | SE TW | Falsification of Info |
| 8124 | PERSICO, ROSE E | SOC WKR SHS | WF | 5/11/1998 | SE TW | Judgment |
| 8124 | RODRIGUEZ, LISA M | CLERK TYPIST | HF | 10/12/199 | SE TW | Falsification of App |
| 8124 | SOLER, YOMARIE | CLERK TYPIST | HF | 7/21/1998 | SE TW | Falsification of Info |
| 8124 | TORRES, JOSE A | SOCIAL WKR TR SH | HM | 6/10/1998 | SE TW | Off Duty Conduct |
| 8124 | VAZQUEZ, SAMMY | SOCIAL WKR TR SH | HM | 8/21/1998 | SE DC | Misuse of State Funds |
| 8124 | ZEVALLOS, VICTOR O | SOCIAL WKR TR SH | HM | 10/15/199 | SE TW | Judgment |
| **REGION V - NORTHWEST** | | | | | | |
| 8125 | RUBIO, ALICIA | SOC WK CASE AIDE | HF | 10/14/199 | SE DC | Off Duty Conduct |
| 8125 | VALENTE, MICHELE S | SOC WKR SHS | WF | 12/27/199 | SE TW | Unauthorized Leave |

March 24, 1999

Mr. Alfanco Beckford
246 High Path Road
Windsor, Connecticut

Dear Mr. Beckford:

This letter is to confirm that the Department of Children and Families is dropping you during your working test period effective March 24, 1999, close of business. This action is taken due to your falsification of your application of employment dated December 26, 1998. Our offer of employment was contingent upon your successful completion of the information presented to us on your application.

Employees terminated due to falsification of an application are ineligible for reemployment for one (1) year from the date of separation.

You have the right to request a Sperl Conference with Ms. Wanda Estrella, DCF Personnel Administrator, if you wish to have this decision reviewed. You may request this conference within ten days of the date of this letter by contacting Ms. Estrella at telephone number 550-6490. Ms. Estrella is located at DCF Personnel, 505 Hudson Street, Hartford, Connecticut 06106.

You will receive two weeks administrative leave pay in accordance with state regulations.

Sincerely,

Michael Wood
Principal Personnel Officer

cc: Personnel File
Payroll Division
Joyce Welch, Acting Superintendent
Matthew Dellomo, Redway School Principal
Angie Matos

**DEPARTMENT of CHILDREN and FAMILIES**

*Caring for Connecticut's Fu[ture]*

December 22, 1998

Ms. Petula Blake
1501 Mill Pond
South Windsor, CT 06024

Dear Ms. Blake:

This is to inform you that effective on the close of business of December 17, 1998, you are separated from your durational position for non-disciplinary reasons.

We appreciate the effort you made during this period and wish you well in future endeavors.

Sincerely,

Lee Askern
Principal Personnel Officer

CC: Oliver Clark
    Mary Simon
    file

STATE OF CONNECTICUT
505 HUDSON STREET · HARTFORD, CONNECTICUT 06106-7107
*An Equal Opportunity Employer*

**DEPARTMENT of CHILDREN and FAMILIES**

*Caring for Connecticut's Fu*

March 23, 1999

Mr. Marvin Bowe
PO Box 380065
East Hartford, CT 06138-0065

Dear Mr. Bowe,

This is to inform you that you are being dropped during your working test period as an Education Assistant at Long Lane School, effective March 23, 1999, close of business. This decision is a result of your actions on March 4 of this year. An investigation showed you misused state equipment by attempting to access a pornographic web site on a computer at Long Lane. This demonstrates poor judgement on your part.

Your actions were in direct violation of the DCF policy titled "Neglect of Duty." You received a copy of this policy in the Employee Handbook given to you on your first day of employment, February 26, 1999, and it was explained during your orientation on that date. You signed a statement acknowledging you understood you were responsible for knowing the contents of the material you received.

The policy includes the following as part of the definition of neglect of duty:
- theft, willful neglect or misuse of any state funds, time, property, equipment, materials or supplies, and
- any other activity deemed by the Department Administrator to endanger the health, safety or well being of clients or staff.

You have the right to request a Sperl Conference to review this decision. If you wish to do so, you should contact Ms. Wanda Estrella, Human Resources Director, 505 Hudson Street, Hartford, Connecticut 06106, in writing, within ten (10) days of receipt of this letter.

Sincerely,

*Susan Phillips*
Susan Phillips
Human Resource Officer
Labor Relations Unit

cc: Donna Cambria
 John Lachapelle
 Mark Mathieu
 Human Resource file


STATE OF CONNECTICUT
505 HUDSON STREET • HARTFORD, CONNECTICUT 06106-7107
*An Equal Opportunity Employer*

of CHILDREN
and FAMILIES

*Caring for Connecticut's Future*

CERTIFIED MAIL   Z 043 094 017

July 29, 1998

Shawn Carter
296 Taft Ave
Bridgeport, CT 06604

Dear Mr. Carter:

Please be advised that your absence since Monday July 27, 1998 through the present is considered unauthorized leave. In accordance with State Regulation 5-240-3, unauthorized leave for five (5) or more working days is grounds for dismissal.

Upon receipt of this letter you are to contact me immediately to make arrangements to report to my office at 505 Hudson Ave, Hartford CT. My phone number is (860) 550-6490.

We are to discuss your recent arrest, unauthorized use of a state vehicle as well as your unauthorized leave of absence.

Sincerely,

Wanda Estrella
Director, Human Resources

cc: MaryEllen Tatten, R.A. New Haven
    Bernie Uluski, Program Supervisor, Meriden office

STATE OF CONNECTICUT
505 HUDSON STREET • HARTFORD, CONNECTICUT 06106-7107
*An Equal Opportunity Employer*

**DEPARTMENT of CHILDREN and FAMILIES**

*Caring for Connecticut's Future*

Certified Letter #: Z 205 420 465

May 1, 1998

Ms. Kathryn Cook
52 Braeburn Lane
Middletown, Connecticut 06457

Dear Ms. Cook:

This is written confirmation that you are being dropped during your working test period as Buildings and Grounds Patrol Officer, effective May 15, 1998. As you were informed in our meeting of April 30, 1998, this action has been taken due to unsatisfactory performance. Specifically, your actions of April 20, 1998, April 24, 1998 and April 26, 1998 violated security procedures and placed our clients, co-workers and yourself at risk.

As you were also made aware, you have the right to request a Sperl Conference to review this administrative decision. If you wish to do so, you may contact Ms. Wanda Estrella, Human Resource Director 505 Hudson Street, Hartford, Connecticut 06106, in writing within ten (10) days of receipt of this letter.

Sincerely,

Jeanette Perez
Personnel Officer
Labor Relations

JP

cc: R. Brooks
    C. Lachapelle
    File

STATE OF CONNECTICUT
505 HUDSON STREET · HARTFORD, CONNECTICUT 06106-7107
*An Equal Opportunity Employer*