June 12, 1998

Ms. Joanne Cioli, _Cooley_ Social Service Assistant

Dear Ms. Cioli:

This is to inform you that the Agency has decided to drop you in your working test period effect at the close of business on June 26, 1998. From today until that time, you will be placed on paid administrative leave which will serve as your notice.

You have the right to appeal this action via a Sperl conference with the Agency Personnel Administrator if you wish to do so. Her name is Wanda Estrella and her telephone number is 550-6490.

Sincerely,

Charlotte May

Charlotte May, Program Director

cc  Payroll (Sharon C)
    Personnel (Lee A.)
    file



STATE OF CONNECTICUT
(860) 418-8000
250 HAMILTON STREET • HARTFORD, CONNECTICUT 06106
An Equal Opportunity Employer

Oct. 13, 1999

Lisette Cruz
83 Windham St.
Apt. 672
Windham, CT. 06226

Dear Ms. Cruz:

This letter is to confirm that effective today, you are dropped while in your working test period for poor attendance (2.5 days) and an incident of lateness during the three week period you have been employed by this agency.

While I considered your comments
today concerning your illness this past weekend culminating in you being sent home on Saturday and your absence the following day, you were also absent the previous weekend.

If you wish to appeal this action, you may contact the Agency Personnel Administrator, Wanda Estrella at 550-6491 to schedule a Sperl Conference.

Your final paycheck will be sent to the above address. You are required to return all state property in your possession with may include you ID and keys, to the RiverView Hospital business office.

Sincerely,

Lee Askern
Principal Personnel Officer

cc: Gary Zera, DN
    Bob Haxton, Bus. Mgr.
    Mary Simon, PO

# Memorandum

**DATE:** July 21, 1999

**TO:** Thomas Czaja

**FROM:** Debra Ferrara

**RE:** Durational Service

**CC:** Michael Bartolotta, Louis Ando, Mary Simon

This is to inform you of the expiration of the Durational position you have been filling, effective August 26, 1999. Thank you for your services.

# DEPARTMENT of CHILDREN and FAMILIES

March 31, 2000

Mr. Rony G. Delva
70 Baker Street
Bridgeport, Connecticut 06606

Dear Mr. Delva:

This is your official notification that you are being dropped during your working test period as a Social Worker Trainee with the Department of Children and Families effective April 14, 2000, close of business.

This decision was based on your falsification of your application. Specifically, you indicated on your application that you had graduated from the University of Connecticut with a Masters in Social Work. It was determined this information is not accurate.

You will be placed on a paid leave effective March 31, 2000 through April 14, 1999.

You have the right to a Sperl Conference with Ms. Wanda Estrella, Director of Human Resources, (860) 550-6490 to appeal this administrative action. You must request the Sperl Conference within 10 days of receipt of this letter.

Sincerely,

Jeanette Perez
Principal Personnel Officer

Original-Certified Mail #7099 3400 0004 8998 9889
Copy-Regular Mail

JP
cc: Personnel File
    M. Solera
    A. Barr
    L. Palmer
    E. Boria-Cross
    DAS



STATE OF CONNECTICUT
505 HUDSON STREET • HARTFORD, CONNECTICUT 06106-7107
*An Equal Opportunity Employer*

April 14, 2000

Ms. Wanda Estrella
Director of Human Resources
DCF
Hartford, CT 06606

Dear Ms. Estrella:

Per our conversation last week, I have officially resigned effective today due to personal reasons.

It has been a pleasure working for the State of Connecticut for the past few years.

Please send me a package regarding COBRA and any other pertinent information to 70 Baker Street, Bridgeport, CT 06606.

Sincerely,

Rony G. Delva

Enclosure

Please process resignation effective April 14, 2000 —




*of* CHILDREN
*and* FAMILIES

Ca... *g for Connecticut's Future*

Certified Letter #  Z-229-689-999

December 16, 1998

Ms. Betty Desir
35 Marina Village #616
Bridgeport, Connecticut  06604

Dear Ms. Desir:

This is written confirmation that you are being dropped during your working test period as a Clerk Typist, effective December 15, 1998, close of business. As you were informed in our meeting of December 15, 1998, this action has been taken due to your unsatisfactory attendance. You were provided with our attendance policy on your date of hire and counseled by Mr. Ralph Arnone, Program Supervisor on Monday, November 30, 1998. Since your date of hire of October 23, 1998, you have been absent on:

    Monday, October 26, 1998 - 8 hours Leave Without Pay-Personal
    Tuesday, November 10, 1998 - 6 hours -Sick
    Friday, November 20, 1998 - 1 hour Leave Without Pay-Personal
    Tuesday, November 24, 1998 - 8 hours Leave Without Pay-Sick
    Wednesday, November 25, 1998 - 8 hours Leave Without pay-Sick
    Friday, November 27, 1998 - 8 hours Leave Without pay-Sick
    Tuesday December 1, 1998 - 1 hour Leave Without Pay- Personal
    Wednesday December 2, 1998 - 2 hours Leave Without Pay-Personal
    Monday, December 14, 1998 - 8 hours sick

As you were also made aware, you have the right to request a Sperl Conference to review this administrative decision. If you wish to do so, you may contact Ms. Wanda Estrella, Human Resources Director, 505 Hudson Street, Hartford, Connecticut 06106, in writing within ten (10) days of receipt of this letter.

Sincerely,

Jeanette Perez
Personnel Officer
Labor Relations Unit

JP

cc:    M.Solera
        R.Arnone
        D.Lindenmuth
        Personnel File

  STATE OF CONNECTICUT
505 HUDSON STREET • HARTFORD, CONNECTICUT 06106-7107
*An Equal Opportunity Employer*

...FAMILIES
SOUTHWEST REGION

March 17, 2000

Wondreda Dorsey
32 Prospect Street, Apt 15
Norwalk, CT 06850

Dear Ms. Dorsey:

This is to notify you that, effective Friday, March 17, 2000 you are being separated during your initial working test period as a Clerk Typist with the State of Connecticut Department of Children and Families.

This action is predicted on your off-duty conduct which has reflected negatively on your self and the public image of the agency. As a result of your actions, we have no other recourse in this matter but to separate you from state service.

You should also be aware that even though you do not have access to the grievance procedure, you may request and shall be granted an "administrative review" or "Sperl meeting" by contacting Mrs. Wanda Estrella, Director of Human Resources, at 860-550-6490, or in writing at 505 Hudson Street, 8th Floor, Hartford, CT 06106.

Sincerely Yours,

Alexandra Molina MSW
Program Supervisor

/lmc

cc: Personnel File
    Southwest Region Personnel File



STATE OF CONNECTICUT
(203) 348-4294
401 SHIPPAN AVENUE, SUITE #2 • STAMFORD, CONNECTICUT 06902
*An Equal Opportunity Employer*

LONG LANE SCHOOL

January 14, 2000

Mr. John T. Doulette
30 California Street
West Haven, Connecticut 06516

Dear Mr. Doulette:

This will confirm our discussion on January 13, 2000 in which you were advised that the decision has been made to drop you during your working test period from the position of Youth Services Officer at the Department of Children and Families-Long Lane School. Remarks made by you on December 10, 1999 were offensive to staff and contrary to the best interest of the state.

You will be placed on Administrative Leave effective January 12, 2000 through January 27, 2000, close of business.

As you were also advised, you have the right to a Sperl Conference with Ms. Wanda Estrella, Director of Human Resources, (860) 550-6491 to appeal this administrative action. You must request the Sperl Conference within 10 days of receipt of this letter.

Please return any Department of Children and Families property, i.e., identification, access cards to parking or buildings, etc. immediately to:

John Lachapelle
Superintendent
Long Lane School
Long Lane
Middletown, CT 06457

Sincerely,

Jeanette Perez
Principal Personnel Officer

JP
Original sent certified mail # Z 205 420 292
Copy sent regular mail
cc:   Personnel File
      J. Lachapelle
      R. Brooks

STATE OF CONNECTICUT
(860) 344-
P.O. BOX 882 MIDDLETOWN, CONNECTICUT 06457
*An Equal Opportunity Employer*

March 28, 2000

**SENT VIA FACSIMILE AND MAIL**

Wanda Estrella
Director of Human Resources
State of Connecticut
P.O. Box 882
Middletown, Ct 06457

RE:   Position as Youth Services Officer at Long Lane School

Dear Ms. Estrella:

Please be advised that effective this date I am resigning my position at the Long Lane School as a Youth Services Officer.

I wish to continue employment with the State of Connecticut and would like to apply for any other position or vacancy for which I am qualified, including Youth Service Officer. Please advise as to whether the State will accept my resignation and where else I may be of service to the State.

Very truly yours,

John T. Doulette

*[Handwritten notes:]*
Reversal of DWT —
Please resign in good standing
effective 1/28/00
Thank you
Wanda

Transaction completed to reflect resign in good stand sbetts

4/5/00 SB

# DEPARTMENT of CHILDREN and FAMILIES
## HIGH MEADOWS

*Caring for Connecticut's Future*

March 27, 2000                                    Certified Mail 7099 3400 0004 9002 1363

Ms. Charmaine Duby
145 Mulberry Street
Plantsville, Connecticut  06749

Dear Ms. Duby:

This is your official notification that you are dismissed from your position as a Lead Children Services Worker effective March 29, 2000, close of business. This letter confirms the oral notification that was given to you at the conclusion of your Pre-disciplinary Hearing on March 24, 2000. This action is taken for just cause in compliance with your collective bargaining agreement and administrative regulations 5-240-5a and 5-240-8a (b). This action is taken due to your serious misconduct and your failure to comply with management directives not to make toll calls on state telephones.

You stated during the investigatory interview that you did not make the toll calls to Texas. You indicated that after you were directed not to make toll calls on state telephones that you used a 1-800 number to call Texas. You stated that you were not familiar with the number on the bill representing calls to Texas. Your misconduct represents a violation of the following state laws and Department of Children and Families policies:

5-240-1 c 7:  Theft, willful neglect or misuse of any state funds, property, equipment, materials or supplies.
5-240-1 c11: Neglect of duty, or other employment related misconduct.
5-240-1 c13: Engaging in any activity which is detrimental to the best interests of the agency or the state.
DCF: Neglect of duty policy.

On March 24, 2000, a Pre-disciplinary Hearing was conducted with you and your representatives. During this meeting, you were given an opportunity to respond to the charges and evidence against you. You did not provide any information that would mitigate these charges. You asserted that you were under the impression that toll calls lasting less than three minutes would not register. Therefore, due to the seriousness of this matter you are discharged from state service.



STATE OF CONNECTICUT
(203) 281-8300
825 HARTFORD TURNPIKE  •  HAMDEN  •  CONNECTICUT  06517
*An Equal Opportunity Employer*

You have the right to appeal this administrative action in accordance with your collective bargaining agreement.

Sincerely,

Michael Wood
Principal Personnel Officer

Dr. Steven Owen, Superintendent
High Meadows

cc: Personnel File
Alphonso Mims, District 1199 Organizer
Jeffrey Hewett, Assistant Superintendent

**DEPARTMENT of CHILDREN and FAMILIES**

*Caring for Connecticut's Future*

CERTIFIED MAIL Z 539 286 251

July 30, 1999

Ms. Sharana Ebron
6 Kendall Court
Norwalk, Connecticut 06850

Dear Ms. Ebron:

This will confirm our discussion on July 27, 1999, in which you declined to meet to discuss your continued employment with the Department of Children and Families as a Clerk Typist. As you were advised, the decision has been made to drop you during your working test period effective August 5, 1999, close of business. This decision was based on continued performance deficiencies. You will be placed on Administrative Leave effective July 28, 1999 through August 5, 1999.

You have the right to a Sperl Conference with Ms. Wanda Estrella, Director of Human Resources, (860) 550-6491 to appeal this administrative action. You must request the Sperl Conference within 10 days of receipt of this letter.

Please return any Department of Children and Families property, i.e., identification, access cards to parking or buildings, etc. to:

Jeanette Perez
DCF-Human Resources
505 Hudson Street
Hartford, CT 06106

Sincerely,

Jeanette Perez
Principal Personnel Officer

JP

cc:   Personnel File
      K. Kaatz
      M. Hartmann
      D. Brennan
      S. Laffitte



STATE OF CONNECTICUT
505 HUDSON STREET • HARTFORD, CONNECTICUT 06106-7107
*An Equal Opportunity Employer*

# DEPARTMENT of CHILDREN and FAMILIES

*Caring for Connecticut's Future*

RIVERVIEW HOSPITAL
FOR CHILDREN AND YOUTH
March 17, 2000

Mr. Adrian Eleby
210 South Colony Street
Wallingford, Connecticut   06492

Dear Mr. Eleby:

This is your official notification that you are dismissed from your position as a Children Services Worker effective March 17, 2000, close of business. This action is taken for just cause in compliance with your collective bargaining agreement and administrative regulations 5-240-5a and 5-240-8a (b). This action is taken due to your serious misconduct that affects the safety and welfare of our clients and your failure to comply with agency and state laws, policies, and procedures.

The Department of Children and Families Child Abuse and Neglect Hotline Investigations Unit substantiated sexual abuse charges against you as defined in DCF Policy Manual 33-6-14. You subsequently admitted to the Connecticut State Police that on December 19, 1999, you hugged, fondled and digitally penetrated patient J. R. You were subsequently arrested by the Connecticut State Police for Sexual Assault 2nd degree. Your misconduct represents a violation of the following state laws and Department of Children and Families policies:

5-240-1 (c) 4: Offensive or abusive conduct toward the public, co-workers, or inmates, patients or clients of State institutions or facilities.
5-240-1 (c) 8: Deliberate violation of any law, state regulation or agency rule.
5-240-1 (c)11: Neglect of duty, or other employment related misconduct.
5-240-1 (c)13: Engaging in any activity which is detrimental to the best interests of the agency or the state.
DCF: Staff/Family/Child Relationships policy.
DCF: Neglect of duty policy.

On March 17, 2000, a Pre-disciplinary Hearing was scheduled with you and your union representatives. You failed to attend this hearing. In accordance with Section 5-240-7a -c and due to the seriousness of this matter you are discharged from state service. We have included a paycheck in the express mail containing this letter.

STATE OF CONNECTICUT
(860) 704-4000
915 RIVER ROAD, P.O. BOX 2797  •  MIDDLETOWN, CONNECTICUT  06457-9297
An Equal Opportunity Employer

You have the right to appeal this administrative action in accordance with your collective bargaining agreement.

Sincerely,

Michael Wood
Principal Personnel Officer

Dr. Robert Plant
Superintendent, Riverview Hospital

cc: Personnel File
Alfonso Mims, District 1199 Organizer