March 1, 2000

Mr. Scott Ely
246 Washington Avenue
Hamden, Connecticut 06518

Dear Mr. Ely:

This letter is to confirm that your service as a Social Worker Trainee with the Department of Children and Families terminates effective March 16, 2000, close of business. The decision to terminate your service during your working test period rests on poor judgement in which you failed to reveal your arrest on December 2, 1999.

The letter addressed to you dated November 17,1999, states permanent employment is contingent upon successfully completing a working test period. You failed the requirement to successfully complete the working test period. On December 17, 1999, during orientation the Personnel Policy for Arrest or Conviction of an Employee was presented to you and discussed. You had a chance to ask questions of the Human Resources representative who conducted the Orientation Session regarding reporting your recent request. You failed to do so. During another orientation with your immediate supervisor, the same policy was reviewed with you. Once again you failed to ask questions pertaining to reporting your recent arrest.

As part of your application for employment and in accordance with Connecticut General Statutes 54-142g (a), your fingerprints were taken and submitted to the State of Connecticut Department of Public Safety, State Police Bureau of Identification. Criminal history record information regarding your arrest in Hamden, Connecticut on December 2, 1999 was forwarded to Human Resources and received on February 17, 2000. This information was presented to you during a meeting on February 23, 2000.

You stated that you did not mention the arrest because you were fearful about losing your job. You added that your attorney told you not to say anything. When asked if you told the attorney about the policy regarding reporting arrests. You indicated that you did not.

You will receive two weeks administrative leave pay in accordance with state regulations. This will be during the period of March 2 through March 16, 2000.

You have the right to request a Sperl Conference for a review of this decision with the Agency Personnel Administrator within ten (10) days of receipt of this letter. Please contact Ms. Wanda Estrella at telephone number 860-550-6490 to arrange for a Sperl Conference.

Sincerely,

Michael Wood
Principal Personnel Officer
550-6493

cc: Personnel File
Dean Lindenmuth, Personnel Officer
Sal Luciano, AFSCME Council 4 President
Jim Carr, Regional Administrator
Maria Ahearn, Program Director
Barbara Stark, Program Supervisor
Karen Zavatsky, Social Work Supervisor
Payroll Division

DEPARTMENT of CHILDREN and FAMILIES

JOHN G. ROWLAND
Governor

KRISTINE D. RAGAGLIA, Esq.
Commissioner

*Caring for Connecticut's Future*

28 June 1999

The Honorable Nancy A. DeMarinis
896 Shennecossett Road
Groton, CT 06340

re: Edward Fairbanks, Your Letter of 15 June 1999 to Commissioner Ragaglia

Dear Representative DeMarinis:

Thank you for your letter. Mr. Fairbanks resigned 4 June 1999 rather than have the Department terminate his employment. As you know, Mr. Fairbanks misrepresented on his employment application that he did not have any prior criminal convictions. It is the Department's policy if an individual knowingly misrepresents or falsifies information on their application for employment, regardless of their job performance, that we will terminate that individual from state service. I am attaching a copy of our policy for your review.

It is important that the Department treat all employees in a fair and consistent manner. To have treated Mr. Fairbanks any differently would have opened the Department to allegations of preferential treatment. Mr. Fairbanks has been informed that he can apply to the Department for employment in one year, in he so chooses.

Please give me a call if you wish to discuss this matter any further (860.550-6304).

Kind regards,

Lovie D. Bourne
Assistant Commissioner
Administration and Finance

LDB/ml
Attachment

cc: Ms. Wanda Estrella, Director, Human Resources

(U: FAIR6-28)

DEPARTMENT of CHILDREN and FAMILIES
EASTERN REGION

*Caring for Connecticut's Future*

June 3, 1999

Lee Askern
505 Hudson ST.
Hartford, CT.

Dear Mr. Askern;
I am giving you my resignation to you effective June 4, 1999.

Sincerely,
Edward Fairbanks
Edward Fairbanks BSW

STATE OF CONNECTICUT
(860) 886-2641
2 COURTHOUSE SQUARE • NORWICH • CONNECTICUT 06360
*An Equal Opportunity Employer*

April 6, 1999

Ms. Mary Favale
75 Bigelow Road
Hampton, Connecticut 06247

Dear Ms. Favale:

This letter is to confirm that your service as a Social Worker with the Department of Children and Families terminates effective April 6, 1999, close of business. The decision to terminate your service during your working test period rests on poor work performance.

The letter addressed to you dated September 25, 1998, states permanent employment is contingent upon successfully completing a working test period. You failed the requirement to successfully complete the working test period.

You will receive two weeks administrative leave pay in accordance with state regulations.

You have the right to request a Sperl Conference for a review of this decision with the Agency Personnel Administrator within ten (10) days of receipt of this letter. Please contact Ms. Wanda Estrella at telephone number 860-550-6490 to arrange for a Sperl Conference.

Sincerely,

Michael Wood

Michael Wood
Principal Personnel Officer
550-6493

cc: James Carr, Regional Administrator
Patricia Simpson, Program Director
Kim Clarke, Program Supervisor
Gladys Marino, Personnel Officer II
Local 2663
Personnel File
Payroll Division

HAZMAI

DEPARTMENT of CHILDREN and FAMILIES

*Caring for Connecticut's Future*

October 5, 1998

Lynn Ferguson
11 Idaho Drive
Oakdale, CT 06370

Dear Ms. Ferguson:

This will summarize the outcome of our meeting today concerning our allegation that you falsified your employment application as well as another employment related document by claiming that you had never been convicted of a criminal offense. Our fingerprint report did, in fact, indicate a prior recent conviction on drug related charges.

You are, therefore, dropped while in your Working Test Period effective October 19, 1998. During this period, you will be placed on paid administrative leave which will constitute your notice in accordance with the statute requiring notice be given to employees with permanent status.

If you wish to appeal this action, you may request a Sperl conference with the Agency Personnel Administrator, Wanda Estrella.

Sincerely,

Lee Askern
Principal Personnel Officer

cc:file
Charles Lindberg, PD, Norwich
Carol Ganick, PO
Phil Karis, SEBAC

[illegible]

Dear Mr. Fleming:

This is your official notification that you are dismissed from your position as a Social Work Case Aide effective March 17, 1999, close of business. This letter confirms the oral notification that was given to you at the conclusion of your Loudermill Hearing on March 17, 1999. This action is taken for just cause in compliance with your collective bargaining agreement and administrative regulations 5-240-5a and 5-240-8a (b). This action is taken due to your serious misconduct that affects the safety and welfare of our clients and your failure to comply with agency and state laws, policies, and procedures.

On February 19, 1999, a seventeen years old client of this department reported that she and her baby stayed overnight at your house. The client reports that you attempted to kiss and embrace her on your bed. In addition, you utilized a state vehicle for personal use the same weekend. Your conduct represents a violation of the following state laws and general letters and Department of Children and Families policies:

State General Letter Number 115 - Use of state owned vehicles.
State of Connecticut Seat Belt Law.
State of Connecticut Child Restraint Law.
5-240-1 (c) 7: Misuse of state equipment.
5-240-1 (c) 8: Deliberate violation of any law, state regulation or agency rule.
5-240-1 (c)11: Neglect of duty, or other employment related misconduct.
5-240-1 (c)13: Engaging in any activity which is detrimental to the best interests of the agency or the state.
DCF: Staff/Family/Child Relationships policy.
DCF: Neglect of duty policy.

On March 17, 1999, a Loudermill Hearing was conducted with you and your union representatives. During this meeting, you were given an opportunity to respond to the charges and evidence against you. You did not provide any information to that would mitigate these charges. Therefore, due to the seriousness of this matter you were discharged immediately.

You have the right to appeal this administrative action in accordance with your collective bargaining agreement.

Sincerely,

Michael Wood, Principal Personnel Officer
cc: Personnel File

Jim Carr (MO)
Jim Carr, Regional Administrator
Sal Luciano, Local 2663

DEPARTMENT of CHILDREN and FAMILIES

*Caring for Connecticut's Future*

November 19, 1999

CERTIFIED MAIL # Z 229 689 980

Sabrina Glenn-Bulls
380 McClintock Street
new Britain, CT 06053

Dear Ms. Bulls:

This letter is to inform you that you are being dropped during your working test period as a Social Worker Trainee with the Department of Children and Families. This action is being taken based on falsification of your DCF employment application and addendum. The effective date of your drop during working test period is effective November 19, 1999 (close of business).

You may request an administrative review of this action to Wanda Estrella, Human Resources Director, Department of Children and Families, 505 Hudson Street, 8th floor, Hartford, CT, 06106. Your request for an administrative review must be in writing and received by Ms. Estrella no later than 10 calendar days from the effective date of your drop during working test period.

Your final paycheck will be mailed to your home address and you are expected to return all state property prior to your separation.

Sincerely,

Trish Krayeski

Trish Krayeski
Principal Personnel Officer

cc: Leticia Lacomba, Regional Administrator
Chris Lau, Program Director
Personnel File ✓



STATE OF CONNECTICUT

505 HUDSON STREET • HARTFORD, CONNECTICUT 06106-7107

*An Equal Opportunity Employer*

of CHILDREN and FAMILIES

Caring for Connecticut

March 23, 1999

Kimberly Gonzalez
1346 Boulevard
West Hartford, CT 06119

Cert. # P 606 156 544

Dear Ms. Gonzalez:

This is to notify you that effective February 9, 1999, you are terminated from state service for failuring to return from a medical leave of absence more than 5 days after it's expiration (State Regulation 5-248-4).

We mailed you a letter on March 5, 1999 in which you were offered the opportunity for a Loudermill Hearing concerning the issue of your termination but to failed to respond.

You have the right to appeal this decision under the terms of our labor agreement.

Sincerely,

Lee Askern
Principal Personnel Officer

cc: Jean Watson, Program Supervisor
Phil Obregon, PO 2
Sal Luciano, P-2
file

STATE OF CONNECTICUT
505 HUDSON STREET • HARTFORD, CONNECTICUT 06106-7107
An Equal Opportunity Employer

An Equal Opportunity Employer

and FAMILIES

June 15, 1999

Andrea Greenberg
77 Renchy Street
Fairfield, Connecticut 06430

Dear Ms. Greenberg:

This will confirm your oral notification on June 15, 1999 that your are being dropped during your initial working test period as a Social Worker Trainee with the Department of Children and Families effective June 29, 1999, close of business. You will be placed on administrative leave effective June 15 through June 29.

This decision was made based on performance deficiencies, specifically in the areas of quantity and quality of work, and judgment as outlined in supervisory conferences and the Performance Appraisal issued to you on June 15, 1999.

You have the right to request a Sperl Conference for a review of this administrative decision with the Ms. Wanda Estrelia, Director of Human Resources within ten (10) days of receipt of this letter.

If you have not already done so, please return all Department of Children and Families property and your identification badge to your supervisor immediately.

Sincerely,

Jeanette Perez
Principal Personnel Officer
(860) 550-6488

JP

cc: File
M.Solera
J.Kallen
D.Hamilton




505 HUDSON STREET • HARTFORD, CONNECTICUT 06106-7107

*An Equal Opportunity Employer*



DEPARTMENT of CHILDREN and FAMILIES

REGION IV

*Caring for Connecticut's Future*

February 14, 2000

Ms. Marta Guzman
DCF – Hartford office
Hartford, CT 06106

Dear Ms. Guzman:

This letter is to inform you that you are being dismissed from State Service for just cause in accordance with State Regulation 5-240-3 (b) 13. The effective date of your dismissal is February 28, 2000 (close of business).

During an agency investigation, you admitted to lying under oath during a court proceeding (C case) on November 1, 1999 and November 2, 1999 while in your official capacity as a DCF Social Worker. These actions are unacceptable and will not be tolerated.

Secondly, you admitted to placing a three-way telephone call for the Respondent father in the C case (who was incarcerated in a CT correctional facility) from your home to his girlfriend. This demonstrates poor judgment, especially since you placed the call from your home telephone.

You will be placed on Administrative Leave with Pay effective February 14, 2000 through February 28, 2000 (close of business).

You must immediately return any DCF property and/or identification(s) in your possession to your Program Supervisor.

You have the right to appeal this action in accordance with your collective bargaining agreement.

Sincerely,

Leticia Lacomba, MSW
Regional Administrator

Employee's signature Date 2/14/00

Steward

cc: Personnel File
Sal Luciano, Union President

DEPARTMENT of CHILDREN and FAMILIES
LONG LANE SCHOOL

Caring for Connecticut's Future

March 23, 2000

Mr. Paul Harper
75 Shepard Street
New Haven, Connecticut 06511

Dear Mr. Harper:

This letter is written confirmation that you are being dismissed from State service as a Youth Services Officer at Long Lane School effective April 3, 2000, close of business. This action is being taken for just cause and is in compliance with Connecticut Administrative Regulations 5-240 and your Collective Bargaining Agreement.

On December 5, 1999, a resident of Long Lane School stated that you subjected him to physical abuse while escorting him to the isolation room. Administrative and Special Review Unit investigations were conducted. Both investigations resulted in substantiation of the allegation.

Your actions on December 5, 1999, violated Connecticut Administrative Regulations 5-240-1a.(c) 4: Offensive or abusive conduct toward the public, co-workers, or inmates, patients or clients of State institutions; 13: Engaging in any activity which is detrimental to the best interests of the Agency or of the State; and Department of Children and Families Staff/Child/Family Relationships Policy 7-4-3.5.

Consistent with Connecticut Administrative Regulations 5-240, you were afforded an opportunity to respond to these charges at the Loudermill Conference held on Monday, March 20, 2000, with your representatives, James French, James Maletta and Anthony Gaunichaux. No mitigating information was provided. Therefore, at this time, you were advised that you would be discharged from State service.

You must immediately return your employee identification and any other DCF property via mail to my attention at Long Lane School, P.O. Box 882, Middletown, CT 06457.

You have the right to appeal this action in accordance with your Collective Bargaining Agreement.

Sincerely,

John D. Lachapelle
Superintendent

Original – Cert. Mail # Z163[illegible]63
Copy–Regular Mail
pc: R. Brooks
S. Luciano–Cert. Mail # Z163197682
Personnel File

May 13, 1998

Mr. William Hazel
DCF Bridgeport Regional Office
3885 Main Street
Bridgeport, Connecticut 06606

Dear Mr. Hazel:

This letter is to confirm that your service as a Social Worker with the Department of Children and Families terminates effective May 27, 1998, close of business. The decision to terminate your service during your working test period rests on violations of agency policy regarding Acts of Discrimination and Sexual Harassment and Neglect of Duty, specifically, in the area of poor judgement. You will receive two weeks pay in accordance with state regulations.

These violations were identified for you during an interrogation conducted on Wednesday, April 22, 1998, and repeated at today's meeting. The violations and episodes of poor judgement include making offensive and derogatory statements about a co-worker to other staff. Among the statements made by you according to accounts from witnesses include referring to the co-worker as a "dog,""a f..... fat pig, that's why her husband left her."

Therefore, termination of your service is appropriate. You have the right to request a Sperl Conference for a review of this decision with the Agency Personnel Administrator within ten (10) days of receipt of this letter.

Sincerely,

Michael Wood
Personnel Officer II
550-6493

cc: Andrea Routh, Regional Administrator
Adrienne Barr, Program Supervisor
Jacqueline McBride, Social Work Supervisor
Sal Luciano, Local 2663 President
Leonard LaLuna, ASFCME Staff Representative
Personnel File

DEPARTMENT of CHILDREN and FAMILIES
NORTH CENTRAL REGION

Caring for Connecticut's Future

January 6, 2000

Ms. Anita Heaven
69 Winchester Street
Hartford, CT 06112

Dear Ms. Heaven:

This letter is to inform you that you are being dropped during your working test period as a Clerk Typist with the Department of Children and Families effective January 6, 2000 close of business. This action is being taken based on your unauthorized leave and your tardiness.

A medical certificate was required to substantiate your absence on December 16, 1999 and your tardiness has been ongoing with six days in excess of five minutes per occasion: (12/16 – 15 minutes; 12/17 – 28 minutes; 12/20 – 13 minutes; 12/27 – 7 minutes; 1/3 – 10 minutes and 1/6–7 minutes).

Both of these issues were discussed with you in a meeting on December 28, 1999 between Patricia Krayeski, -Human Resources, Steffanie Leensvaart-Unit Supervisor and yourself.

You may request an Administrative Review of this action to Wanda Estrella, Agency Personnel Administrator, Department of Children and Families, 505 Hudson Street, 8th Floor, Hartford, Connecticut 06106. Your request for an Administrative Review must be in writing and received by Ms. Estrella no later than 10 calendar days from the effective date of your drop during your working test period.

Your final paycheck will be mailed to your home address and you are expected to return all State property prior to your separation.

Sincerely,

Susan Bombardier

Susan Bombardier
Program Director

Cc: Leticia Lacomba, Regional Administrator
Patricia Krayeski, Human Resources
Steffanie Leensvaart, Unit Supervisor
Personnel File



STATE OF CONNECTICUT
(860) 533-3600
MANCHESTER PARKADE • 364 WEST MIDDLE TURNPIKE
MANCHESTER, CONNECTICUT 06040
An Equal Opportunity Employer

DEPARTMENT of CHILDREN and FAMILIES

*Caring for Connecticut's Futu*

January 12, 2000

Lance Henson
113 Summitwood Drive
Norwich, Ct 06030

Dear Mr. Henson:

This letter is to confirm that you are dropped from your working test period effective January 11, 2000. As we discussed, the reasons included various performance related issues and the fact that you were several days late in returning from your vacation.

As you requested, I am enclosing an application for you to complete to claim the retirement contributions you have made to the state.

In addition, we have available continued health insurance, however, you would need to pay the entire group rate plus an administrative fee. Since you selected an HMO, which has a define network of providers, except for emergences and you told me you're moving back to Missouri, you may not wish to pursue this. If you do, call payroll at 550-6412. In either case, your present coverage will continue until the end of February.

If you wish to appeal the working test period drop, you may contact the Agency personnel Administrator, Wanda Estrella at 550-6492 for a Sperl conference.

Sincerely,

Lee Askew
Prin. Personnel officer

cc: file
payroll
Carol Ganick

