# DEPARTMENT of CHILDREN and FAMILIES

*Caring for Connecticut's Future*

Emilio Hernandez
306 Victoria Rd.
Hartford, CT 06114

June 14, 1999

Dear Mr. Hernandez:

This letter is to inform you that effective this date, you are terminated from state service for misrepresenting your employment application.

You indicated on the above form as well as another agency form, that you had not been previously convicted of criminal charges. An FBI fingerprint check indicated a prior conviction for which you were placed on probation after serving a suspended sentence.

In addition, in reviewing the facts of the case, we noticed the INS 'green' card indicated your authorization to work in this country expired in 1997. You claimed you had a new 'green' card allowing you to work at present. You failed to produce this card claiming that you lost it. You were given the opportunity to provide a letter from INS which you said would corroborate your claim to legal alien status, however you failed to do that as well.

Sincerely,

*[signature]*

Prin. Personnel Officer

CC: file
    Oliver Clark

STATE OF CONNECTICUT
505 HUDSON STREET • HARTFORD, CONNECTICUT 06106-7107
*An Equal Opportunity Employer*

of CHILDREN
and FAMILIES

May 6, 1999 REVISED

Certified Mail

Ms. Paula Hobson
15 Franklin Street
New London, Connecticut  06320

Dear Ms. Hobson:

This is your official notification that you are dismissed from your position as a Social Worker effective April 27, 1999, close of business. This letter confirms the oral notification given to you at the conclusion of your Loudermill Hearing on April 27, 1999. This action is taken for just cause in compliance with your collective bargaining agreement and administrative regulations 5-240-5a and 5-240-8a (b). This action is taken due to your serious misconduct regarding your falsification of case records (narratives). Falsification of case records (narratives) is detrimental to the best interests of the agency and the state. In addition, you failed to see the high risk child (ages' zero to five) in accordance with agency policy.

On April 6, 1999, an interrogation was conducted regarding home visits to client K.W. and her one year old daughter. The interrogation focused on home visits on the following dates; February 19, February 25, March 5, March 10 and March 16, 1999. Case narrative entries are made in the case record pertaining to the visits on the dates listed above. The client in a sworn affidavit indicates that you did not visit her at her home on the dates listed above.

Your conduct represents a violation of the following state administrative regulations and Department of Children and Families policy:
5-240-1 (c) 8: Deliberate violation of any law, state regulation or agency rule.
5-240-1 (c) 11: Neglect of duty, or other employment related misconduct.
5-240-1 (c) 13: Engaging in any activity which is detrimental to the best interests of the agency or the state.
DCF: Neglect of Duty policy.

On April 27, 1999, a Loudermill Hearing was conducted with you and your union representatives. During this meeting, you were given an opportunity to respond to the charges and evidence against you. You maintained that the home visits were made by you on the dates listed above. You did not provide any information that would mitigate these charges. Therefore, due to the seriousness of this matter you were discharged immediately.

You have the right to appeal this administrative action in accordance with your collective bargaining agreement. You will receive two weeks additional administrative leave pay effective April 28, 1999.

Sincerely,

Michael Wood

Michael Wood, Principal Personnel Officer
cc: Personnel File, K. Kemper - R.A. - A. Donis - P.S. - Sal Luciano - Local 2663

STATE OF CONNECTICUT

505 HUDSON STREET • HARTFORD, CONNECTICUT 06106-7107
*An Equal Opportunity Employer*

*of* CHILDREN  
*and* FAMILIES

Cari.. for Connecticut's Future

LONG LANE SCHOOL

November 8, 1999

Ms. Nicole Horsford  
472 Gramatan Avenue, Apt 4T  
Mount Vernon, New York 10552

Dear Ms. Horsford:

This will confirm our discussions on November 5 and 8, 1999 regarding your employment with the Department of Children and Families as a Social Worker. As you were advised, the decision has been made to drop you during your working test period effective November 29, 1999 close of business. You will be placed on Administrative Leave from November 8 through November 29, 1999.

This decision was based on your less than acceptable attendance. Since your date of hire of July 16, 1999 you have been absent or late as follows:

| Date | Hours |
|---|---|
| Thursday, August 5, 1999 | 7 hrs. Leave without pay-Sick |
| Thursday, August 19, 1999 | 7 hrs. Leave without pay-Sick |
| Friday, August 20, 1999 | 8 hrs. Leave without pay-Personal |
| Thursday, September 2, 1999 | 3 hrs. Leave without pay-tardy |
| Friday, September 3, 1999 | 2 hrs. Leave without pay-tardy |
| Friday, September 10, 1999 | 4 hrs. Leave without pay-Dr. Appoint. |
| Friday, October 29, 1999 | 8 hours Sick |
| Wednesday, November 3, 1999 | 1.5 hours tardy |
| Friday, November 5, 1999 | 8 hours Sick |

Our attendance policy was shared with you on July 16 and September 2, 1999. Your tardiness has caused your absence to mandatory training on three occasions. On September 2, 1999 you were counseled by your supervisor on this issue. Your tardiness again cause your absence from mandatory training on September 3 and November 3, 1999.

As you were also advised, you have the right to a Sperl Conference to appeal this administrative decision. If you wish to request a Sperl conference, you must do so within 10 days of receipt of this letter. Please contact:

Ms. Wanda Estrella  
Director of Human Resources  
Department of Children and Families  
505 Hudson Street, Hartford, Connecticut 06106  
(860)-550-6491

Sincerely,

Jeanette Perez  
Principal Personnel Officer

Original Certified Mail #Z 384 588 595  
Copy - Regular Mail  
cc: File  
    Payroll  
    M. Solera  
    A. Barr

STATE OF CONNECTICUT  
(860) 344-  
P.O. BOX 882 MIDDLETOWN, CONNECTICUT 06457  
*An Equal Opportunity Employer*

**DEPARTMENT of CHILDREN and FAMILIES**                    *Caring for Connecticut's Future*

September 21, 1998

Carlene Jones
21 Bellflower Road
Windsor, CT 06095

Dear Ms. Jones:

This letter is in regards to my review of the issues that lead to your drop during the working test period from your position of Social Worker with the Hartford Region.

I have considered the information you provided during your Sperl Conference and have discussed this matter with regional management as well as my superiors. From this review I have determined that due to the serious nature of the issues that lead to your drop on a working test period, this action is appropriate and warranted.

Should you have questions or further concerns please contact me at 550-6490.

Sincerely,

Wanda Estrella
Director, Human Resources

WE/mc

cc:   file


STATE OF CONNECTICUT
505 HUDSON STREET • HARTFORD, CONNECTICUT 06106-7107
*An Equal Opportunity Employer*

**DEPARTMENT
of CHILDREN
and FAMILIES**
EASTERN REGION

*Caring for Connecticut's Future*

CERTIFIED


RECEIVED
APR 25 2000
SOUTHEASTERN MENTAL
HEALTH AUTHORITY

April 20, 2000

R. Gail Kusek
617 Boswell Ave.
Norwich, CT 06360

Dear Ms. Kusek:

This is to inform you that effective April 19, 2000, you are terminated from state service for violation of Executive Order No. 16 and DCF Policy 7-6-1.2. which are identified as Violence in the Workplace Prevention policies.

On March 22, 2000, you approached another employee engaged in copying documents and you stated, "get the fuck out of the fucking way or I'll fucking kill you."

The subsequent investigation revealed you have made other threatening or hostile statements to staff as well. In addition, you were suspended in June, 1998 for creating a hostile work environment relative to comments made to staff.

You are hereby removed from your paid administrative leave and your two-week notice is incorporated into the paid leave of absence you have been on since March 23, 2000.

You have the right to appeal this action under the terms of our labor agreement.

Sincerely,

*Karl Kemper*

Karl Kemper
Regional Administrator

CC: Gayle Hooker, AFSCME
     DCF Human Resources.

STATE OF CONNECTICUT
(860) 886-2641
2 COURTHOUSE SQUARE • NORWICH • CONNECTICUT 06360

February 10, 2000

Mr. James Masi
22 Scott Street
East Hartford, Connecticut   06118

Dear Mr. Masi:

This letter is to confirm that your service as a Social Worker Trainee with the Department of Children and Families terminates effective February 24, 2000, close of business. The decision to terminate your service during your working test period rests on poor work performance and failure to follow supervisory directives and instructions.

The letter addressed to you dated September 29, 1999, states permanent employment is contingent upon successfully completing a working test period. You failed the requirement to successfully complete the working test period.

You will receive two weeks administrative leave pay in accordance with state regulations. This will be during the period of February 10 through February 24, 2000.

You have the right to request a Sperl Conference for a review of this decision with the Agency Personnel Administrator within ten (10) days of receipt of this letter. Please contact Ms. Wanda Estrella at telephone number 860-550-6490 to arrange for a Sperl Conference.

Sincerely,

*Michael Wood* (signature)

Michael Wood
Principal Personnel Officer
550-6493

cc:   Personnel File
      Dean Lindenmuth, Personnel Officer
      Sal Luciano, AFSCME Council 4 President
      Jim Carr, Regional Administrator
      Maria Ahearn, Program Director
      Rita Pelaggi, Program Supervisor
      Karen Zavatsky, Social Work Supervisor
      Payroll Division

# DEPARTMENT of CHILDREN and FAMILIES

*Caring for Connecticut's Future*

Jan. 28, 1999

Buezeda Massa
206 Laura Blvd.
Norwich, 06360

Dear Ms. Massa:

This is to inform you that effective close of business this date, you are dropped from your Working Test Period.

Through our recruitment, we make an effort to match employees to postions in which they will be come successful. It appeared to the agency, in your case, that your talents were not contributing towards the satisfactory performance of your Social Worker Trainee position.

You will be given the opportunity to continue your health insurance under the provisions of the COBRA act. Our payroll department will mail you separate information concerning this.

In addition, you may appeal this action via a Sperl conference with the Agency Personnel Administrator, Wanda Estrella. Her telephone number is 550-6492.

Sincerely,

Lee Askern
Principal Personnel Officer

STATE OF CONNECTICUT
505 HUDSON STREET • HARTFORD, CONNECTICUT 06106-7107
*An Equal Opportunity Employer*



Dear Ms. McFarlane:

This letter is to inform you that your are being dropped from your Working Test Period effective today at the close of business for falsifying your application..

During the interview process you signed two statements pertaining to criminal arrests: one served as your certification that you have not plead guilty nor been found guilty of an offense against criminal law. In the other statement you denied that you have ever been convicted of an offense against criminal law. In addition, the Employment Specialist verbally informed you of the meaning of the above statements. Your signature below the statements indicated you were aware that deliberate falsification or misstatement of fact with respect to the application would subject you to termination.

We have recently received an FBI report indicating your arrest by the Windsor PD. That agency confirmed that you had paid a fine following a conviction for creating a public disturbance.

If you wish to appeal this decision, you may request a Sperl conference with the Agency Personnel Administrator, Wanda Estrella at 550-6492.

Sincerely,



L/AC/km

cc: Mary Simon
    Robert Haxton
    file

STATE OF CONNECTICUT
505 HUDSON STREET · HARTFORD, CONNECTICUT 06106-7107
*An Equal Opportunity Employer*

DEPARTMENT
of CHILDREN
and FAMILIES

*Caring for Connecticut's Future*

CERTIFIED MAIL  7099 3400 0009 5015 9179
April 20, 2000

Mr. William McNeilly
254 Kimberly Avenue
Suite 194
New Haven, Connecticut  06519

Dear Mr. McNeilly:

This is your official notification that you are dismissed from your position as a Social Work Case Aide effective April 18, 2000, close of business. This action is taken for just cause in compliance with your collective bargaining agreement and administrative regulations 5-240-5a and 5-240-8a (b). This action is taken due to your failure to return to work or contact the agency regarding the status of your ability to return to work in accordance with the DCF attendance policy. The agency last received information regarding your ability to return to work on October 27, 1999.

On April 18, 2000, a pre-disciplinary hearing was conducted. You failed to appear or call to indicate that you would not appear. Your union representative indicated that you were aware of the hearing and advised to attend. The letter sent to you dated March 30, 2000, indicated in the event you decline this opportunity to provide additional information or fail to attend the pre-disciplinary hearing, the agency would deem that you waived your pre-disciplinary rights and make a determination based upon the evidence currently available.

Your dismissal from state service is based on the following violations of state administrative regulations and agency policy:
5-240-1a c (8):  Deliberate violation of any law, state regulation or agency rule.
5-240-1a c (9):  Absence without leave for five or more working days or failure to return to duty within five working days following authorized leave.
5-240-1a c (11):  Neglect of duty, or other employee related misconduct.
DCF: Neglect of Duty policy and Attendance policy.

You have the right to appeal this administrative action in accordance with your collective bargaining agreement.

Sincerely,

Michael Wood
Principal Personnel Officer
Cc: Personnel File – J. Carr – R.A. – M. Ahearn – P.D. – G. Stewart – S. Luciano (Local 2663

STATE OF CONNECTICUT
505 HUDSON STREET • HARTFORD, CONNECTICUT  06106-7107
*An Equal Opportunity Employer*

# DEPARTMENT of CHILDREN and FAMILIES

*Caring for Connecticut's Futu*

REGION IV

November 16, 1999

Alexis Mitchell
DCF - Manchester sub-office
Manchester, CT 06040

CERTIFIED MAIL
Z 229 689 979

Dear Ms. Mitchell:

This letter is to inform you that you are being dismissed from your position as a Social Worker in the Department of Children and Families effective November 30, 1999 (close of business). This action is taken for just cause and is in compliance with State Regulation 5-240-3 (b) 5.

You received your first unsatisfactory service rating on October 1, 1998. On May 15, 1999, you received a second unsatisfactory service rating and were informed that two successive unsatisfactory service ratings may be grounds for dismissal from State Service. You were also informed that you would be evaluated again when your annual service rating was due, in order to give you the opportunity to demonstrate improvement. On September 29, 1999, you received a third unsatisfactory service rating.

You will be placed on Administrative Leave with Pay effective November 16, 1999 through November 30, 1999 (close of business).

You must immediately return any DCF property and/or identification(s) in your possession to your Program Supervisor.

You have the right to appeal this action in accordance with your collective bargaining agreement.

Sincerely,

Leticia Lacomba
Regional Administrator

Employee's signature                  Date 11/16/99

cc: Personnel File
    Sal Luciano, Union President

STATE OF CONNECTICUT
(860) 418-8000
250 HAMILTON STREET • HARTFORD, CONNECTICUT 06106
*An Equal Opportunity Employer*

March 17, 2000     Certified Mail Z 519 159 123

Mr. Marlowe Mitchell
33 Roxbury Street
Hartford, Connecticut 06106

Dear Mr. Mitchell:

This is your official notification that you are dismissed from your position as a Children Services Worker effective March 15, 2000, close of business. This letter confirms the oral notification that was given to you at the conclusion of your Pre-disciplinary Hearing on March 15, 2000. This action is taken for just cause in compliance with your collective bargaining agreement and administrative regulations 5-240-5a and 5-240-8a (b). This action is taken due to your serious misconduct that affects the property of state employees and your failure to comply with agency and state laws, policies, and procedures.

You admitted during the investigatory interview that you used the personal cellular phone of a co-worker on February 2, 2000 without permission. You deny that you took the cellular phone out of the pocketbook of the co-worker. You claim that the cellular telephone was left on the floor of the locker room when you used it. You claim that you placed the cellular phone back on the locker room floor. Your misconduct represents a violation of the following state laws and Department of Children and Families policies:

5-240-1 (c)11: Neglect of duty, or other employment related misconduct.
5-240-1 (c)13: Engaging in any activity which is detrimental to the best interests of the agency or the state.
DCF: Neglect of duty policy.

On March 15, 2000, a Pre-disciplinary Hearing was conducted with you and your representatives. During this meeting, you were given an opportunity to respond to the charges and evidence against you. You did not provide any information that would mitigate these charges. You asserted that the co-worker should have come to you and advise you not to use the personal cellular telephone. You were advised at the Pre-disciplinary Hearing that your responses to the investigation were not credible and inconsistent. Therefore, due to the seriousness of this matter you are discharged from state service.

CONNECTICUT CHILDREN'S PLACE
formerly the State Receiving Home
36 GARDNER STREET • EAST WINDSOR, CT 06088
PHONE: (860)-292-4000 • FAX: (860)-623-1157
INTAKE FAX: (860)-292-4066

*An Equal Opportunity Employer*


REGION IV

April 7, 2000

Tamara Morton, Social Worker
DCF – Manchester sub-office
Manchester, CT 06040

Dear Ms. Morton:

This letter is to inform you that you are being dismissed from State Service in accordance with Item #14 of your May 6, 1999 Stipulated Agreement. Specifically, Item #14 states: "In signing this Agreement, the Grievant acknowledges that if she is absent and/or tardy on 6 occasions (cumulative) she will be subject to a written reprimand. If she is absent and/or tardy on 12 occasions (cumulative) within the 6 month period she may be subject to immediate dismissal. If her cumulative absences/lateness exceed 18 occasions at any time during 1 year period she will be summarily dismissed".

On December 2, 1999, you received a written reprimand in accordance with Item #14 of your Stipulated Agreement. Since the issuance of the December 2, 1999 written reprimand, your occasions of tardiness and absences from work exceed the amount of occasions outlined in your Stipulated Agreement.

You will be placed on Administrative Leave with Pay effective April 10, 2000 through April 24, 2000 (close of business).

You must immediately return any DCF property and/or identification(s) in your possession to your Program Supervisor.

You have the right to appeal this action in accordance with your May 6, 1999 Stipulated Agreement.

Sincerely,

Leticia Lacomba, MSW
Regional Administrator

_____  4-7-00
Employee's signature        Date

cc:   Personnel File
      Sal Luciano, Union President

STATE OF CONNECTICUT
(860) 418-8000
250 HAMILTON STREET • HARTFORD, CONNECTICUT 06106
*An Equal Opportunity Employer*

**DEPARTMENT of CHILDREN and FAMILIES**

*Caring for Connecticut's Future*

August 17, 1998

Sonia Nelson
6 Clover Lane
Bloomfield, CT 06002

Dear Ms. Nelson:

This letter is to confirm that effective August 14, 1998, you are dropped from your Working Test Period.

At our meeting on that date, you were informed of our concern of misinformation communicated to the training supervisor. If view of that event, we decided it was in the best interest of our agency to discontinue our employment relationship.

You were also informed that if you wish to appeal this action, you could do so via requesting a Sperl conference with the agency personnel administrator, Wanda Estrella.

Sincerely,

Lee Askern
Principal Personnel Officer

CC: Sharon Corey, Payroll
    Phil Obregon, Personnel
    Charlotte May, North Central
    File ✓

STATE OF CONNECTICUT
505 HUDSON STREET • HARTFORD, CONNECTICUT 06106-7107
*An Equal Opportunity Employer*

August 17, 1999

Mr. David Nobili
Social Worker Trainee
New Haven Regional Office
One Long Wharf
New Haven, Connecticut

Dear Mr. Nobili:

This letter confirms that the Department of Children and Families terminates your employment effective August 17, 1999, close of business. The decision to drop you during your working test period rests on job elements that you have not performed satisfactorily.

During a meeting today, documentation and evidence was presented indicating that your performance was less than good in the following areas: knowledge of work, quantity of work, quality of work, ability to learn new duties, cooperation and judgement.

Information was presented at the meeting indicated that during a pre-employment interview in February, 1999, with Training Supervisors, you stated that the accommodation needed for your learning disability (Dysgraphia with partial Gustermens Syndrome) were a computer with spellcheck.

You indicated today that you have difficulty transposing information from one format to another. A review of work that you completed indicated that this is not the case. You have a total of seven cases in which you are required to update narratives in five of the seven cases. This is indicative that this is not a good match for a protective service social worker with the Department of Children and Families.

You have the right to request a Sperl Conference for a review of this decision with the Agency Personnel Administrator, Wanda Estrella, within ten days of receipt of this letter. Ms. Estrella can be reached at telephone number 860-550-6490. You will be paid two weeks of administrative leave.

Sincerely,

Michael Wood
Michael Wood
Principal Personnel Officer

cc: Personnel File - Jim Carr, Regional Administrator - Maria Ahearn, Program Director - Rita Pelaggi, Program Supervisor - Dean Lindenmuth, Employment Specialist

# DEPARTMENT of CHILDREN and FAMILIES

*Caring for Connecticut's Future*

Kate Nicolletta
243 Woodbury Circle
Middletown, CT 06457

October 23, 1998

Dear Ms. Nicolletta:

This will confirm our offer of employment with the Department of Children and Families as a Youth Services Officer, effective Friday, November 6, 1998, at a biweekly salary of $1264.64 based on 80 hours bi-weekly. As you are aware this offer is contingent upon successful completion of a pre-placement physical examination and drug screen and on our findings following the completion of the LINK Check which has been discussed with you previously. In addition, your permanent appointment to this position is also contingent upon successfully completing a working test period. Enclosed find the LINK Check Form and self-addressed envelope. You must immediately complete the LINK Check Form in its entirety, sign and date the form and return it in the enclosed envelope. The return envelope must be postmarked within five (5) working days from the date of this letter and received in our office by October 28, 1998. Failure to do so will result in the Department's rescinding our offer of employment to you.

The Physical examination includes a general physical exam, a urinalysis drug screen and a two (2) step TB mantoux test which is repeated approximately two (2) weeks after the initial test. The Department has contracted with the Industrial Health Care Company (IHC) to perform the exams. It will be necessary for you to return to IHC within 48-72 hours to have the Mantoux test interpreted. Your physical exam and drug screen will be scheduled for you. A Photo I.D. is required. Human Resources will be in contact with you by phone to let you know the date, time and location of your appointment. It is your obligation to contact Sabrina Betts (one week prior to your start date) in Human Resources at 550-6484 if you don't hear from us confirming the scheduling of your Pre-employment Physical. Directions are enclosed. If you need to reschedule, it is your responsibility to contact Industrial Health Care at least 24 hours in advance of your scheduled appointment and to contact Sabrina Betts to notify the Department of Children and Families of the change in appointment. Please note, if delaying your physical examination makes it necessary to change your effective date of employment, I will contact you.

Please report to the Department of Children and Families - Human Resources Division, 505 Hudson Street, 8th Floor, Hartford, Connecticut, on Friday, November 6, 1998, at 8:00 a.m., for new employee sign-up. This process consists of completion of forms for payroll processing, fingerprinting and having your ID picture taken. It will be necessary for you to bring a <u>copy</u> and the <u>original</u> of the following to your new employee sign-up:

1) Your driver's license;
2) Your social security card;
3) The social security number for any dependents to be covered on your health insurance;
4) The social security number for the beneficiary of your retirement plan;
5) Any current medical insurance information; and
6) Any occupational licenses or proof of educational credentials (copy of diploma or official course transcript) that you have claimed on your application, if you have not already provided these during the recruitment process.

To facilitate the new employee sign-up process, I have enclosed some forms for you to complete and bring with you (instructions are included). Also, please review the enclosed information on the insurance plans available to you as a State employee. You will be selecting your benefits at sign-up. At the conclusion of the sign-up process, you will report to George Glowa, at our Long Lane School.

As you are aware from our previous discussion, the Department of Children and Families maintains a policy of verifying the information presented to us on your application for employment and during subsequent interviews. All offers of employment, therefore, are conditional upon these verification procedures. Normally, such procedures are completed within three (3) months of date of hire.

If you have any questions regarding your provisional appointment, please feel free to contact me at 550-860-550-6483. We look forward to having you join our staff.

Sincerely,

Ann Mikulak
Employment Specialist

Enclosures
A.M.
cc:   John Lachapelle
      Hamish DeWilde ✓
      George Glowa
      Business Office - Cindy Butterfield
      Payroll - Dennis Ravenelle
      Personnel File - Kate Nicolletta

STATE OF CONNECTICUT
505 HUDSON STREET • HARTFORD, CONNECTICUT 06106-7107
*An Equal Opportunity Employer*