



Excite Home |



Click Here!

Music Fans Unite in Clubs! Backstreet Boys | Christian Rock | Christina Aguilera | Rap & Hip-Hop

**Hi mch1005!**
Update Profile
Sign Out

**Message 2 of 255**

Delete message or move to Drafts   Move   Inbox | <Prev Next>

**Controls**
Back to Inbox
Compose Message
Empty Trash

Download   Reply   Reply All   Forward

Date: Wed, 08 Mar 2000 11:50:00 PST
From: RWhilby@aol.com [Add to Address Book]
To: mch1005@excite.com
Subject: Fwd:

[Show full headers]

**Folders:**
Inbox

Address Book
Storage Limits
Notices
Preferences
Help

*Forwarded Message:*
From: SHENEANE@aol.com
Date: Wed, 23 Feb 2000 18:34:24 EST
Subject: Fwd:
To: JAMAI91932@aol.com, fec@hamillassociates.com, IBrown@ClaytonGroup.com, Catrina.Wright@travelers.com, Shirleyd@us.ibm.com, RWhilby@aol.com, Morris_Davis@candle.com, lmathis@medspan.com, ArnumE@aetna.com, BigShug2k@aol.com, Williams@tlpeast.com

**Partners**
iPrint.com
Talking Email

You Go Boy!

*Forwarded Message:*
From: "DuPree, Machelle" <DuPreeM1@aetna.com>
To: "'sheneane@aol.com'" <sheneane@aol.com>, "'rbell@medspan.com'" <rbell@medspan.com>, "Harvey, Shawna" <HarveyS@aetna.com>, "'aisha.smith@olstenhs.com'" <aisha.smith@olstenhs.com>, "Abrams, Renaultta" <AbramsR@aetna.com>, "Spyke, Andrea" <SpykeA@aetna.com>, "Michaels, Dionne" <MichaelsD@aetna.com>, "Steir, Litisha" <SteirL@aetna.com>
Subject:
Date: Wed, 23 Feb 2000 11:49:06 -0500

**Shortcuts**
Calendar
People Finder
Send a Card
Yellow Pages
Chat + Voice
Maps/Directions
Photo Center

*[handwritten: ON TWG TIME?]*

>
> > > I just thought I would let you all know that I wrote a response to
>the
> > > letter in Sister 2 Sister magazine concerning black men dating white
> > > women.
> > > The woman in the letter was very degrading to black women concerning
>their
> > > men. So, as a black man, I thought it was my responsibility to
>respond

http://inbox.excite.com/ExciteMail/message/rs=33018;aff=6ACEDC35;ck=189.../1863.htm   03/08/2000

EXHIBIT NO. 3

>to
> > > the letter since it was addressed to us.
> > >
> > > So, read the letter below first if you haven't already, then read the
> > > response. I will be sending it in to S2S magazine today.
> > >
> > > Much love
> > >
> > >
> > > This letter was written in an article in the
> > > Sister 2 Sister
> > > magazine (January 2000 issue).
> > >
> > > Dear Jamie,
> > > I'm sorry but I would like to challenge some of
> > > your Black male readers.
> > > I am a White female who is engaged to a Black
> > > male-good-looking,
> > > educated and loving. I just don't understand a
> > > lot of Black females'
> > > attitudes about our relationship. My man decided
> > > he wanted me because
> > > the pickings amongst Black women were slim to
> > > none. As he said they
> > > were either too fat, too loud, too mean, too
> > > argumentative, too needy,
> > > too materialistic and carrying too much excess
> > > baggage.
> > >
> > > Before I became engaged, whenever I went out I was
> > > constantly approached
> > > by Black men, willing to wine and dine me and give
> > > me the world. If
> > > Black women are so up in arms about us being with
> > > their men, why don't
> > > they look at themselves and make some changes. I
> > > am tired of the dirty
> > > looks I get and snide remarks when we're out in
> > > public.
> > >
> > > I would like to hear from some Black men about why
> > > we are so appealing
> > > and coveted by them. Bryant Gumble just left his
> > > wife of 26 years for
> > > one of us. Charles Barkley, Scottie Pippen, the
> > > model Tyson Beckford,
> > > Montell Williams, Quincy Jones, James Earl Jones,
> > > Harry Belafonte,
> > > Sydney Poitier, Kofi Anan, Cuba Gooding Jr., Don
> > > Cornelius, Berry Gordy,
> > > Billy Blanks, Larry Fishburne, Wesley Snipes...I
> > > could go on and on.
> > >
> > > But right now I'm a little angry and that is why I
> > > wrote this so
> > > hurriedly. Don't be mad with us White women
> > > because so many of your
> > > men want us. Get your acts together and learn
> > > from us and we may lead
> > > you to treat your men better. If I'm wrong, Black
> > > men, let me know.
> > >
> > > Disgusted White Girl,
> > > Somewhere in VA.
> > >
> > > To respond to "Disgusted White Girl", remit to S2S
> > > Letters, PO Box
> > > 41148, Washington, DC 20018.
> > >

*[handwritten annotations: JUDGMENTAL, INCENDIARY, AGENCY, CULTURAL]*

```
> > >
> > >
> > > (See attached file: response.doc)
> >
> > Dear Jamie,
> >
> >      I would like to respond to the letter written by
> >
> > ?A Disgusted White Girl.?
> >    Let me start by saying that I am a 28 year old black man.  I
>graduated
>from
> > one of the most prestigious Universities in Atlanta Georgia with a
>Bachelor of
> > Arts Degree in Business Management.  I have a good job at a major
>corporation
> > and have recently purchased a house.  So, I consider myself to be among
>the
> > ranks of successful black men.
> >
> >     I will not use my precious time to slander white people.  I just
>want to
> > set the record straight of why black men date white women.  Back in the
>day, one
> > of the biggest reasons why black men dated white women was because
>they
>were
> > considered easy.  The black girls in my neighborhood were raised in the
>church.
> >    They were very strict about when they lost their virginity and who
>they
>lost
> > it to.  Because of our impatience to wait, brothers would look for
>someone who
> > would give it up easy without too much hassle.  So, they turned to the
>white
> > girls.  Nowadays, in my opinion, a lot of brothers date white women
>because they
> >  are docile and easy to control.  A lot of black men, because of their
> > insecurities, fears, and overall weaknesses, have become intimidated by
>the
> > strength of our black women.  We are afraid that our woman will be more
> > successful than us, make more money than us, drive nicer cars and own
>bigger
> > houses.  Because of this fear, many black men look for a more docile
>woman.
> > Someone we can control.
> > I have talked to numerous black men and they continuously comment on
>how
>easy it
> >  is to control and walk over their white women.
> >
> >      I just want to set the record straight.  I want a ?Disgusted White
>Girl?
> > to know that not all successful black men date white women.  Brothers
>like Ahmad
> > Rashad, Denzel Washington, Michael Jordan, Morris Chestnut, Will
>Smith,
>Blair
> > Underwood, Samuel Jackson, and Chris Rock all married strong black
>women.
>And
> > to flip the scrip, there are numerous white men, in and out of the spot
>light.
> > who openly or secretly desire black women over white women.  Ted
>Danson,
>Robert
> > DeNiro, and David Bowie to name a few.  I just don?t want ?a disgusted
```

>white
> > girl? to be misinformed. Stop thinking that because you are white that
>you are
> > some type of goddess. Remember, when black Egyptian Queens like
>Hatsepshut and
> > Nitorcris were ruling Dynasties and armies of men in Egypt, you were
>over
>in the
> > caves of Europe eating raw meat and beating each other over the head
>with
> > clubs. Read your history. It was the black woman that taught you how
>to
>cook
> > and season your food. It was the black woman that taught you how to
>raise y
> > our children. It was black women who were breast feeding and raising
>your
> > babies during slavery. It is the black woman that had to endure
>watching
>their
> > fathers, husbands, and children beaten, killed, and thrown in jail.
>Black women
> > were born with two strikes against them: being black and being a
>women.
>And
> > through all this, Still They Rise! It is because of the black women?s
>strength,
> > elegance, power, love and beauty that I could never date anyone except
>my black
> > Queen. It is not just the outer beauty that captivates and draws me
>to
>them.
> > It is not the fact that they come in all shapes, sizes, colors and
>shades
>that I
> > love them. Their inner beauty is what I find most appealing about
>black
>women.
> > Their strong spirit, loving and nurturing souls, their integrity,
>their
> > ability to overcome great obstacles, their willingness to stand for
>what
>they
> > believe in, and their determination to succeed and reach their highest
> > potential while enduring great pain and suffering is why I have fallen
>in
>love
> > with b
> > lack women.
> > I honestly believe that your anger is geared more toward jealousy
>and envy
> > than snotty looks. If this were not so, then why do you continuously
>go
>to
> > tanning salons to darken your skin? If you are so proud to be white,
>then why
> > don?t you just be happy with your pale skin? Why do you continue to
>inject your
> > lips, hips, and breast with unnatural and dangerous substances so you
>can look
> > fuller and more voluptuous? I think that your anger is really a result
>of you
> > wanting to have what the black woman has.
> > Bottom Line: If I were looking for a docile woman. Someone I can walk
>over and
> > control, I would give you a call. But unfortunately, I am looking for
>a
> > Virtuous Woman. Some one that can be a good wife and mother to my
>children.

```
> >  Someone who can be my best friend and understands my struggles. I am
>looking
> >  for a soul mate. I am looking for a sister and unfortunately you do
>not
>and can
> >   not fit the bill. I guess you are just S.O.L. No offense taken, none
>given.
> >
> >
> >  Signed,
> >
> >
> >
> >  Black Royalty
>
>
```

Machelle DuPree
"A misty morning does not signify a cloudy day"
*~*~952-8375 (AS OF 2/7/00)please note!!

Download  Reply  Reply All  Forward

Delete message or move to Drafts  Move  Inbox

| | | | |
|---|---|---|---|
| Kelli-Fox@as... | Astrology.com: daily horos... | 12:19 PM PST | Prev |
| RWhilby@aol.... | Fwd: | 11:50 AM PST | Current |
| Matthews, Kei... | FW: FW: DILBERT | 03/06/00 | Next |

Add to my Planner  Add Event | Add Contact | Add Task | Add Note

Get Your Free 56K ISP!

Powered by InterMail from Software.com

Feedback  Advertise on Excite  About Excite  Press Releases  Jobs
Copyright © 1995-2000 Excite Inc. All rights reserved. Disclaimer

Page 1

```
 1
 2              UNITED STATES DISTRICT COURT
 3                DISTRICT OF CONNECTICUT
 4     - - - - - - - - - - - - - - - - - -x
       RYAN WILLIAMS, TREVOR JOHNSON,        :
 5     NANA OKO DARKO, IRENE COHEN,          :
       ALICE HOOD, PATRICIA WILLIAMSON,      :
 6     SHENEANE RAGIN, REGINA WHILBY,        :
       F. JOSEPH OVIDE, JR., and             :
 7     BENJAMIN OHENE,                       :
                        Plaintiffs,          : Civil Action No.
 8                                           : 3:01CV1398(JBA)
                   vs.                       :
 9                                           : September 20, 2002
       KRISTINE REGALIA, COMMISSIONER        :
10     CONNECTICUT DEPARTMENT OF             :
       CHILDREN AND FAMILIES, DEBRA COLLINS, :
11     MARCIA WEAVER, BEVERLY HUBBLEBANK,    :
       DOROTHY HAMILTON, MARY SOLERA,        :
12     JUDITH KALLEN, PHILIPE OBERGON,       :
       WANDA ESTRELLA, KATHERINE KOLUMPUS,   :
13     JANET LA BELLE, JAMES MOORE,          :
       GAYLE HOFFMAN, ADRIENNE BARR, LISA    :
14     DAMOND, CHARLES FRAZIER, RUDOLPH      :
       BROOKS, ADA SANCHEZ, TARA LEWIS,      :
15     LINDA HARRIS, LETITCIA LACOMBA,       :
       PATRICIA SIMPSON, NANCY WILCOX,       :
16     JANET LYONS, BERNADETTE ULUSKI, and   :
       MICHAEL WOOD, IN THEIR OFFICIAL       :
17     And INDIVIDUAL CAPACITIES AND THE     :
       CONNECTICUT DEPARTMENT OF CHILDREN    :
18     AND FAMILIES,                         :
                        Defendants.          :
19     - - - - - - - - - - - - - - - - - -x
20              DEPOSITION of REGINA M. WHILBY
21          Taken at the request of the Defendants
       before Tiffany V. Pratt, a Court Reporter and Notary
22     Public within and for the State of Connecticut,
       pursuant to Notice and the Federal Rules of Civil
23     Procedure at the offices of Miniter and Associates,
       147 Charter Oak Avenue, Hartford, Connecticut, on
24     September 20, 2002, commencing at 2:30 p.m.
25
```

COPY

SEP 30

EXHIBIT NO. 4

Page 5

1           (Deposition commenced:  2:30 p.m.)

2

3           REGINA M. WHILBY, Deponent, of 94 Liberty

4   Street, Unit 9, Stamford, Connecticut 06902, being

5   first duly sworn by the Notary Public, was examined and

6   testified on her oath as follows:

7

8           D I R E C T   E X A M I N A T I O N

9

10  BY MR. JORDANO:

11      Q   Would you please state your full name and spell

12  your last name for the record?

13      A   Regina M. Whilby, W-h-i-l-b-y.

14      Q   I think you already told us that you live in

15  Stamford.  You've already given that information to the

16  court reporter?

17      A   Yes.

18      Q   Have you ever had your deposition taken before?

19      A   No.

20      Q   It's pretty easy.  I'm going to ask you some

21  questions here.  There are a couple rules we need to follow

22  for the purpose of the record.  You need to audiblize your

23  answers so the court reporter can take down what's said

24  today, and if you forget and you give a head nod yes, no,

25  we'll just ask you is that a yes or no.

Page 32

1   Q   Did Miss Ragin send you an e-mail?

2   A   Yes.

3   Q   Did she send you that during the class?

4   A   No.

5   Q   She sent you that when you were back at your
6   office?

7   A   Just -- it wasn't during work. It was my
8   personal -- I don't know when she sent it. It was like
9   there, and I just opened it.

10  Q   Did you open the e-mail she sent you from your
11  computer at work?

12  A   Yes.

13  Q   You did that during the class?

14  A   Yes.

15  Q   Okay. I'm trying to understand. So you're at the
16  class. You want to see how a card works, and so you go to
17  your AOL account, and one of the e-mails that happens to be
18  there is from your cousin?

19  A   Yes.

20  Q   So you open it up to read it?

21  A   To read it. It was so long. Class was getting
22  ready to start. I was like this. I was, Let me just print
23  it. So that's how -- everybody was printing, whatever, so I
24  printed it.

25  Q   Now, did the instructor see you do that?

Page 33

```
1      A    See me print it?

2      Q    Yes.

3      A    People were just doing whatever they wanted to
4  do.  It was a break, so it wasn't like they were -- they
5  weren't, like, watching us or anything like that.

6      Q    Do you know how it came to the attention of the
7  people in Bridgeport that you had accessed your AOL account
8  to read the e-mail from your cousin?

9      A    Well, the reason why is because I must have
10 misplaced it when I printed it, or maybe I left it on the
11 desk or something, because the class was starting, so I just
12 shoved it under a thing.  I didn't think much of it.

13     Q    Much to your surprise, you learned on the 15th
14 that it worked its way into the hands of someone at the
15 region?

16     A    Yes.  The thing about that is they uploaded what I
17 had -- like the computer that I sat on, they uploaded it.
18 They didn't have the actual --

19     Q    They went on and saw what you had opened up --

20     A    And they pulled it.

21     Q    Okay.  Now, when you met with Miss Kallen and
22 Miss Hamilton and Miss Hubblebank on the 15th, did you
23 discuss with them the circumstances of what had happened?

24     A    Uh-huh.

25     Q    What was their response?
```

Page 42

```
 1      A    Yes.
 2      Q    As I understand, on October 23, 2000 you received
 3  a release of jurisdiction letter from the CHRO.  Do you
 4  remember that?
 5      A    Yes.
 6               (Defendants' Exhibit 5 marked for
 7  identification; CHRO release of jurisdiction letter,
 8  10/23/00.)
 9  BY MR. JORDANO:
10      Q    Look at Exhibit 5 and tell me if you recognize
11  that.
12      A    Yes.
13      Q    That's the release of jurisdiction letter from the
14  CHRO dated October 23, 2000; is that right?
15      A    Yes.
16      Q    You note there's not only a CHRO number 0020323,
17  but you also filed with the EEOC, and that number is
18  16AA02180, correct?
19      A    Correct.
20      Q    Now, at the time you received this letter, were
21  you represented by an attorney?
22      A    Yes.
23      Q    What was his or her name?
24      A    Rebecca Johnson.
25      Q    Do you know if Ms. Johnson ever filed a lawsuit
```

Page 56

1    like that.

2            Now, as you sit here today, do you have any

3    personal knowledge that Christine Regalia was aware or had

4    any input into the decision to terminate you?

5        A    I have no idea.

6        Q    As you sit here today, do you have -- you know

7    that Ms. Hubblebank was involved, because she met with you?

8        A    Yes.

9        Q    You know that Ms. Kallen was involved, because she

10   met you at the meeting as did Ms. Hamilton?

11       A    Yes.

12       Q    You know Mary Solera did, because your appeal was

13   to her?

14       A    Yes.

15       Q    And then Ms. Estrella handled the SPERL hearing?

16       A    Yes.  When I went to a hearing -- I went to a

17   public hearing in Hartford.  Miss Solera was there, so she

18   saw me.

19       Q    Was that the public hearing in relation to your

20   CHRO complaint?

21       A    Yes.

22       Q    What happened at the public hearing at CHRO?

23       A    There were so many people there who have been --

24   had a lot of problems with the Department of Children and

25   Families.

# CONTRACT

## BETWEEN

## STATE OF CONNECTICUT



*AND*

## AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES



## SOCIAL AND HUMAN SERVICES (P-2) BARGAINING UNIT

Effective July 1, 1999    Expiring June 30, 2002

**EXHIBIT NO. 5**

# ARTICLE 11
## WORKING TEST PERIOD

**Section One.** The Working Test Period shall be deemed an extension of the examination process. Therefore, a determination of unsatisfactory performance during a Working Test Period shall be tantamount to a failure of the competitive examination.

**Section Two.** The working test period for classes covered by this Agreement which were established by the Personnel Commissioner under Section 5-230 C.G.S. and in force on the effective date of this Agreement shall remain in force for the life of this Agreement. The working test period for Social Worker Trainees and Social Workers assigned to the DCF shall begin after the successful completion of the Training Academy, but shall not exceed ten (10) months from the date of appointment, or date of hire.

**Section Three.** The Working Test Period may, with the approval of the Commissioner of Administrative Services, be extended on an individual basis for a definite period of time not to exceed three (3) months.

**Section Four.** (a) Any employee who is promoted within an agency and who fails a promotional working test period shall be returned to the position from which he/she was promoted.

(b) Any employee who fails a promotional working test period shall be returned to the agency in which he/she was employed immediately prior to his/her promotion and in the following priority order (1) returned to a vacancy in the same class; (2) returned to a vacancy in a comparable class; (3) returned to a vacancy in any other position the employee is qualified to fill or (4) have his/her name placed on the reemployment list.

18

**(c)** An employee who voluntarily accepts an equal or lesser position within the bargaining unit and fails the working test period in the new position shall be returned to his/her former position except in a situation whereby the employee has been involuntarily demoted.

**(d)** Dismissal during or at the end of the initial working test period shall not be grievable or arbitrable.

**(e)** Any permanent employee who fails a promotional working test period may appeal, to Step III of the grievance procedure, alleging patent unfairness of the working test period due to evaluator bias or variance from the pertinent job specification. The Employer's decision at Step III shall be final.

## ARTICLE 12
## SENIORITY

**Section One.** Except as provided in Article 13, Section Two, seniority shall be defined as an employee's length of uninterrupted State service and shall include the following: all paid leave, including Worker's Compensation leave, provided that the employee returns to work immediately following the leave; military leave granted in accordance with Section 5-255c or 27-33 of the C.G.S. or with Article 26 of this Agreement and prior war service; unpaid medical leave of absence following exhaustion of sick leave, for up to nine (9) months for any employee who has at least one (1) year of service provided that the employee returns to work immediately following the leave; up to one (1) year of any period of continuous layoff if the employee is reemployed within three (3) years; nondisability maternity or parental leave of up to six (6) months.

Any change in seniority computation resulting from changes in the contract must be initiated by an employee, and shall apply prospectively effective upon the date of contract approval.

19

Mrs. Regina M. Whilby
94 Liberty Street
Unit 9
Stamford, CT, 06902
203/324-2810

**ADVANCED VIA FACSIMILE TO 860/550-6433**

Department of Children & Families
505 Hudson Street
8th Floor
Hartford, CT 06106

Attention:   Ms. Wanda Estrella
             Director of Human Resources

Re:   REQUEST FOR SPERL MEETING

Dear Mrs. Estrella:

This correspondence is being forwarded to your office to request the scheduling of a SPERL meeting. I am requesting this as a result of being terminated while in my working test period on March 14, 2000.

I am also requesting that a photocopy of any pertinent written documents that spell out the rules for such proceedings be forwarded to my residence as soon as possible so that I may properly prepare myself.

Thank for your time and immediate attention to this inquiry.

Very truly yours,

Mrs. Regina M. Whilby

Cc:   Mr. Tom Bisch
      Attorney Earl I. Williams
      Attorney Rebecca L. Johnson

EXHIBIT NO.  6

# DEPARTMENT of CHILDREN and FAMILIES

*Caring for Connecticut's Future*

May 5, 2000

Regina Whilby
94 Liberty Street, Unit 9
Stamford, CT 06902

Dear Ms. Whilby:

This letter is with regards to my review of the issues that lead to your drop during the working test period from your position of Social Worker Trainee with the Hartford Region.

I have considered the information you provided and have discussed this matter with regional management and Training Academy Staff.

From this review, it is clear that Training Academy staff communicate in various ways that personal use of the computer is strictly prohibited.

Additionally, the Training Academy is specific about the internet sites that can be accessed during training. Accessing personal e-mail is not permitted.

Therefore I've determined that the drop on the working test period is appropriate and warranted.

Sincerely,

Wanda Estrella
Director, Human Resources

WE/mc

EXHIBIT NO. 7

STATE OF CONNECTICUT
505 HUDSON STREET · HARTFORD, CONNECTICUT 06106-7107