UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN WILLIAMS | : | CIVIL ACTION NO: |
| | : | |
| vs. | : | 3:01CV 1398 (JBA) |
| | : | Magistrate Judge Margolis |
| KRISTINE REGAGLIA, | : | |
| COMMISSIONER, DEPARTMENT | : | |
| OF CHILDREN AND FAMILIES | : | |
| and IN HER INDIVIDUAL | : | |
| CAPACITY, ET AL | : | October 4, 2007 |
| | : | |

**PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO
REGINA WHILBY**

Pursuant to Local Rule 9, the Plaintiffs in the above entitled matter hereby requests an extension of time in which to answer the Defendant's Motion for Partial Summary Judgment dated September 17, 2007, as to Regina Whilby for the following reasons.

1. An attempt to settle the case is currently in progress.

2. Plaintiff;s counsel has just completed a brief in an appeal from a Worker's Compensation Commission ruling, has a Motion for Summary Judgment due on October 19, 2007 in another case, and needs further time to respond to this document.  Defendants themselves required an extension of time to prepare the pleading.

3. Plaintiff's counsel has not been well this last week.

4. Regina Whilby resides in Florida and communications, especially by mail for affidavits is therefore slower.

1

5.  Plaintiff estimates that an extension until November 7, 2007 will suffice. Currently, the response is due on October 7, 2007. This is the first motion for extension of time to respond to this motion for summary judgment.

6.  Plaintiff's Counsel called Defendants' counsel on October 3, 2007, requesting consent to this motion and, upon hearing that he was at lunch, left a message on his voice mail. There has been no response.

For these reasons, Counsel for Plaintiff seeks an extension of time to November 7, 2007, by which to file Plaintiff's response to the Motion for Summary Judgment.

**PLAINTIFF**

**BY:** _____
Francis A. Miniter, their attorney
Miniter and Associates
100 Wells Street Unit 1-D
Hartford, Connecticut 06103
Telephone: (860) 560-2590
Federal Bar No.: ct09566

CERTIFICATION

I hereby certify that a copy of the foregoing was sent electronically to the following this 3rd day of October, 2007:

Joseph A. Jordano
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

                                                        _____
                                                        Francis A. Miniter