UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN WILLIAMS | : | CIVIL ACTION NO: |
| | : | |
| vs. | : | 3:01CV 1398 (JBA) |
| | : | Magistrate Judge Margolis |
| KRISTINE REGAGLIA, | : | |
| COMMISSIONER, DEPARTMENT | : | |
| OF CHILDREN AND FAMILIES | : | |
| and IN HER INDIVIDUAL | : | |
| CAPACITY, ET AL | : | November 5, 2007 |
| | : | |

**PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO
REGINA WHILBY**

Pursuant to Local Rule 9, the Plaintiffs in the above entitled matter hereby requests a second extension of time in which to answer the Defendant's Motion for Partial Summary Judgment dated September 17, 2007, as to Regina Whilby for the following reasons.

1.  Plaintiff's counsel reasserts the reasons in the first motion and adds as follows.

2 .  Plaintiff's Counsel has suffered ill health in the last month, from repeated severe kidney stone attacks that required prescriptions for Vicodin XL to treat the pain to a nasal infection that required steroids (Flouticasone) and antibiotics (Azrithromycin) to treat. This has impaired counsel's ability to make progress on the response.

3.  Regina Whilby resides in Florida and communications, especially by mail for affidavits is therefore slower.

4 .  Progress has been made, however, on the Affidavit and Rule 56(a)(2) Statement, and

1

there will be a substantial dispute of facts.

  5. Plaintiff estimates that an extension until November 21, 2007 will suffice. Currently, the response is due on November 7, 2007. This is the second motion for extension of time to respond to this motion for summary judgment.

  6. Plaintiff's Counsel called Defendants' counsel on November 5, 2007, requesting consent to this motion, Counsel has given his consent.

  For these reasons, Counsel for Plaintiff seeks an extension of time to November 21, 2007, by which to file Plaintiff's response to the Motion for Summary Judgment.

                 **PLAINTIFF**

                 **BY:**_____
                   Francis A. Miniter, their attorney
                   Miniter and Associates
                   100 Wells Street Unit 1-D
                   Hartford, Connecticut 06103
                   Telephone: (860) 560-2590
                   Federal Bar No.: ct09566

## CERTIFICATION

  I hereby certify that a copy of the foregoing was sent electronically to the following this 5th day of November, 2007:

Joseph A. Jordano
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

                 _____
                 Francis A. Miniter