**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RYAN WILLIAMS | : | CIVIL ACTION NO: |
| | : | |
| vs. | : | 3:01CV 1398 (JBA) |
| | : | Magistrate Judge Margolis |
| KRISTINE REGAGLIA, | : | |
| COMMISSIONER, DEPARTMENT | : | |
| OF CHILDREN AND FAMILIES | : | |
| and IN HER INDIVIDUAL | : | |
| CAPACITY, ET AL | : | November 19, 2007 |
| | : | |

**PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO**
**REGINA WHILBY**

Pursuant to Local Rule 9, the Plaintiffs in the above entitled matter hereby requests a second extension of time in which to answer the Defendant's Motion for Partial Summary Judgment dated September 17, 2007, as to Regina Whilby for the following reasons.

1.      Plaintiff's counsel reasserts the reasons in the first motion and in the second motion and adds as follows.

2 .      Plaintiff's Counsel's ill health continued and culminated in oral surgery to extract a molar (tooth #30) on November 13th. This extraction was both preceded and followed by substantial pain.

3.      Despite this, however, progress has been made, however.  Plaintiff's Affidavit is complete, a supporting affidavit is in draft, the Rule 56(a)(2) Statement is nearly complete, and the Memorandum of Fact and Law is half done.  There is a substantial dispute of facts.

1

4.      Plaintiff estimates that an extension of one week until November 28, 2007 will suffice. Currently, the response is due on November 21, 2007. This is the third motion for extension of time to respond to this motion for summary judgment. The last extension was for two weeks.

6.      Plaintiff's Counsel called Defendants' counsel on November 19, 2007, requesting consent to this motion.   Counsel has given his consent.

For these reasons, Counsel for Plaintiff seeks an extension of time to November 28, 2007, by which to file Plaintiff's response to the Motion for Summary Judgment.

**PLAINTIFF**

**BY:**_____
                    Francis A. Miniter, their attorney
                    Miniter and Associates
                    100 Wells Street Unit 1-D
                    Hartford, Connecticut 06103
                    Telephone:   (860) 560-2590
                    Federal Bar No.: ct09566

CERTIFICATION

I hereby certify that a copy of the foregoing was sent electronically to the following this 19th day of November, 2007:

Joseph A. Jordano
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
Francis A. Miniter