UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN WILLIAMS | : | CIVIL ACTION NO: |
| | : | |
| vs. | : | 3:01CV 1398 (JBA) |
| | : | Magistrate Judge Margolis |
| KRISTINE REGAGLIA, | : | |
| COMMISSIONER, DEPARTMENT | : | |
| OF CHILDREN AND FAMILIES | : | |
| and IN HER INDIVIDUAL | : | |
| CAPACITY, ET AL | : | November 25, 2007 |
| | : | |

**OBJECTION TO MOTION FOR SUMMARY JUDGMENT AS TO REGINA WHILBY**

Plaintiff does hereby object to Defendants' Motion for Summary Judgment as to Regina Whilby, and in support of such Objection relies on the Affidavit of Regina Whilby, the Affidavit of Sal Luciano, the Exhibits Certified by Francis A. Miniter, Plaintiff's Rule 56a2 Statement, and the Memorandum of Law in Opposition to said motion, all of which are attached hereto.

                                    Francis A. Miniter
                                    Miniter and Associates
                                    100 Wells Street Unit 1-D
                                    Hartford, Connecticut 06103
                                    Telephone:  (860) 560-2590
                                    Federal Bar No.: ct09566

## CERTIFICATION

   I hereby certify that a copy of the foregoing was sent electronically to the following this 27th day of November, 2007:

Joseph A. Jordano
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

                   _____
                   Francis A. Miniter