27. I know of no other emails which involved me. Defendants have made reference to an email printed by Mr. Desmond with my name on it, but I know nothing of this email.

_REGINA WHILBY_

SUBSCRIBED TO AND SWORN before me a Notary Public on this 08th day of November, 2007.

_John W. Wimberly_

A Notary Public: My Commission Expires: 11-05-2010

(She produced GA/L/exp 02-13-2012)

6