**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RYAN WILLIAMS | : | CIVIL ACTION NO: |
| | : | |
| vs. | : | 3:01CV 1398 (JBA) |
| | : | Magistrate Judge Margolis |
| KRISTINE REGAGLIA, | : | |
| COMMISSIONER, DEPARTMENT | : | |
| OF CHILDREN AND FAMILIES | : | |
| and IN HER INDIVIDUAL | : | |
| CAPACITY, ET AL | : | November    , 2007 |
| | : | |

**AFFIDAVIT OF SALVATORE LUCIANO**

The undersigned, being duly sworn, makes oath and declares as follows:

1 .    I am over the age of eighteen years and I understand and respect the obligations of an oath.

2 .    I make this affidavit of my personal knowledge of the facts set forth herein, except as I may explicitly qualify a statement as being made on information and belief.

3 .    From 1989 to 2001, I was President of AFSCME Social and Human Services (P2) Bargaining Unit, which represented employees of the Department of Children and Families ("DCF") throughout the State of Connecticut.

4.    In or about year 1999, I noticed that although a small minority of employees were African-American, a large number of the grievances for disciplinary reasons were filed by African-American males.

5 .    The chief Steward at the time, Wayne Marshall and I looked at our disciplinary grievance files over the previous three or so years  to provide that statistical information on the

1

basis of race and gender.

6 . From the statistics, it became apparent that the number of grievances for disciplinary reasons that were being filed by male and especially black male employees was out of proportion to their percentage representation in the pool of employees. While I do not remember the exact numbers, I was extremely concerned about it; to the point that I felt I needed to speak and to bring the findings to the attention of the CHRO Board at the Legislature


___/S/_____
SALVATORE LUCIANO

SUBSCRIBED TO AND SWORN
before me a Notary Public on this 26th
day of November, 2007.

_____/S/_____
Megan Baraldor
A Notary Public: My Commission Expires: 6/30/08
Commissioner of the Superior Court