basis of race and gender.

6.    From the statistics, it became apparent that the number of grievances for disciplinary reasons that were being filed by male and especially black male employees was out of proportion to their percentage representation in the pool of employees. While I do not remember the exact numbers, I was extremely concerned about it; to the point that I felt I needed to speak and to bring the findings to the attention of the CHRO Board at the legislature.

                                                                  _/s/ Salvatore Luciano_
                                                                   SALVATORE LUCIANO

SUBSCRIBED TO AND SWORN
before me a Notary Public on this  26 
day of November, 2007.

_/s/ Notary_

A Notary Public: My Commission Expires:  6/30/08 
Commissioner of the Superior Court