UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN WILLIAMS | : | CIVIL ACTION NO: |
| | : | |
| vs. | : | 3:01CV 1398 (JBA) |
| | : | Magistrate Judge Margolis |
| KRISTINE REGAGLIA, | : | |
| COMMISSIONER, DEPARTMENT | : | |
| OF CHILDREN AND FAMILIES | : | |
| and IN HER INDIVIDUAL | : | |
| CAPACITY, ET AL | : | November 25, 2007 |
| | : | |

## CERTIFICATION OF FRANCIS A. MINITER

The undersigned does hereby certify as follows:

1. That Exhibit I hereto consists of portions of the 1991 Consent Decree entered in the case of *Juan F. vs. O'Neill*, U. S. District Court, Docket No. 89-cv-859 (AHN) relevant to employment of minorities at the Department of Children and Families.

2. That Exhibit II hereto consists of portions of testimony given by Kristine Ragaglia to the Connecticut Commission on Human Rights and Opportunities on August 24, 2000.

.

　　　　　　　　　　　　　　　　　　Francis A. Miniter
　　　　　　　　　　　　　　　　　　Miniter and Associates
　　　　　　　　　　　　　　　　　　100 Wells Street Unit 1-D
　　　　　　　　　　　　　　　　　　Hartford, Connecticut 06103
　　　　　　　　　　　　　　　　　　Telephone:  (860) 560-2590
　　　　　　　　　　　　　　　　　　Federal Bar No.: ct09566

## CERTIFICATION

      I hereby certify that a copy of the foregoing was sent electronically to the following this 27th day of November, 2007:

Joseph A. Jordano
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

                                                          _____
                                                          Francis A. Miniter