UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN WILLIAMS | : | CIVIL ACTION NO: |
| | : | |
| vs. | : | 3:01CV 1398 (JBA) |
| | : | Magistrate Judge Margolis |
| KRISTINE REGAGLIA, | : | |
| COMMISSIONER, DEPARTMENT | : | |
| OF CHILDREN AND FAMILIES | : | |
| and IN HER INDIVIDUAL | : | |
| CAPACITY, ET AL | : | November 27, 2007 |
| | : | |

**NOTICE OF MANUAL FILING OF EXHIBITS**

1. Portions of the 1991 Consent Decree entered in the case of *Juan F. vs. O'Neill*, U. S. District Court, Docket No. 89-cv-859 (AHN).

2. Portions of testimony given by Kristine Ragaglia to the Connecticut Commission on Human Rights and Opportunities on August 24, 2000.

The reason for such filing is the size of electronic file that would result from scanning such documents

**PLAINTIFF**

**BY:**_____
Francis A. Miniter, their attorney
Miniter and Associates
100 Wells Street Unit 1-D
Hartford, Connecticut 06103
Telephone: (860) 560-2590
Federal Bar No.: ct09566

**CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent physcially through the U. S. Postal Service, regular mail, postage prepaid to the following parties of record this 27th day of November, 2007:

For all Defendants:
Joseph A. Jordano
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

 

_____
Francis A. Miniter