UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN WILLIAMS, ET AL., | : | CASE NO. 3:01CV1398 (JGM) |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| KRISTINE RAGAGLIA, ET AL., | : | |
| *Defendants*. | : | December 3, 2007 |

**MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF
AND TO RESPOND TO THE MOTION TO STRIKE**

The defendants request an extension of time of sixty (60) days to and including February 12, 2008 in which to file reply papers to plaintiff's opposition brief (Doc. # 173) to defendants' Motion for Summary Judgment. The defendants further request that the extension of time also be applicable to the plaintiff's Motion to Strike Evidence Submitted on Summary Judgment (Doc. # 174) which currently has a response deadline of December 18, 2007. In support of this motion, the undersigned represents as follows:

1. The defendants filed their motion for summary judgment and accompanying memorandum on September 17, 2007. (Doc. # 166).

2. The plaintiff, after requesting and receiving three extensions of time, filed her opposition papers and accompanying Motion to Strike on November 27, 2007 (Doc. # 173 and 174)

3.      The defendants are aware there is no requirement to file a reply brief to plaintiff's opposition papers. The defendants, however, are desirous of filing a reply brief, which is currently due on December 12, 2007.

4.      The undersigned needs additional time in which to review the plaintiff's opposition papers. Further, the undersigned has an extremely heavy case load which includes, but is not limited to, responding to discovery requests to six (6) individual defendants in the state court matter of <u>Skaats, et al. v. Department of Environmental Protection, et al.</u>, HHD-CV-03-0822602 S; the preparation of summary judgment papers in federal court matters entitled <u>Sierpe v. SCSU</u>, 3:06CV0755(AWT) and <u>Chow v. CCSU</u>, 3:06CV1031(AWT); and preparation for two federal jury trials in the month of January 2008 in <u>Thompson v. CCSU</u>, 3:05CV0715(JCH) before Judge Hall and <u>Pina, et al. v. Lantz, et al.</u>, 3:04CV1574(MRK) before Judge Kravitz, the latter scheduled for three weeks and to continue into the beginning of February 2008. We ask the indulgence of the Court in this matter.

5.      The plaintiff will not be prejudiced by the delay.

6.      Pursuant to Local Rule 7(b), the undersigned contacted plaintiff's counsel, Francis A. Miniter, Esq. Attorney Miniter responded that he "would prefer to do it as a 40 day extension, which should take you into January, post holidays, and see if there is need for a further extension."

7.      This is the defendants' first request for an extension of time regarding the filing of the reply brief.

WHEREFORE, the defendants respectfully request an extension of time of thirty (60) days to and including February 12, 2008 in which to file their reply brief.

                DEFENDANTS,

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL

By:    */s/ Joseph A. Jordano*
        Joseph A. Jordano
        Assistant Attorney General
        55 Elm Street, P.O. Box 120
        Hartford, CT  06141-0120
        Tel:  (860) 808-5340
        Fax.: (860) 808-5383
        Email: Joseph.Jordano@po.state.ct.us
        Federal Bar No. ct21487

## **CERTIFICATION**

I hereby certify that on December 3, 2007 a copy of the foregoing Defendants' Motion for Extension of Time was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    _/s/ Joseph A. Jordano_____
Joseph A. Jordano (# ct21487)
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel.: (860) 808-5340
Fax: (860) 808-5383
E-mail:Joseph.Jordano@po.state.ct.us