Page 1

```
 1
 2              UNITED STATES DISTRICT COURT
 3                 DISTRICT OF CONNECTICUT
 4    - - - - - - - - - - - - - - - - - - x
      RYAN WILLIAMS, TREVOR JOHNSON,        :
 5    NANA OKO DARKO, IRENE COHEN,          :
      ALICE HOOD, PATRICIA WILLIAMSON,      :
 6    SHENEANE RAGIN, REGINA WHILBY,        :
      F. JOSEPH OVIDE, JR., and             :
 7    BENJAMIN OHENE,                       :
                           Plaintiffs,      : Civil Action No.
 8                                          : 3:01CV1398(JBA)
                     vs.                    :
 9                                          : September 20, 2002
      KRISTINE REGALIA, COMMISSIONER        :
10    CONNECTICUT DEPARTMENT OF             :
      CHILDREN AND FAMILIES, DEBRA COLLINS, :
11    MARCIA WEAVER, BEVERLY HUBBLEBANK,    :
      DOROTHY HAMILTON, MARY SOLERA,        :
12    JUDITH KALLEN, PHILIPE OBERGON,       :
      WANDA ESTRELLA, KATHERINE KOLUMPUS,   :
13    JANET LA BELLE, JAMES MOORE,          :
      GAYLE HOFFMAN, ADRIENNE BARR, LISA    :
14    DAMOND, CHARLES FRAZIER, RUDOLPH      :
      BROOKS, ADA SANCHEZ, TARA LEWIS,      :
15    LINDA HARRIS, LETITCIA LACOMBA,       :
      PATRICIA SIMPSON, NANCY WILCOX,       :
16    JANET LYONS, BERNADETTE ULUSKI, and   :
      MICHAEL WOOD, IN THEIR OFFICIAL       :
17    And INDIVIDUAL CAPACITIES AND THE     :
      CONNECTICUT DEPARTMENT OF CHILDREN    :
18    AND FAMILIES,                         :
                           Defendants.      :
19    - - - - - - - - - - - - - - - - - - x
20            DEPOSITION of REGINA M. WHILBY
21          Taken at the request of the Defendants
      before Tiffany V. Pratt, a Court Reporter and Notary
22    Public within and for the State of Connecticut,
      pursuant to Notice and the Federal Rules of Civil
23    Procedure at the offices of Miniter and Associates,
      147 Charter Oak Avenue, Hartford, Connecticut, on
24    September 20, 2002, commencing at 2:30 p.m.
25
```

COPY

Page 5

1          (Deposition commenced:  2:30 p.m.)

2

3          REGINA M. WHILBY, Deponent, of 94 Liberty

4    Street, Unit 9, Stamford, Connecticut 06902, being

5    first duly sworn by the Notary Public, was examined and

6    testified on her oath as follows:

7

8              D I R E C T   E X A M I N A T I O N

9

10   BY MR. JORDANO:

11       Q    Would you please state your full name and spell

12   your last name for the record?

13       A    Regina M. Whilby, W-h-i-l-b-y.

14       Q    I think you already told us that you live in

15   Stamford.  You've already given that information to the

16   court reporter?

17       A    Yes.

18       Q    Have you ever had your deposition taken before?

19       A    No.

20       Q    It's pretty easy.  I'm going to ask you some

21   questions here.  There are a couple rules we need to follow

22   for the purpose of the record.  You need to audiblize your

23   answers so the court reporter can take down what's said

24   today, and if you forget and you give a head nod yes, no,

25   we'll just ask you is that a yes or no.

Page 32

1    Q    Did Miss Ragin send you an e-mail?

2    A    Yes.

3    Q    Did she send you that during the class?

4    A    No.

5    Q    She sent you that when you were back at your

6    office?

7    A    Just -- it wasn't during work. It was my

8    personal -- I don't know when she sent it. It was like

9    there, and I just opened it.

10   Q    Did you open the e-mail she sent you from your

11   computer at work?

12   A    Yes.

13   Q    You did that during the class?

14   A    Yes.

15   Q    Okay. I'm trying to understand. So you're at the

16   class. You want to see how a card works, and so you go to

17   your AOL account, and one of the e-mails that happens to be

18   there is from your cousin?

19   A    Yes.

20   Q    So you open it up to read it?

21   A    To read it. It was so long. Class was getting

22   ready to start. I was like this. I was, Let me just print

23   it. So that's how -- everybody was printing, whatever, so I

24   printed it.

25   Q    Now, did the instructor see you do that?

```
 1     A     See me print it?
 2     Q     Yes.
 3     A     People were just doing whatever they wanted to
 4   do.  It was a break, so it wasn't like they were -- they
 5   weren't, like, watching us or anything like that.
 6     Q     Do you know how it came to the attention of the
 7   people in Bridgeport that you had accessed your AOL account
 8   to read the e-mail from your cousin?
 9     A     Well, the reason why is because I must have
10   misplaced it when I printed it, or maybe I left it on the
11   desk or something, because the class was starting, so I just
12   shoved it under a thing.  I didn't think much of it.
13     Q     Much to your surprise, you learned on the 15th
14   that it worked its way into the hands of someone at the
15   region?
16     A     Yes.  The thing about that is they uploaded what I
17   had -- like the computer that I sat on, they uploaded it.
18   They didn't have the actual --
19     Q     They went on and saw what you had opened up --
20     A     And they pulled it.
21     Q     Okay.  Now, when you met with Miss Kallen and
22   Miss Hamilton and Miss Hubblebank on the 15th, did you
23   discuss with them the circumstances of what had happened?
24     A     Uh-huh.
25     Q     What was their response?
```

Page 34

1    A    They said, well, if we -- they were like, well --
2    because they showed me the e-mail.
3    Q    Yes.
4    A    And they asked me was it mine, and I said yes.
5    And they're like, I think they were expecting me to be like
6    "ugh." I was like, "Yeah." They were like, "This is why
7    we're terminating you, because of that." So they uploaded
8    my stuff. And I said, "Why don't you go around the entire
9    class and upload everyone else's so you could see I wasn't
10   the only one doing that?" They asked me if I wanted to give
11   names. I said no. Why would I want anyone else to suffer
12   the way I was? That's not right.
13   Q    Did they indicate anything else to you?
14   A    They said if they cannot trust the fact that I can
15   handle being on the computer, then how are they going to be
16   able to trust me making the right decisions, that kind of
17   tone. I'm basically saying this makes no sense to me. I
18   was following the directives of the teacher. I just really
19   didn't understand. Usually when you're being fired,
20   wouldn't you be surprised by -- like, oh, my God. I didn't
21   do that. I never denied anything. I said, "Yes, yes, that
22   was me." And then I asked them what I should do, because
23   this never happened to me before.
24   Q    Did you ask them to contact Mr. Desmond and/or
25   Ms. Sharpe to see what they had told people to do in the

Page 38

```
 1    terminating me, you basically can't do anything but DCF
 2    State related work.  I cannot swear that Jeff was on the
 3    Internet, but I can definitely swear that Jeff was doing
 4    things that was not in accordance to the laws of the State
 5    of Connecticut, because what he did was in the adjacent
 6    class, he'd ask me -- for example, this is a hypothetical.
 7    "What computer are you on?"  I was like, "Ten."  So he
 8    would send me an e-mail from the other class that says,
 9    "This class is boring."  It would scroll across the
10    computer.  And it would be like the huge font.  So me being
11    new, I open up the e-mail, and this huge thing comes across,
12    "It's two o'clock.  This class is boring."  I'm like, Oh,
13    my God.  What if a teacher comes by and I have "it's boring"
14    coming across my computer.  Basically what I'm saying is
15    that he was -- that's not DCF guidelines or whatever.
16           Martha was getting married, so she was surfing the
17    Internet to find out information about her wedding.  The
18    teacher also sent us an e-mail, because they said we can't
19    send graphics at the very last class.  Ramona sent -- Miss
20    Smart I think her name is, she sent an e-mail with like a
21    leprechaun or something like that, since they say you're not
22    supposed to use graphics, and it said, "have a good time,"
23    "thank you," or something like that.
24           I told them when they pulled up my thing, I said,
25    "Okay, good.  It's good.  You guys can do that.  Could you
```