UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
RYAN WILLIAMS                           :    CIVIL ACTION NO:
                                        :
vs.                                     :    3:01CV 1398 (JBA)
                                        :    Magistrate Judge Margolis
KRISTINE REGAGLIA,                      :
COMMISSIONER, DEPARTMENT                :
OF CHILDREN AND FAMILIES                :
and IN HER INDIVIDUAL                   :
CAPACITY, ET AL                         :    MARCH 11, 2008
_____:

## REQUEST FOR RECONSIDERATION

Plaintiff does hereby request that the Court reconsider its grant of summary judgment dated February 20, 2008, revised on February 26, 2008, for the following reasons:

(1)   Statements said to conflict between the Affidavit and the Deposition are not in conflict;

(2)   Statements said to be newly made were not necessary for prior disclosure.

Plaintiff requests that the court permit her to file a Memorandum of Law, especially as the Court remarked that these factual allegations make the difference between granting and denying the Defendants' Motion for Summary Judgment.

PLAINTIFF REGINA WHILBY

By _____
Francis A. Miniter
Miniter and Associates
100 Wells Street Unit 1-D
Hartford, Connecticut 06103
Telephone: (860) 560-2590
Federal Bar No.: ct09566

**CERTIFICATION**

I hereby certify that a copy of the foregoing was sent electronically to the following this 11th day of March, 2008:

Joseph A. Jordano
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
Francis A. Miniter