IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------x
:
RYAN WILLIAMS ET AL.                  :     3:01 CV 1398 (JGM)
:
v.                                    :
:
:
KRISTINE RAGAGLIA ET AL.              :
:     DATE: MARCH 24, 2008
---------------------------------------------------------x

RULING ON PLAINTIFF WHILBY'S MOTION FOR RECONSIDERATION

On July 25, 2001, plaintiffs commenced this action (Dkt. #1), followed by an Amended Complaint on December 11, 2001 (Dkt. #31), a Second Amended Complaint on June 12, 2002 (Dkt. #40), and a Third Amended Complaint on December 18, 2002 (Dkt. #57). The Third Amended Complaint includes multiple counts, alleging violations of the Fourteenth Amendment, 42 U.S.C. § 1983, 42 U.S.C. § 1981, and intentional infliction of emotional distress by each of the seven plaintiffs against his or her various supervisors; plaintiff Whilby's claims are found in Counts Twenty to Twenty-five[1]; Count Thirty-three is brought under 42 U.S.C. § 1983 by all plaintiffs against all individual defendants.

On March 3, 2003, the parties consented to trial before this Magistrate Judge. (Dkt. #65). The two remaining plaintiffs in the Third Amended Complaint are former employees of the Connecticut Department of Children and Families ["DCF"]; the twenty-one defendants include the DCF and twenty of its supervisors and administrators, including its then Commissioner, Kristine Ragaglia. (Dkt. #57, ¶¶ 3-4).

On February 20, 2008, this Court granted in part Defendants' [Partial] Motion for Summary Judgment (Dkt. #179) with respect to plaintiff Whilby, dismissing Counts Twenty,

---

[1] The additional counts (Counts Twenty-three through Twenty-five) are for wrongful discharge, Title VII, and CONN. GEN. STAT. § 46a-60(a)(1) claims against defendant DCF.

Twenty-One, Twenty-Two, Twenty-Four and Twenty-Five of plaintiff's Third Amended Complaint ["February 2008 Ruling"], familiarity with which is presumed.  On March 19, 2008, this Court also granted defendants' Supplemental Motion for Summary Judgment (Dkt. #185), regarding Count Twenty-three.

On March 11, 2008, plaintiff filed a Motion for Reconsideration (Dkt. #183); the next day, the motion was granted in part to the extent that plaintiff Whilby was ordered to file a brief in support by March 19, 2008, defendants are to file a brief in opposition by March 24, 2008, and plaintiff Whilby is to file a reply brief, if any, by March 27, 2008 (Dkt. #184).  Plaintiff has failed to file a timely brief in support.

Accordingly, plaintiff's Motion for Reconsideration (Dkt. #183) is now <u>denied</u> on the merits.

Dated this 24th day of March, 2008, at New Haven, Connecticut.

/s/_____
Joan Glazer Margolis
United States Magistrate Judge