UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN WILLIAMS, ET AL., | : | CIVIL NO. 3:01CV1398 (JGM) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KRISTINE RAGAGLIA, ET AL., | : | |
| Defendants. | : | May 27, 2008 |

## STIPULATION OF DISMISSAL

COMES NOW the plaintiff, Trevor Johnson, and defendants, through counsel, and pursuant to Rule 41(a) by stipulation do hereby dismiss the above-referenced case with prejudice.  Each party shall pay their own costs and fees.

                                                                                              PLAINTIFF,
                                                                                              TREVOR JOHNSON

BY:    /s/ Francis A. Miniter_____
        Francis A. Miniter, Esq.
        Federal Bar No. ct09566
        100 Wells Street, Suite 1D
        Hartford, CT  06103
        Tel:  860 560-2590
        Fax.:  860 560-3238
        E-mail: miniter.m-alaw@comcast.net

DEFENDANTS,

BY:  /s/ Joseph A. Jordano
     Joseph A. Jordano (ct21487)
     Assistant Attorney General
     55 Elm Street, P.O. Box 120
     Hartford, CT  06141-0120
     Tel:  860-808-5340
     Fax.: 860-808-5383
     Joseph.Jordano@po.state.ct.us

**CERTIFICATION**

I hereby certify that on  May 28, 2008 a copy of the foregoing Stipulation of Dismissal was filed electronically.  Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

     /s/ Joseph A. Jordano
     Joseph A. Jordano (ct21487)
     Assistant Attorney General
     55 Elm Street, P.O. Box 120
     Hartford, CT  06141-0120
     Tel:  860 808-5340
     Fax.: 860 808-5383
     Joseph.Jordano@po.state.ct.us