# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

RYAN WILLIAMS, TREVOR JOHNSON,
NANA OKO DAKRO, IRENE COHEN
ALICE HOOD, PATRICIA WILLIAMSON,
REGINA WHILBY, F. JOSEPH OVIDE., JR.
BENJAMIN OHENE

     v.                                 Civil No.  3:01cv 1398 (JGM)

KRISTINE RAGAGLIA, COMMISSIONER
CONNECTICUT DEPT. OF CHILDREN
AND FAMILIES, DEBRA COLLINS
MARCIA WEAVER, BEVERLY HUBBLEBANK,
DOROTHY HAMILTON, MARY SOLERA,
JUDITH KALLEN, WANDA ESTRELLA,
JAMES MOORE, GAYLE HOFFMAN,
RUDOLPH BROOKS, ADA SANCHEZ,
TARA LEWIS, LINDA HARRIS, LETICIA
LACOMBA, PATRICIA SIMPSON, NANCY
WILCOX, JANET LYONS, BERNADETTE
ULUSKI, MICHAEL WOOD ,
CONNECTICUT DEPT. OF CHILDREN
AND FAMILIES

## <u>JUDGMENT</u>

      This matter came on for consideration on defendants Kristine D. Regalia, Beverly Hublebank, Dorothy Hamilton, Mary Solera, Judith Kallen, Wanda Estrella motion for partial summary judgment before the Honorable Joan G. Margolis, United States Magistrate Judge. Consent to proceed before United States Magistrate was filed on March 3, 2003.

      The Court has reviewed all of the papers in conjunction with the motion and on March 20, 2008, the Court filed a supplemental ruling granting defendants Kristine D. Regalia, Beverly Hublebank, Dorothy Hamilton, Mary Solera, Judith Kallen, Wanda Estrella. motion for partial summary judgment as to plaintiff Regina Whilby.

EOD_____

On June 10, 2003, default judgment was entered as to plaintiffs Nana Oko Darko and F. Joseph Ovide, Jr.; on June 24, 2005, the Court granted summary judgment as to plaintiff Benjamin Ohene;   on January 25, 2006, the Court granted summary judgment as to plaintiff Irene Cohn; on August 21, 2006,  the Court granted summary judgment as to plaintiff Patricia Williamson;  on February 26, 2007, the Court granted summary judgment as to plaintiff Alice Hood; on February 20, 2008, the Court granted summary judgment as to plaintiff Regina Whilby.  On September 13, 2007, an Order granted a stipulation of dismissal entered as to plaintiff Ryan Williams; on May 29, 2008, an Order granted a stipulation of dismissal entered as to plaintiff Trevor Johnson.

It is therefore ORDERED and ADJUDGED   that   judgment is entered for the defendants and  the case is closed.

Dated at New Haven, Connecticut, this 30th day of May, 2008.

ROBIN D. TABORA, CLERK


By_____/s/_____
            Betty J. Torday
            Deputy Clerk